UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-00438-CJC (SPx) | Date | October 15, 2013 |
|---|---|---|---|
| Title | Kenneth Aaron Shinedling, et al. v. Sunbeam Products Inc, et al. | | |

| Present: The Honorable | SHERI PYM, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | CS RS-4 10-15-13 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Corey Arzoumanian | Anne Marie Ellis |
| Arash Homampour (telephonic appearance) | David J. O'Connell |

**Proceedings:** Hearing on Plaintiff's Motion to Compel Further Discovery Responses from Defendant Sunbeam [56]; Defendant Sunbeam's Motion to Strike [60]; and Motion for Leave to file Surreply [61]

On October 15, 2013, the court held a hearing on the above entitled motions. The case was called and counsel made their appearances. The court heard argument from counsel.

The court took the matter under submission. The court will issue a separate order detailing the court's ruling on the motion.

00 : 56

Initials of Preparer   KC