# EXHIBIT "A"



120902
March 31, 2014

VIA EMAIL                                                                Engineering Report

Corey Arzoumanian, Esq.
The Homampour Law Firm
15303 Ventura Boulevard, Suite 1000
Sherman Oaks, CA 91403

Re:     Kenneth Aaron Shinedling v. Sunbeam Products, Inc. et al
        Date of Incident:       January 5, 2011

Dear Mr. Arzoumanian:

As requested, Palmer Engineering and Forensics (PE&F) has investigated the cause of the fatal fire incident that occurred on January 5, 2011, at the residence of Kenneth and Amy Shinedling located at 8270 Skyline Drive in Pinon Hills, California.  This report presents this engineer's findings and opinions developed in the course of the investigation.

<u>Background:</u>  Reportedly, on the evening of January 4, 2011, Kenneth (Aaron) Shinedling and his wife, Amy Shinedling, went to bed in the master bedroom of their home.   Mr. Shinedling stated two portable heaters, one described as a Holmes and the other as a GE, were being used to provide additional heat in the master bedroom that night, as they regularly were, and had been set to "high."[1] Mr. Shinedling reported it was customary to leave both heaters plugged in continuously for the winter and that extension cords were not used.[2]

On the early morning of January 5, 2011, Mr. Shinedling awoke to the sound of "beeping" which he initially mistook for his alarm clock and ignored briefly, but then was roused by his wife's yelling that there was a fire and that it was a smoke alarm going off.  Mr. Shinedling arose from the bed, taking his youngest daughter Ava who had come into the room during the night to sleep with her parents in the master bed.  Mrs. Shinedling reportedly directed Mr. Shinedling to gather the children and evacuate the house.  As Mr. Shinedling left the room, he reportedly observed fire on and around the Holmes heater that was standing on the floor near the foot of

---

[1] See K. Shinedling deposition pp. 144; 12b - D Sunbeam ROGS to P Kenneth [resp] [supp].pdf pp. 12
[2] See K. Shinedling deposition pp. 127

890 W. Robinson Drive, Suite H, North Salt Lake, UT 84054    Office:  801-936-0676    Fax:  801-315-7802    www.PE4n6.com

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 2

the bed at the northeast corner of the master bedroom.[3]   He also observed clothing immediately in front of the heater, beginning to burn.[4]   After evacuating the children from the home, Mr. Shinedling returned to aid his wife to leave the home, but was unable to enter the bedroom because of the intensity of the smoke and fire therein.   Mr. Shinedling then reportedly went to the rear exterior of the master bedroom and observed flames exiting through the double doors to the patio, inhibiting his entrance. The fire department was called and extinguished the fire, but Mrs. Shinedling did not survive.

In addition to the Holmes heater that was located in the master bedroom, the Shinedling family had another Holmes heater that was very similar in design that was in another room at the time of the fire.   According to Mr. Shinedling, prior to the fire incident he had experienced no operational abnormalities such as functionality, a smell of smoke or excessive temperatures with either of the two portable Holmes heaters, neither heater had been opened or required maintenance or repair, and while in operation, Mr. Shinedling did not observe the heaters' power cords or receptacles they were plugged into to be extremely hot.   Furthermore, Mr. Shinedling reported no observable damage to the power cords for either heater.[5]

Purpose: The purpose of the investigation was to determine whether or not the subject heater may have caused the fire.

Procedure:   Palmer Engineering and Forensics reviewed documents and testimony as listed in Appendix A.   A number of tests were performed using exemplar and alternative heaters as tabulated in Appendix B.   Details of the tests that were performed are given in the body of the report and in electronic files provided with this report, which are incorporated into this report by reference.   In addition, the author participated in examinations of the evidence on October 9, 2012 and November 27, 2012, photographing relevant evidence.

Findings and Discussion:

DESCRIPTION OF HEATER:   The subject heater was a Holmes Group Tower Quartz Radiant Heater, Model HQH307.[6] It was described by Mr. Shinedling as being white to off-white in color with a gray grill and two heating elements with the control knobs located at the top.[7]   Mr. Shinedling reported that he had purchased the heater from Wal-Mart in the mid 2000's which is consistent with the time of manufacture of the HQH307.[8]   An exemplar of the subject heater

---

[3] See K. Shinedling deposition pp. 180
[4] See K. Shinedling deposition pp. 180-181
[5] See K. Shinedling deposition pp. 102; Ex 12b - D Sunbeam ROGS to P Kenneth [resp] [supp].pdf pp. 18
[6] The historical and current relationships between business entities that are or have been responsible for the manufacture of the subject heater is outside the scope of this engineer's investigation.   For the purposes of this report, the manufacturer and/or entity responsible for the manufacture of the subject heater will be collectively referred to as Sunbeam.
[7] See K. Shinedling deposition pp. 94
[8] See K. Shinedling deposition pp. 97 - 98; See SPI005143

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 3

was obtained for evaluation and analysis for the purposes of this investigation (see Figure 1[9]). The nameplate of the exemplar HQH307 heater describes it as 120 V, 1500 W (see Figure 2). A listing of Sunbeam Quartz Heater models that are ostensibly similar to the HQH307 and are included within the same "family" of heaters is given in Appendix D.

The exterior front and rear enclosure of the HQH307 heater are a white UL 94V-2 rated plastic.[10] A perforated sheet metal grill on the front of the heater guards the heating elements and a carrying handle is located in the rear.[11] The two vertically mounted heating elements for the subject heater consist of a resistive wire coil installed within a quartz tube in front of a sheet metal reflector. The heat generated when electric current passes through the heater coils is emitted as infrared radiation and is directed outward by the reflector, exiting through the grill on the front of the heater and into the room. Control components on the heater include a three position power/mode switch (off/low-750 W/high-1500 W), adjustable thermostat, a high limit switch, a manual reset button and a mechanical tip-over switch. The subject heater was largely consumed in the fire (see Figure 3), but the plug blades for the subject heater were found among the debris, bearing a stamped mark indicative of manufacturing date (see Figure 4). According to Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions "based upon the evidence examination of the plug blades, the subject product was manufactured on October 10, 2006 and would have been sold shortly thereafter."[12] The location and syntax of the date code on the blade of the plug is consistent with the Jarden Date Code Policy that applies to the HQH307 heater.[13]

REPORTED PRIOR AND SUBSEQUENT INCIDENTS: Documentation provided by Sunbeam includes numerous reports of fires and fire-producing failures of quartz heaters that are the same as or similar to the heater that is the subject of this litigation. Appendix E contains a table summarizing many of the reports from January 2004 through February 2013.[14] The summary includes a total of 94 reported failures in which flames or sparks were observed, burned parts or components were reported, or fire was reported with an origin in the vicinity of the heater. The incidents described range from incidents in which the damage was limited to the internal components of the heater itself to catastrophic or even fatal structural fires. To the extent that provided documentation indicated a cause of the fire or incident, that information was

---

[9] Figures are contained within Appendix C to this report.
[10] See SPI005115. UL standard 94, *Standard for Safety of Flammability of Plastic Materials for Parts in Devices and Appliances*, outlines a series of tests to evaluate the flammability of materials. A 94V-2 rating indicates that after a material cut to specific dimensions and with a specific orientation is subjected to an open flame for a specified duration the plastic will burn for a period of no longer than 2 seconds once the external flame source is removed.
[11] The carry handle is molded into the back of the body of the heater and should not be confused with the perforated metal bar extending across the front width of the heater which is described as a guard.
[12] See Ex 15 - ALS SROG 1 to D Sunbeam [resp].pdf pp. 9
[13] See SPI005134
[14] Given the ample quantity of data, it is not assured that the tabulated summaries are comprehensive of all those incidents of which Sunbeam is aware.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 4

included, however, insufficient information was available for this engineer to perform an independent analysis, so the comments within the summary are not intended to reflect conclusions of this engineer.  The table is sorted by the reported incident date, with those incidents that did not have an incident date reported listed last.  The table excluded reported incidents that did not at least confirm the product brand.  It is highly unlikely that this constitutes a comprehensive list of all fire and fire-related incidents caused by or associated with Sunbeam's lines of quartz heaters.  A separate spreadsheet, created by Sunbeam, apparently summarizing all of the consumer complaints or reports of incidents related to quartz heaters reported to their warranty department from August 2011-September 2013 includes 119 entries that are categorized as "Fire," 131 entries of "Sparks," 64 entries of "smokes," and 46 entries of "Property damage."[15]  It is notable that a similar document referencing consumer complaints or reports of incidents for the 10 years preceding August 2011 was not found among the provided documents.  If the rate of consumer complaints remained constant, this would suggest that over 3000 reports might not have been documented.  Despite the abundance of information, the director of project management of Sunbeam over the quartz heater lines denied ever hearing of a fire starting because of one of their home heaters.[16]

Many of the reports of fire-related incidents did not include a specific description of the nature of the failure mode or defect that led to the fire.  This is not surprising for a number of reasons.  First, fire department investigators are generally charged with the responsibility to determine whether a fire cause is intentional or accidental.  If there has been no intentional fire ignition, then fire departments are frequently satisfied with an analysis that is relatively superficial and does not delve into a root cause (i.e. if the fire appears to originate at and emanate from the heater, then stating that the fire was caused by the heater is sufficient for their needs).[17]  A second reason that a detailed root cause determination may not be reported is that in many cases the damage is insufficient to warrant a thorough or detailed engineering analysis by the party that suffered the loss.  Alternatively, in some cases the degree of damage is so extensive that the detailed burn patterns of fire initiation are overwhelmed by the intensity of the subsequent fire and obliterated by the collapse of the structure above and around the area of origin.  Even when eye-witnesses may be able to indicate approximately where the fire started, they may not be in the position to ascertain the root cause at the time and the intricate details of physical details needed to determine the root cause may not be available.  Based on the available information, it is impractical to make an independent determination of cause with specificity for any of the reported incidents.

---

[15] Spreadsheet filename "10 23 13 Heater Pull July 2011.xlsx"

[16] see Vernaglia depo vol II p. 232.  Ironically, Mr. Vernaglia later testified that "I spent the last 15 years of my life to try and make these heaters very safe." p. 249

[17] Examples of a general determination of the heater as cause without specifying a failure mode include tabulated items 4, 7, 14, 15, 25, 27, 28, 46, and 60.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 5

While many of the incidents did not include a specific description of the cause or nature of the failure that resulted in the fire or other incident, most of those that did include information specifying or suggesting the cause fell into one of three categories.  The first category of failure was a cord plug related failure -- i.e. heat generated at or in the immediate vicinity of the plug was sufficient to cause damage to the cord, outlet, and/or other combustibles.[18]  This mode was dismissed by Sunbeam in some instances as being a defect in the receptacle.[19]  The second mode of failure is described as combustibles too close to the heater, generally described by Sunbeam as a user error.[20]  The third mode of failure is an internal failure of the heater in which heat generated at a connection or due to failure associated with internal wiring is sufficient to ignite or burn through the housing, or sparks emitted from the device burn surrounding combustibles.[21]  At least two of the internal failure reports include a description of a hole being burned through the bottom of the heater immediately below one of the heater element terminals, damaging the floor underneath the heater, but the operation of the heaters was interrupted by the actions of users who were attentive to the situation.[22]  The director of product safety engineering for Sunbeam confirmed reports of internal heat-producing failures within the heater.[23]

IGNITION SCENARIO FOR SUBJECT HEATER:  The subject fire was highly destructive, going to full flashover in the room of origin and causing the collapse of the roof above the room and in other areas of the home.  The eye witness account given by Mr. Shinedling indicates that the heater itself as well as combustible materials immediately in front of the heater were burning as he left the room.   Of the scenarios tabulated in Appendix E, the category of failure mode associated with the plug can be dismissed based on the observation that the fire was at the heater not at the wall, as well as the limited degree of damage on the plug prong.  However, the possibility of materials in front of the heater being ignited by the radiant heat emitting from the heater could not be eliminated based on the eye-witness account, although Mr. Shinedling's description seems to emphasize the fire in the heater itself with the fire appearing

---

[18] Incidents related to a failure at or adjacent to the plug include tabulated items 13, 24, 40, 49, 53, 58, 81, 89, and 92.  In the Sunbeam spreadsheet "10 23 13 Heater Pull July 2011.xlsx" there are dozens of references to plugs melting or burning, including multiple reports of the plug prongs remaining in the outlet when the cord was pulled.

[19] See Forensic Evaluation dated 8/22/06 SPI006165.  It is notable that the referenced document is one of a set of 4 "Forensic Evaluation" reports dated 8/22/06-4/30/07, each of which blamed the outlet into which the heater was plugged.  No other failure modes were reported in that forum.  It should be noted that during the same time frame, the HQH307 was identified as the "forth [sic] highest driver of HE Warranty $ assessed at the end of Feb 2007."

[20] Incidents identified as being related to a failure associated with the proximity of combustibles include tabulated items 11, 26, 38, and 52.  At least one of the reported incidents in the Sunbeam spreadsheet referred to the proximity of a blanket that caught on fire to the heater (line 606).

[21] Incidents identified as being related to an internal failure of the heater include tabulated items 9, 17, 21, 22, 29, 41, 45, 47, 51, 65, 68, and 69.  In the Sunbeam spreadsheet "10 23 13 Heater Pull July 2011.xlsx" there are dozens of references to internal failures including references to smoke, sparks, and fire as a result.

[22] e.g. tabulated items 21 and 79.  The Sunbeam spreadsheet included at least 10 references of damage to flooring due to holes being burned through the bottom of the heater.

[23] Prins depo pp. 37-38; vol II pp. 152-154

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 6

to spread to the combustibles in front of the heater.  The ability of the heater to heat combustible materials in the vicinity of the heater to ignition temperatures during normal operation constitutes a design defect.

The possibility of an internal failure generating sufficient heat to ignite the body of the heater could not be eliminated either.  For example, at least two of the reports of prior incidents, as stated above, are consistent with the heat producing failure being at the point of connection between the wiring and the heating element right at the base of the heater.  The lower terminals of the two heating elements in the subject heater (see Figure 5) both bore evidence of extreme heat, including the loss of the wire terminations (compare with undamaged connection shown in Figure 6).  Nevertheless, the possibility that extreme heat was generated at that connection leading to ignition of the heater from the inside could be neither confirmed nor refuted due to the degree of damage to the subject heater.  Generation of extreme heat at the connection between the wiring and the resistive heating element results from excessive resistance at the termination, which is typically the result of a poor electrical contact due to improper assembly of the connection.  Thus, such a failure mode would be the result of a manufacturing defect.

Whether the ignition was due to an internal failure or the proximity of materials to the front of the heater, the heater, by its design and manufacture, was defective and unreasonably dangerous.

HEAT TRANSFER PRINCIPLES:  The temperature of a material is a measure of the energy contained within it, i.e. a weighted average of all the vibrations and random movements of atoms and molecules that constitute the material at the sub-microscopic level.  The transfer of energy from one location to another by means of the heat process[24] is generally through a combination of three heat transfer mechanisms; conduction, convection and radiation.[25]  The first heat transfer mechanism is conduction, specifically within an object, or if two objects are in physical contact, the thermal energy will flow from the warmer material to the cooler material. At the molecular level, the vibrations and random movements in the warmer material impart energy to the cooler material by random collisions making them move more energetically. Some materials, such as metals, conduct energy more easily than thermally insulating materials such as plastics.  By this mechanism, the rate of heat transfer between two objects is proportional to the contact surface area, the temperature difference between the two objects and the thermal conductivity of the materials.

The second heat transfer mechanism is convection.  This mechanism involves transfer of energy by the movement of heated fluid, i.e. gas or liquid.  Specifically, groups of atoms and molecules that have higher kinetic energy are displaced to another location where the temperature is

---

[24] see P. Atkins, The Laws of Thermodynamics: A Very Short Introduction,  ©2010.
[25] see W.D. Turner and D.E. Claridge, "Heat Transfer," from MacMillan Encyclopedia of Energy, edited by John Zumerchik, ©2001

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 7

lower, thereby raising the temperature.  If the displacement of the fluid is driven by a fan (for air) or a pump (for a liquid), then the process is described as forced convection.  In the absence of a pump or fan, the process of natural convection occurs as a result of the changes of density associated with temperature variation in the fluid.  The rate of heat transfer is proportional to the difference in temperatures between the heat source and the heat absorber.

The third heat transfer mechanism, radiant heat transfer, involves the transmission of energy by electromagnetic radiation.  Specifically, an energy source emits photons, typically in the infrared portion of the electromagnetic spectrum, and when those photons are absorbed, it raises the temperature of the object or substance that absorbs it.  The rate of heat transfer by this mechanism is proportional to the difference between the fourth power of the temperature of the emitting body and the fourth power of the temperature of the absorbing body, and is also dependent on a number of other factors including geometry and the nature of the surfaces involved.  Sunbeam's representative described it as being functionally like the sun, "so rather than heating the air, it heats objects, and those objects then convect heat into the room and heat the room... you don't actually feel the hot air."[26]

Portable space heaters may be generally categorized by their primary mode of heat transfer. Convection heaters have a heating element that heats the air flowing over it and that air leaves the body of the heater to carry the heat into the room.[27]  While there are some "silent" convection heaters that rely exclusively on natural convection to carry the heat out of the heater, most convection heaters rely on a fan to push the air over the heating element and into the room.  Radiant heaters, including the HQH307, have a very high temperature heating element that relies on radiant heat transfer as the primary mode for heat transfer.  While the HQH307 includes an internal fan, the primary purpose of the fan appears be the cooling of the controls behind the reflector.[28]  The size of the fan is small and the air paths provided are ineffectual at passing air over the heating elements to drive the thermal energy into the room being warmed.  On the other hand, the high energy output of the elements causes them to glow, emitting energy in the visible and infrared portions of the electromagnetic spectrum.

HIERARCHY OF ENGINEERING WITH RESPECT TO HAZARDS:  Fundamental to the application of engineering principles to the design of products and systems is identification of hazards and mitigation of those hazards.  Sound engineering practice dictates that the first level of mitigation effort must be addressed by design, i.e. insofar as practicable, the hazard should be

---

[26] Vernaglia depo Vol I, p. 16

[27] Sunbeam named four categories of portable electric space heater: ceramic heating elements, coil heating elements, radiant heaters and convection heaters (see Vernaglia Deposition Vol I. p. 14), but all of these except radiant heaters use convective heat transfer.

[28] See Ex 15 - ALS SROG 1 to D Sunbeam [resp].pdf pp 12.  Note that elsewhere (Ex. 15v - ALS SROG1 to D Sunbeam [resp] [amend].pdf, pp. 12)  Sunbeam asserts that the fan is used to force air across the heating elements, providing air flow from the unit into the room (see description of Maxflow system on SPI000002), but this is not consistent with the available air flow paths.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 8

designed out of the product or system.  If designing the hazard out is not feasible, the system or product should have guards implemented to isolate the hazard from contact with persons or property to which a risk is posed.  Absent a practicable methodology to guard against the hazard, appropriate and effective warnings should be implemented to deter the user from the hazardous conditions.  If a product cannot be made safe by design, guarding and warning, then the product should not be entered into the chain of commerce.[29]   While one Sunbeam representative acknowledged the hierarchy with respect to hazards,[30] another Sunbeam representative testified that he was unfamiliar with the hierarchy and did not know if Sunbeam followed this hierarchy at the time that the HQH307 was developed.[31]

HAZARD IDENTIFICATION:  The identification of hazards requires a candid review of the system or product to evaluate the potential negative consequences of normal operation under conditions of intended use, normal operation under conditions of reasonably foreseeable misuse, and under reasonably anticipated failure modes.  For an electric heat-producing appliance such as the subject heater, reasonably foreseeable hazards include electric shock, burn injury, and fire.  No documentation of an explicit hazard analysis of the HQH307 was identified within the documents that were reviewed in the context of litigation, and a Sunbeam representative testified that no hazard analysis had ever been documented for the HQH307.[32] However, the provided documentation did include a failure modes and effects analysis (FMEA) that was performed on a similar quartz heater, the HQH369-U.[33] Mr. Vernaglia testified that he was unaware of Sunbeam performing any type of failure mode effect analysis for the HQH307.[34]

While not the only technique for evaluation of hazards, FMEA is one accepted methodology for evaluating products, including the hazards associated with all identified potential failure modes, which has been used in various industries since the early 1950s.[35]  Based on the footer of the HQH369 FMEA referenced above, Sunbeam has been performing FMEA since before September 22, 2005, although the specific date of the HQH369 FMEA was not provided, and no FMEA documentation was identified for any other product or product line.  Ironically, while the effects contemplated in the provided analysis include "customer dissatisfaction," "wobble," "returns," "vibrate," "tip over," "bracket loose," "panels loose," and "sale affected," no specific hazards, not even the hazard of fire, are identified.  The only references to hazards in the analysis are "customer dissatisfaction/dangerous" (referring to insulation damage on the power cord), "Affect safety" (referring to end cap coming off), "Affect safety" (referring to lead wires

---

[29] Mr. Prins testified that if the hazard cannot be designed out, guarded against or adequately warned against, "you may have … an unreasonably unsafe product…" depo Vol II, p. 155
[30] Prins depo vol II p. 153-155
[31] Vernaglia depo Vol II p. 218; Vol I  p. 27
[32] Prins deposition vol II pp. 153-155
[33] See SPI004267-4269, 4412-4421
[34] Vernaglia depo vol II p. 299
[35] see http://en.wikipedia.org/wiki/Failure_mode_and_effects_analysis (accessed 3/17/2014)

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 9

not in proper order), "Affect safety" (referring to fail strain release test), "Affect safety" (referring to "Electric leak"), and  "Affect safety" (referring  to "label in wrong location or come off").  While the specific hazard that "affects safety" is not identified, one may infer that the primary hazard of concern in Sunbeam's FMEA is that of electric shock.  The risk of fire is not identified, explicitly or implicitly, in the FMEA even though risk of fire is a well-known hazard associated with heat-producing appliances.  Sunbeam's representative explicitly testified that "the home heater will never be a fire hazard by itself." In point of fact, since the 1980s, millions of fires have been documented to have been caused by home heating equipment (see Figure 7).[36]   Among those fires associated with home heating equipment from 2007 to 2011, "most home heating fire deaths (81%) and injuries (70%) and half (51%) of associated direct property damage involved stationary or portable space heaters."[37]   Indeed, even in its own testing, Sunbeam has documented charring and smoldering on combustible materials draped over the heater being tested.[38]  Testing performed by PE&F has also affirmed that a significant risk of fire exists for heaters like the subject heater.[39]  Furthermore, Mr. Prins of Sunbeam testified that Sunbeam was aware that heaters could cause fires, which is why they include a warning about combustibles too close to the heater.[40]  Thus, the hazard of fire is a well known hazard, of which Sunbeam was aware and should have considered in the engineering analysis of the HQH307 quartz heater.

Beyond reviewing the knowledge of the industry with regard to hazards, another means of identifying hazards it to perform product testing in a wide array of conditions and scenarios. Sunbeam testified that they did not perform testing to evaluate the hazard of combustible materials too close to the heater, but rather limited their testing to those required for the purposes of meeting the standards of an external listing agency.[41]

DESIGN:  The hazard of fire is inherent in any heat-producing appliance, including space heaters.  While fire hazard cannot be eliminated entirely by design and retain suitability for the appliance's purpose, certain design features can be implemented to significantly reduce the risks associated with the hazard.   For example, the heater can be designed such that temperatures in excess of the ignition temperature of common combustibles[42] is not achieved

---

[36] see Hall, John R., "Home Fires Involving Heating Equipment," Report of the National Fire Protection Association (NFPA) dated October 2013, and available for download at http://www.nfpa.org/~/media/Files/Research/NFPA%20reports/Major%20Causes/osheating.pdf

[37] Ibid, Abstract

[38] see SPI001568 (test on HQH308), SPI003980 (test on SQH310-same as HQH307), SPI005012 (test on SQH310). See also Vernaglia depo vol II pp 295-297

[39] See Appendix B and further discussion below

[40] Prins depo, vol II, pp. 96-98, 100, 115

[41] Prins depo. vol II pp. 104-107

[42] The autoignition temperature of cellulose (e.g. wood and paper products) has been documented to be as low as $410^{\circ}F$ ($450^{\circ}F$ is the more commonly cited number, but various researchers have cited a wide range of temperatures), and various fabrics have been shown to have autoignition temperatures ranging from $536^{\circ}F$ to $896^{\circ}F$. See IGNITION HANDBOOK by V. Babrauskas, ©2003.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 10

anywhere within the appliance, and the materials selected can be limited to materials that are not capable of sustaining combustion in the event of an internal failure.  Most convection type heaters are designed to limit the internal temperatures while still achieving the intended purpose by driving air over the heating elements to transfer the thermal energy out of the appliance.  On the other hand, as described above, by its nature, the radiant heater, to be effective, must operate at temperatures that are elevated well above that of normal combustible materials in order to emit the infrared energy at sufficient levels to achieve the intended purpose.  For example, an exemplar HQH307 heater was tested under normal operation and within less than 1 minute achieved temperatures on the heating element in excess of 866$^\circ$F as documented in Figure 8.[43]  The reflector and fan internal to the HQH307 serve the purpose of preventing the combustible materials of the heater enclosure from reaching the temperatures at which they would fail or ignite, but the operating temperature of the heating element is not limited by design to temperatures below that of common combustibles.

The material used for the HQH307 heater enclosure/body was rated as a V-2 rating under the UL-94 standard.  While the V2 rating indicates a material that will self-extinguish under specific test conditions within 2 seconds after removal of the heat source, having a material that is preheated, or a significantly larger sample size may allow the material to sustain combustion for a longer duration and allow a wider range of flame spread.  As an example, for the subject heater, a poor connection at the base of the heating element can produce extremely high temperatures sufficient to burn the bottom of the enclosure.  The heat source would be sustained until operation is interrupted by the user, by a circuit breaker, by automatic operation of internal controls or by a failure of the device.  This could potentially result in enough fire damage to the heater body to cause it to lose structural integrity before the original heat source is eliminated.  The use of a material with a higher flammability rating, i.e. V-0 rating, may reduce the risk of fire spread and would have a lower heat output that would generate that effect, but would not necessarily eliminate the hazard.  Thus, the fire hazard associated with subject heater was not eliminated by design, neither in the implementation of the heating element nor in the selection of materials.

GUARD:  According to the engineering hierarchy, as described above, if a hazard cannot be eliminated by design, then guards must be put in place to protect persons and property against the hazard.  As an example of this, the HQH307 heater includes a perforated sheet metal grill in front of the heating element to protect against direct contact by persons or property with the heating element.  A similar guard against direct contact with the heating element is included in

---

[43] The infrared camera image documented in Figure 8 was taken with the exemplar heater operating normally, with a piece of thin black cloth hung in front of it to avoid the reflections inherent to that type of imaging technology.  It is likely that the measurement significantly underestimated the temperature of the heating element, given the UL 1278 definition of a "VISIBLY GLOWING HEATING ELEMENT" as "A heating element whose visible portion attains a temperature of at least 650$^\circ$C (1202$^\circ$F) under intended conditions of operation." (p. 13)

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 11

most, if not all, portable electric heaters.  These constitute a guard to address the risk of personal injury as well as fire.  Most electric heaters also include a temperature switch, commonly referred to as a high-limit switch or thermal cutoff, which will interrupt operation of the heater in the event that unexpectedly high temperatures are achieved.  For example, in a forced convection heater, a high limit switch, if properly positioned, can interrupt the flow of electric energy to the heating element if the flow of air is reduced (i.e. as a result of an obstruction or a fan failure) causing the temperature of the air to approach the ignition temperature of common combustibles. The high limit switch in the HQH307 is described in the user manual as "a patented technologically advanced safety system that requires the user to reset the heater if there is a potential overheat situation.  When a potential overheat temperature is reached, the system will automatically shut the heater off."[44]  The malfunction of a high limit switch is known to significantly increase the risk of fire.

Testing performed by Sunbeam and by PE&F demonstrated that if the heater is tested with a large piece of terry cloth draped over it, the high limit switch on the HQH307 heater does, in fact, interrupt operation within a few minutes.  The high limit switch, rated at 85°C (185°F), detects the excessive temperatures generated when the heater is draped with a terry cloth material.  The material absorbs and reflects the radiated heat into the very limited space between the grill of the heater and the heating elements, and traps the air so that the temperature is driven up in the vicinity of the high limit switch (see Figure 9).[45]  As shown in Figure 9, the maximum temperatures measured by thermocouples immediately outside the grill on the front of the heater were 411 and 480 °F, respectively, when the temperature of 224°F was achieved at the thermocouple immediately adjacent to the high limit less than 2 minutes after the heater was turned on with a piece of terry cloth draped over it.  The second type of draped cloth test involved applying the terry cloth after steady state temperatures have been achieved.  When PE&F performed this test on the subject heater, the thermocouples on the grill never detected temperatures in excess of 350°F.  Thus, for this specific test, the high limit switch guards against the excessive temperatures that pose a significant fire risk, however other testing by PE&F demonstrated that the high limit switch is not effective in other conditions.

Other testing performed by PE&F yielded more elevated temperatures.  During clothing material tests, various clothing materials were stretched over the front of a vertical frame (an assembly of 2x4 lumber with an OSB back and the interior filled with a blanket) and placed in front of the heater, oriented vertically without covering the heater (see Figure 13).  When a single layer of 100 percent polyester material was used and positioned 1 inch from the base of the heater, a temperature of 488.7 °F was achieved.  Furthermore, when two layers of material (a bottom layer of 100 percent cotton covered by a layer of 90 percent nylon/10 percent lycra) were used and the vertical frame with the blanket was pushed up against the heater making

---

[44] SPI000002; Prins depo vol. II pp. 146-147; Vernaglia depo vol II pp. 182-183
[45] Test performed on November 18, 2013

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 12

contact at the base (but not at the top because the face of the heater slants slightly back from vertical), a temperature of almost 530°F was detected (see Figures 14 and 15).[46]  Notably, even though temperatures well in excess of documented autoignition temperatures for common combustibles were produced by the heater and sustained for more than 3 hours, the high limit switch did not respond to interrupt operation.   A temperature of 242°F was detected in immediate proximity to the high limit switch, but that was not sufficient to cause the high limit switch to operate because the supply of cool air driven by the fan was directed onto the back of the high limit switch providing sufficient cooling to prevent operation.   This explanation is consistent with the fact that during the drape test, which restricted air flow, the temperature measured at the same location detected 224 °F when the high limit switch, rated at 185 °F, operated.   The effect of the fan on the temperature at the back of the heater in the vicinity of the thermostat and air intake is reaffirmed in the graph of Figure 14 at the end of the test when the power to the heater is terminated.   While most of the temperatures measured around the heater drop precipitously when power is cut off, the temperature at the air intake and the thermostat actually rise because the fan is no longer drawing in the cooler air from the room.  The fan cooling the high limit switch also has the effect of rendering the high limit switch less effective when the ambient temperature is lower, as confirmed by PE&F testing.  Sunbeam testified that they did not perform testing to evaluate the effect of ambient temperatures on the performance of the heater and did not know if it would adversely affect the hazard, although they also testified that the fan cools the thermostat so that it does not turn off prematurely.[47]

Another set of tests, intended to approximate the possible scenario of a basket of laundry bumped up against a heater, generated still higher temperatures.  With the basket up against the exemplar heater, the temperatures on the clothing reached temperatures in excess of 580°F.  The clothes were smoldering, charred and smoking and continued to smolder after the heater high limit switch operated after over 2 1/2 hours (see Figure 16 and 17).[48]  The series of tests revealed that the maximum temperatures achieved were dependent on the ambient temperature, with lower ambient temperatures resulting in higher surface temperatures because the high limit switch is cooled by the ambient air as the fan drives the air over it.  The fact that smoldering combustion was achieved before the high limit switch operated affirms that the effectiveness of the high limit as a guard against the fire hazard is insufficient.

For the purpose of comparison, a later model HQH307 heater was subjected to the same test.  In the later HQH307, the high limit was placed near the bottom of the heater, and had a significantly higher temperature setpoint.  With this heater, the laundry basket test yielded even higher temperatures (greater than 825°F) and the high limit switch never operated even though smoldering, charring and smoking were produced at very significant levels.  Sunbeam

---

[46] Test performed on April 19, 2013.
[47] Vernaglia depo vol I, pp. 82-85
[48] Test performed on May 29, 2013.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 13

personnel testified that placement of the high limit was based on "thermal mapping," but to date, no such documentation has been provided for review.[49]   Nevertheless, it is highly improbable that relocation of the high limit switch will resolve the shortcomings of the existing guarding methodology used in the HQH307.

A fundamental flaw impairs the effectiveness of high limit switches on radiant heaters as guards against the hazard of excessive temperatures that pose a risk of fire.  Specifically, the location that the temperature is monitored is not predictably the highest temperature that surrounding materials may be raised to, nor is there any consistent or predictable relationship between the temperature at the location where the high limit is positioned and the materials in front of the heater.  This issue is related to the heat transfer mechanism.  For example, in a convection heater, the designer can be assured that the temperature of materials outside the heater will be less than the temperature of the air stream exiting the heater because of the principle of convective heat transfer which limits the maximum temperature on the heated object to the temperature of the intervening medium.  However, the radiant heat transfer mechanism allows the heated object to achieve a maximum temperature that is dependent only on the temperature of the emitting source and independent of the temperature of the intervening medium.  Thus, the inability to predict the maximum temperatures of surrounding materials based on the temperature of the intervening medium, or any material or location within the heater renders any control based on local temperature ineffective as a guard against excessive temperatures that may lead to a risk of fire.  By contrast, a convective heater that positions the high limit switch to detect the temperature of the air exiting the heater may effectively monitor the maximum temperature to which any combustible material external to the heater would be subjected.  Thus, alternative technology exists which is not subject to the same fundamental flaw of the radiant heat technology.

An alternative to a high limit switch or other control based on internal monitoring would be the use of a remote sensing technology.  The requirements of such an application would be wide coverage over the space in front of the heater with the ability to detect elevated temperatures as any location within the space without any "blind spots." While infrared imaging technology such as that which generated the image in Figure 8 could potentially be applied to such a purpose with imaging processing algorithms, it is highly unlikely to be economically feasible for such an application, and its implementation would face numerous technological and practical challenges.  Based on this engineer's experience and observations of available technology, no technology could be identified that could practically and economically address the fundamental flaw of radiant heating technology for portable electric heaters.

Some permanently installed infrared heaters circumvent the issue of local control by using enforced clearance as an alternative guard mechanism, which is to say that by permanently positioning the radiant heater in a location where it is highly improbable that any combustible

---

[49] Vernaglia Depo Vol I, pp. 52, 55

14

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 14

material will encroach on a space that the energy flux density is sufficient to raise the temperature of the material to excessive temperatures, it more effectively guards against the risk of fire.  A portable heater, on the other hand, is more likely to be placed on the floor in a living space where combustible materials are abundant, ranging from clothes on the floor to blankets on the bed to curtains on the wall.  Enforcing an effective buffer zone in front of such a device also poses significant practical and economic challenges.

It is notable that a Sunbeam representative testified that, in fact, the purpose of the high limit was not to protect against excessive temperatures on combustible materials outside the heater or even to shut off the heater before it starts a fire, but rather the purpose of the high limit switch was exclusively to limit temperatures internal to the heater in order to preserve the functionality of the heater.[50]  Taken at face value, this appears to indicate that the Sunbeam design effort did not include any measure to prevent the excessive heating of combustibles outside the heater except a warning label and warning in the operation manual. Nevertheless, a key element in the testing that they performed of the high limit switch was assessing whether or not a material draped over the heater would char prior to the high limit shutting the heater off.

WARN:  According to the engineering hierarchy described above, if a hazard cannot be designed out and no effective guarding can be placed, then the hazard should be addressed by appropriate and effective warnings.  Warnings may be implemented in a number of different forms, including specialized training, audible alarms, warning lights, instruction manuals and warning labels.  The effectiveness and appropriate application of warnings depends on the nature of the conditions in which the product is deployed, and the users requiring the warning.

The HQH307 was constructed with a warning label affixed to the front of the base (see Figures 1 and 12).  The Sunbeam representative testified that instead of testing the potential for ignition of materials close to the heater, "we have several warnings on the, the product, on the power cord and the instruction manual and the gift box to warn people not to put things three feet from the heater."[51]  Furthermore, when asked, "Does Sunbeam do any testing where it deliberately tries to prevent the heater from causing a fire outside of itself?" Mr. Prins responded, "... No, there's no testing that's done to look at the external temperatures outside the heater in a way to evaluate for combustibles.  The requirement is there to keep the combustibles away.  So that is the extent."[52] Nevertheless, Mr. Vernaglia testified that Sunbeam does no investigation into whether or not the warning works.[53]  Specifically, the warning on the base of the unit states: "WARNING: Risk of Fire - Keep combustible material such as furniture, papers, clothes, and curtains at least 3 feet (0.9 m) from the front of the heater and away from the sides and rear." (see Figure 18)  The placement of the warning on the base, in relatively

---

[50] Prins depo Vol II, pp. 99-101, 108
[51] Vernaglia depo Vol I, p. 67
[52] Prins depo Vol II, p. 115
[53] Vernaglia depo Vol II p. 215

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 15

small font without any coloring tends to substantially reduce the effectiveness of the warning. The appropriateness of a passive text-based label in an environment which is likely to include the elderly, small children, and/or pets is also limited. A written warning printed in the operating instructions is likely even less effective.[54] While testing by PE&F does affirm that maintaining a clearance of 3 feet is likely to virtually eliminate the risk of fire due to radiant heat exposure because of the reduction in heat flux as the infrared radiation spreads, the practicality of relying on such a label to enforce the prescribed clearance with such a severe risk associated with the violation of the clearance is not reasonable. In point of fact, given the common deployment of portable electric quartz space heaters similar to the subject unit in bedrooms and other living spaces where order and neatness cannot be assured, encroachment on the prescribed clearance is reasonably foreseeable, and cannot be effectively prevented by a passive unobtrusive warning label.

An alternative implementation of a warning system was implemented in the HRH316 radiant heater, which is now no longer in production. Under this implementation, an audible sound was emitted when an excessive temperature condition was encountered.[55] Sunbeam testified that the only reason that an audible alarm was added to that particular line of heaters was due to a customer request, but they had no knowledge of why the customer would make such a request.[56] While PE&F did not test that particular product, it is likely, based on the information provided, that the audible warning as it was reportedly implemented would be no more effective than the high limit switch because it used the same method to detect the overheat condition.

The subject incident is an example to affirm the ineffectiveness of the warnings on the subject heater. In his recorded testimony, Mr. Shinedling stated that he had read and understood the warnings and user manual for operation included with the subject heater, and could not recall placing any materials within 3′ of the heater.[57] He did however indicate that a pile of clothes was stored on the floor between a laundry hamper also filled with clothes and a dresser located near the heater, and an empty 42″ television box that Mrs. Shinedling had been using as a trash container for used cleaning rags and supplies while she was cleaning the master bedroom was stored at the foot of the bed, but all were further than 3′ from the heater.[58] However, San Bernardino County Fire Investigator Robert Mendez described combustibles being located within 3′ of the front of the heater at the time of the initial scene investigation,[59] and Mr. Shinedling's eyewitness statement that the heater was on fire as some clothes located in front of the heater were starting to burn,[60] indicating that the combustible materials had apparently

---

[54] See SPI000002
[55] Vernaglia depo Vol I, pp. 107-108
[56] Vernaglia depo Vol II, pp 211-212
[57] See K. Shinedling deposition pp. 110-111
[58] See K. Shinedling deposition pp. 149-152
[59] See Ex 19a - Mendez, Robert 2013-05-23.pdf pp. 81
[60] See K. Shinedling deposition pp. 180

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 16

been displaced, either by Mrs. Shinedling when she reportedly got up during the night to use the bathroom or by their daughter, Ava, who reportedly entered the room during the night. While the warning was apparently communicated to the purchaser and generally observed, in this case, it is likely that unintentional encroachment was the result of parties who may not have been aware of the warning or may not have even been able to understand the significance of the warnings if it had been communicated. The presence of parties in the room, other than the original purchaser, who might potentially have encroached on the prescribed clearance due to the nature of the environment is reasonably foreseeable, whether or not they are able to read and/or understand the warnings.

While the effectiveness of a passive text-based warning for a device having such a severe hazard associated with it is limited, an active warning system would likely be much more effective. For example, if an audible alarm were to loudly annunciate when the prescribed clearance of 3 feet is violated, a corrective action would be much more likely to be initiated because a responsible person would hear and respond, even if they had been asleep at the time of encroachment. Such an active warning system would necessarily be implemented using a remote sensing technology, such as ultrasonic or infrared proximity sensors. It would require a wide range of coverage in addition to the necessary signal processing from multiple sensors to accomplish this. It is unlikely that such an implementation would be economically feasible, and it would likely pose serious issues with marketability.[61]

Thus, based on a detailed evaluation of the HQH307 quartz heater, this engineer has concluded that the product is defective in design and unreasonably dangerous. Sunbeam's process of engineering the HQH307 heater was inadequate, including an inadequate hazard analysis, and inadequate mitigation of the hazard by design, guarding or warning. Furthermore, given the practical infeasibility of guarding or warning against the severe hazard of fire, the product is unlikely to be made safe by minor changes to its current embodiment, and ineffective warning labels do not adequately mitigate the hazard. Alternative technologies, such as portable space heaters that rely on forced convection, exist and are common in the marketplace, but the quartz heater, reliant on radiant heat transfer, is inherently dangerous and the hazards cannot be effectively mitigated.

Underscoring the distinction between the convection heaters and radiant heaters relative to the risk of fire, testing performed by PE&F found dramatically different temperatures output from the two types of heater under normal operation, as well as abnormal operating conditions. For example, a simple test of a Holmes HFH436WGL-TG2 (fan heater with wire coil

---

[61] In the context of the economic feasibility of design changes, it is interesting to note a comment, dated 7/24/2009, made in a NPA review of a proposed cost saving modification to the HQH308 product line, which is substantially similar to the HQH307, that "We have brain stormed several cost reduction idea (sic) this year and some of them cannot be executed due to a need for resubmission to UL which will probably be failed." (SPI003693)   No explanation is provided by the author of the comment for the doubts surrounding the product line's ability to pass the UL evaluation.   See also Vernaglia depo vol II pp. 283-285

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 17

element, 1500 W) with a thermocouple positioned immediately in front of the heater yielded a steady state temperature of approximately 124 °F in 70 seconds of operation with no obstruction (ambient temperature of 53°F). When a towel was draped over it, the output temperature reached a maximum of 174°F in less than 20 seconds before the high limit switch operated to shut the heater off. When a towel was bunched up in front of the same heater, the temperature rose to 156°F in less than 2 minutes when the high limit operated to shut off the heater (see Figure 19). Under the same operating conditions, an exemplar HQH307 was tested with a thermocouple immediately in front of the grill (56°F ambient temperature) and reached temperatures of approximately 210°F in approximately 3 minutes. When the towel was draped over the operating heater, the high limit operated in approximately 10 seconds, and temperatures reached a maximum of 293°F. When the towel was wadded up and placed against the front of the heater, the temperature indicated 630°F after 25 minutes before smoke production became overwhelming (see Figure 20), and the towel burst into flames as it was being removed from the heater (see Figure 21).[62]

A more extended test of a ceramic heater by another manufacturer (Lasko-Model CT22539) monitored the temperatures at multiple points, as illustrated in Figure 22, in a repeat of the laundry basket testing. Although the basket was against the heater for 4 hours, the temperature of the heater output never increased above 240 at any point external to the heater (see Figure 23).[63]

<u>Conclusions and Summary of Opinions:</u> Based on this engineer's training, education, experience,[64] and available evidence, in the context of the investigation that was performed, this engineer has developed the following conclusions to a reasonable degree of engineering certainty:

- The fire that ultimately caused the death of Mrs. Shinedling was caused by the subject HQH307 heater.
- The HQH307 quartz heater is defective by design and unreasonably dangerous.
- The benefits of the design of the Sunbeam HQH307 heater do not outweigh the risks associated with the design. In light of the seriousness of the hazard from the use of the heater, up to and including death, and the probability of the hazard, defendant should not have designed, manufactured, sold or distributed the HQH307 heater.
- In the process of engineering the HQH307, Sunbeam should have performed an effective hazard analysis, and identified fire as a hazard associated with the product. Failure to perform an effective hazard analysis is a cause of the defective design of the heater.

---

[62] Tests performed on March 28, 2014.
[63] Test performed on January 31, 2014
[64] Dr. Palmer's curriculum vitae, list of testimony, and list of publications, as well as his schedule of fees reflecting compensation rate for work performed in the context of this investigation, are attached to this report as Appendix F.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 18

- The hazard of fire as it is associated with heat producing appliances was known to the industry in general and known or knowable to Sunbeam at the time of design and manufacture of the HQH307 heater.
- The high limit switch incorporated into the design of the Sunbeam HQH 307 heater as a guard against overheating conditions is ineffective in preventing temperatures outside the heater from reaching the ignition temperature of common combustibles.
- The warnings and instructions on the Sunbeam HQH307 heater are inadequate and ineffective.
- Given their inability to develop a safe design and given their inability to implemented effective guards against the fire hazard, and given their inability to provide effective warnings, Sunbeam should have refrained from placing the HQH307 into the stream of commerce.
- Alternative heater technologies such as forced convection heaters are capable of achieving the purpose of portable electric heat without the risks inherent to the quartz/radiant heat technology.
- Prior instances of internal catastrophic heat-producing failures of similar model heaters that are likely the result of manufacturing defects have been documented, and the possibility of a manufacturing defect in the subject heater could not be eliminated in the course of investigation.
- The most probable cause of the fire was a design and/or manufacturing defect of the subject heater.

The opinions and conclusions expressed in this report are based on the information available to the engineer as of the date of this report.  As discovery continues, it may be that additional information will become available that will affect these opinions and conclusions.

With warmest regards,

Palmer Engineering and Forensics, LLC.

_____

John A. Palmer, PhD., P.E., C.F.E.I.
President

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 19


Appendix A: Documents Reviewed


Below is listed a list of documents that were made available for review.  Most are identified by their electronic file name or folder.  Given the very large quantity of documents, it may be that some documents were provided that have not been included on the list, and it may be that some documents that were provided were not reviewed, but this list represents a good faith effort to include all documents that were provided and reviewed to one degree or another.


Provided Documents
- Photos 2012-10-09 re Microscope Images [Palmer] [1815-1871].pdf
- photos 2012-11-27 Evidence Exam [Palmer] [2118-2584].pdf
- Photos 2012-11-27 re Conducted Exam [Romig] [1872-2117].pdf
- 2842.pdf
- Docs Prod to P 2013-06-07 [SPI000001-SPI000262][non-confidential].pdf
- Docs Prod to P 2013-06-07 [SPI000001-SPI003194][confidential].pdf
- Shindeling - SPI003195 - 3336.pdf
- E41 - Autopsy Protocol.pdf
- E42 - Diagram of Residence.pdf
- E48 - Incident Detail Report.pdf
- E58 - Uniform Crime Report.pdf
- E59 - Call History.pdf
- Shindeling_Complete File_061313.pdf
- E60 - File Witness.pdf
- E34 - Color Copy of Photograph.pdf
- E35 - Color Copy of Photograph.pdf
- E41 - Autopsy Protocol.pdf
- E42 - Floor Plan.pdf
- E48 - Incident Detail RPT.pdf
- E49 - Incident RPT.pdf
- E50 - Fire Investigation Narrative (FR-5).pdf
- E51 - SB Sheriff's Dept. Coroner Division - Autopsy Protocol.pdf
- E52 - SB Sheriff's Dept. Coroner Investigation RPT.pdf
- E53 - LTR to Bob Mendez, from Michael Whedon, 2011-02-08.pdf
- E55 - Color Copies of Photographs.pdf
- E56 - Diagram.pdf
- E57 - Fire Investigation Summary (FR-1).pdf
- E01 - SBC Sheriff's Dept. Fire Investigation Report.pdf
- E02 - Diagram of Master BR.pdf
- Files E03 through E40
- E41 - Autopsy Protocol.pdf

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 20

- E42 - Diagram of Residence.pdf
- MW000001-MW000497.pdf
- E42 - Diagram of Residence [previously marked].pdf
- E59 - Call History [previously marked].pdf
- E63 - NOT of DEPO  of Whedon.pdf
- E64 - CV of Whedon.pdf
- E65 Handwritten notes.pdf
- E43 - Warranty info for Holmes Heater.pdf
- E44 - Diagram of house.pdf
- E45 - Hand-drawing diagram.pdf
- E46 - Hang tag warning.pdf
- E47 - Prudential Limited Ins Agreement.pdf
- Electric Heater OSIs CPSC.xls
- holmes shipper heater import data.xls
- holmes shipper import visual map.pdf
- holmes shipper import visual map.PNG
- sunbeam consignee heater import data.xls
- 2012 Space heater Consumer reports.pdf
- 20050129_HolmesGroupSoldToJarden_BBJ.pdf
- 20121101_OnYourSide_StaySafeWhenUsing_NBC12.pdf
- BionaireBQH308CAmazonProductPage.pdf
- Holmes HQH307 Amazon Product Photos.pdf
- Holmes HQH307 Manual.pdf
- Holmes HQH307 Tower Quartz heater Amazon.pdf
- Holmes HQH341-UM_43_54772496 manual.PDF
- HolmesWebsite.pdf
- JardenCorpWebpage.pdf
- nbc12.com.ON YOUR SIDE  Stay safe when using space heaters.mp4
- nbc12.com.ON YOUR SIDE  Stay safe when using space heaters.pdf
- PattonPQH307AmazonProductPage.pdf
- SQH310-UM manual.PDF
- SunbeamWebsite.pdf
- 2000-2010 NFIRS Data.xls
- 2010 Heater a fire hazard Sunbeam Ceramic Heater model SQH310.pdf
- 2010 Sunbeam Complaint - Quartz Heater Caught Fire.pdf
- 2010 Sunbeam SQH310-UM Quartz Tower Heater.pdf
- 2010 Warning Flames Downgraded our opinion_Amazon.pdf
- 2011 Is there a recall on the SQH310 sunbeam heater Fixya.pdf
- 2011 Not recommended - Sunbeam SQH310 dual quartz heater my3cents.pdf
- 2011 Sunbeam quartz heater caught fire my3cents.pdf
- 20111019-487CD-2147474187 photos.pdf
- 20111019-487CD-2147474187 Saferproducts.pdf

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 21

- 20120208-AEC92-1229481.pdf
- 20130126-77D6C-2147459471.pdf
- Viewpoints Sunbeam Portable Quartz Tower Heater SQH310 U Reviews.pdf
- 2000-2010 NFIRS Data.xls
- LTR IN SRS 2013-06-19 re research.pdf
- LTR IN SRS 2013-06-21 re research.pdf
- Sunbeam Possible OSIs and Product Info.xls
- Electric Heater OSIs CPSC [3696 - 3733].pdf
- Ex 6b - D Sunbeam ROGS to P Addison [resp] supp.pdf
- Ex 7b - D Sunbeam POD 1 to P Addison [resp] supp.pdf
- Ex 7c - D Sunbeam POD 3 to P Addison [resp].pdf
- Ex 8b - D Sunbeam ROGS  to P Alexia [resp].pdf
- Ex 9b - D Sunbeam POD 1 to P Alexia [resp] supp.pdf
- Ex 9c - D Sunbeam POD 3 to P Alexia [resp].pdf
- Ex 10b - D Sunbeam ROGS to P Ava [resp] supp.pdf
- Ex 11b - D Sunbeam POD 1 to P Ava [resp] supp.pdf
- Ex 11c - D Sunbeam POD 3 to P Ava [resp].pdf
- Ex 12b - D Sunbeam ROGS to P Kenneth [resp] [supp].pdf
- Ex 13c - D Sunbeam POD 1 to P Kenneth [resp] [supp].pdf
- Ex 13e - D Sunbeam POD 2 to P Kenneth [resp].pdf
- Ex 13f - D Sunbeam POD 3 to P Kenneth [resp].pdf
- Ex 14 - KAS SROG 1 to D Sunbeam [resp].pdf
- Ex 14b - KAS SROG 1 to D Sunbeam [resp] [amend].pdf
- Ex 15 - ALS SROG 1 to D Sunbeam [resp].pdf
- Ex 15b - ALS SROG 1 to D Sunbeam [resp] [amend].pdf
- Ex 16a - KAS POD 1 to D Sunbeam [resp].pdf
- Ex 16c - KAS POD 1 to D Sunbeam [resp] [amend].pdf
- FAX_20130924_1380060593_24.pdf
- SPI003337-SPI005155-confidential.pdf
- SPI005156-SPI007059.pdf
- 3PT_Functional Test_85100900036_HQH308C-UM-1LC.pdf
- 3PT_Packaged drop test and vibration test_85100980321_HQH308C-UM-1LC.pdf
- ATM_HK10010101-1_(HQH307,308,319 series).pdf
- Audit PP 2010-3104C HQH308C-UM-1LC.xls
- CAP PP 2010-3104C HQH308C-UM-1LC.xls
- CTQ PP 2010-3104C HQH308C-UM.xls
- Full ETL report(HQH307,308, 310 and 319 series).pdf
- GBA_BQH308C-UM_final.pdf
- GBA_HQH308C_final.pdf
- HQH308C-UM PP Packaging Reliability Test(Pass).msg

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 22

- IBA_BQH308C_final.pdf
- IBA_HQH308C_final.pdf
- LAF_HQH307 PQH307 HQH308C HQH319_final.pdf
- PSA 2010-3104C HQH308C-UMHQH308C-UM-DIMHQH308C-UM-1LCBQH308C-U.pdf
- PWC-ED-093_HQH308C.xls
- Test report_HQH308C-U (Others) Cycle reliability test to LED of PCB(No He100302-055)).xls
- Test report_HQH308C-UM-1LC(ORT) Continuous on life test(pass)(No He20100426-058).xls
- Test report_HQH308C-UM-1LC(Others)_8 Hours Use Test(No He20100324-093).xls
- Test report_HQH308C-UM-1LC(Others)_Stress Test to Limiting thermosatat(No He20100324-094).xls
- WI-QM-520.xls
- ATM_HK10010101-1_(HQH307,308,319 series).pdf
- Full ETL report(HQH307,308, 310 and 319 series).pdf
- IBA_HQH319_final.pdf
- LAF_HQH307 PQH307 HQH308C HQH319_final.pdf
- 3PT_Pre-Prod test_SQH310-WM1-115_GZ10011037.pdf
- 3PT_PT_Functional Test_GZ10030790_SQH310-WM1-115.pdf
- 3PT_PT_RoHS Test_SZHH00468082_SQH310-WM1-115.pdf
- ATM_HK10010101-1_(HQH307 series).pdf
- ATM_HK10010101-1_(HQH307,308,319 series).pdf
- Audit MB 2010-887I SQH310-WM1-115.xls
- Audit PP 2010-887I SQH310-WM1-115.xls
- CAP MB 2010-887I SQH310-WM1-115.xls
- CAP PP 2010-887I SQH310-WM1-115.xls
- CoC_Raider motor for RoHS.jpg
- CoC_SQH310 RoHS.pdf
- CTQ MB 2010-887I SQH310-WM1-115.XLS
- CTQ PP 2010-887I SQH310-WM1-115.XLS
- DA Score 10-3104C.xls
- Full ETL report(HQH307,308, 310 and 319 series).pdf
- FW SQH310-WM1-115 Packaging Reliability Test(Pass) - Remove polybag .msg
- GBA_Approvals_SQH310-WM1.pdf
- IBA_SQH310_fanil.pdf
- LAF_HQH307 PQH307 HQH308C HQH319_final.pdf
- LAF_SQH310_final.pdf
- NPA2009-884 P2010-3104C major SQH310.mht
- PCP_SQH310-WM1-115_2010 season.xls

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 23

- PSA 2010-3104C_2010-887I_2010-3104T SQH310-WM1-115.pdf
- PWC-ED-1070 ver 07_SQH310-UC.xls
- PWC-ED-1070QC ver 03_SQH310-UC.xls
- QM_2010-887I SQH310-WM1-115.xls
- RoHS_Declaration_Letter - SQH310_2-23-2010.pdf
- Spec_motor SR058-12U2-045.pdf
- SQH310 Family ETL report(HQH307 series).pdf
- SQH310-WM1-115 Packaging Reliability Test(Pass)--Remove ploybag .msg
- SQH310-WM1 MB Packaging Reliability Test(Pass).msg
- SQH310-WM1 PP Packaging Reliability Test(Fail)- PP static compression test fail .msg
- Test report_SQH310-WM1-115 (MB) Environmental humidity test(No He100116-015).xls
- Test report_SQH310-WM1-115 (Re-qualify) Early Cycle Test(Application No He100130-27).xls
- Test report_SQH310-WM1-115(MB) Continuous On Life Test (No He20100114-010).xls
- Test report_SQH310-WM1-115(MB) cycling life test(No He100114-011).xls
- Test report_SQH310-WM1-115(MB) Early Cycle Test(Application No 20100114-010).xls
- Test report_SQH310-WM1-115(MB) Early Cycle Test(Application No 20100114-011).xls
- Test report_SQH310-WM1-115(MB) Effects of humidity test(No He20100116-015).xls
- Test report_SQH310-WM1-115(MB) Locked Rotor Test(Application No He100114-012).xls
- Test report_SQH310-WM1-115(MB)Product stress test(No He20100116-014).xls
- Test report_SQH310-WM1-115(ORT) Continuous on life test(pass)(No He20100422-045) .xls
- Test report_SQH310-WM1-115(Requlify)_cycling life test(No He100130-025).xls
- Test report_SQH310-WM-115 (Others)_Continuous On Life Test (No He20100130-026).xls
- Test report_SQH310-WM-115(PP)_Continuous On Life Test (No He20100326-101).xls
- WI-QM-510.xls
- AITKEN.HEIDI.xps
- Heidi Aitken.PDF
- ALEXANDER.ALICIA.xps
- ALICIA ALEXANDER.PDF
- BAKER.PATTI.xps
- Patti Baker.PDF
- BARRAZA.MARIA.xps
- MARIA BARRAZA.PDF
- BEVILACQUA.CHRISTINA.xps
- CHRISTINA BEVILACQUA.PDF
- BOGGS.HOLLY.xps
- Holly Boggs.PDF
- BRAGG.CANDIE.xps

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 24

- CANDI BRAGG.PDF
- BROWN.JONATHAN.xps
- J. Brown.PDF
- BRYANT.ROBIN.xps
- Robin Bryant.PDF
- BUBKO.JEANNINE.xps
- Jeannine Bubko.PDF
- CALLENDER.SUSAN.xps
- SUSAN CALLENDER.PDF
- CARPENTER.LISA.xps
- LISA CARPENTER.PDF
- CECIL.KATHLEEN.xps
- Kathleen Cecil.PDF
- CHURA.TAMMY.xps
- Tammy Chura.PDF
- CONDELLA.GINA.xps
- GINA CONDELLA.PDF
- CURTSINGER.TERRI.xps
- TERRI CURTSINGER.PDF
- DAVIS.OKIEFH.xps
- OKIEFH DAVIS.PDF
- DRIVER.JAMIE.xps
- Jamie Driver.PDF
- JAMIE DRIVER2.PDF
- ADRIAN ENE.PDF
- ENE.ADRIAN.xps
- ENGLAND.RICK.xps
- RICK ENGLAND.PDF
- Eleanor Gaston.PDF
- GASTON.ELEANOR.xps
- GILLESPIE.TAMMIE.xps
- TAMMUIE GILLESPIE.PDF
- Catherine Greewalt.PDF
- GREENWALT.CATHLEEN.xps
- GRESHAM.SHAWN.xps
- Shawn Gresham.PDF
- GROVE.CHERYL.xps

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 25

- Michelle Grove.PDF
- GRUBB.JODY.xps
- Jody Grubb.PDF
- Faye Harris.PDF
- HARRIS.FAYE.xps
- ASHLEY HOLLAND.PDF
- HOLLAND.ASHLEY.xps
- HURWITZ.PAMELA.xps
- PAMELA HURWITZ.PDF
- JONES.MARVIN.xps
- MARVIN JONES.PDF
- JOWERS.TROY.xps
- Troy Jones.PDF
- Ina Kaiser.PDF
- KAISER.INA.xps
- DIANE KEITH.PDF
- KEITH.DIANE.xps
- CHELSIE KERNS.PDF
- KERNS.CHELSIE.xps
- JENNIFER KIEDA.PDF
- KIEDA.JENNIFER.xps
- LEWIS.PATRICE.xps
- PATRICE LEWIS.PDF
- CHRISTINE MALYS.PDF
- MALYS.CHRISTINA.xps
- MARTIN.STEVE.xps
- Steve Martin.PDF
- MARK MATTHEWS.PDF
- MATHEWS.MARK.xps
- Diana Matta.PDF
- MATTA DIANA.xps
- MERINO.TIM.xps
- Tim Merino.PDF
- Amanda Oless.PDF
- OLESS.AMANDA.xps
- BRUCE PARANAY.PDF
- PARANAY.BRUCE.xps

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 26

- PETERKIN.UNGKANA.xps
- UNGKANA PETERKIN.PDF
- RAIL.SAM.xps
- SAM RAIL.PDF
- LINDA RINALDI.PDF
- RINALDI.LINDA.xps
- SEYMOUR.TERRANCE.xps
- Terrence Seymour.PDF
- MINDY SUROWIECKI.PDF
- SUROWIECKI.MINDY.xps
- ROBERT THOMAS.PDF
- THOMAS.ROBERT.xps
- GEORGE TITLOW.PDF
- TITLOW.GEORGE.xps
- P.Webb.PDF
- WEBB.PARIS.xps
- 10 23 13 Heater Pull July 2011.xlsx
- MICHELLE LEVY.PDF
- HQH319A09ESM1.pdf
- NPA2009-1204 P2010-3104P minor.mht
- PSA 2010-3104P SFH431-CN SFH436-CN SFH431-UM HQH319A-UM SFH436-UM SFH442-WM HFH442-UM.pdf
- NPA_2007-2083.pdf
- PER for Label page 1.jpg
- PER for label page 2.jpg
- PER for label page 3.jpg
- PSA_2007-2083.pdf
- PSA_2007-2083.xls
- RRA_HQH307.pdf
- 38563_SkuMatrixAttachment.xls
- PSA 2009-3104AA HCH4267-U HFH105UM HFH111-U HFH416-UM HQH307 HQH319-U HRH314 PUH680-U HFH421-U.pdf
- PSA 2009-3104AA Remaining sku.pdf
- PSA_draft for project 3104AA.xls
- PP 94V2 Kingfa.xls
- TR_111104-01.xls
- TR_111230-09 King Fa.xls

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 27

- TR_SQH310 enclosure molded.xls
- TR_SQH357 HQH347.xls
- Copy of SQH310 life test summary weekly 20120907.xls
- SQH310 life test summary weekly 20120921.xls
- 副本SQH310 life test summary weekly 20121018.xls
- PSA 2012-3095C SHQ310 series,HQH307 series,SQH357series,HQH341 series,PQH307 series,HQH309 series.pdf
- QM SQH310 Mica Plate assembly test summary.xls
- RRA 2012-3059C HQH307,HQH341,PQH307,SQH310,SQH357,PQH341 series.pdf
- RRA 2012-3095B HQH307 Series ,HQH341 Series ,PQH307 Series.pdf
- SQH310 TCO data (20120613).xls
- SQH310 TS  data(20120507).xls
- TR_SQH310 ORT sample terry cloth band drape test reference (No 120406-02).xls
- TR_SQH310 others sample terry cloth band drape test pass (No 120419-02).xls
- TR_SQH310 others sample terry cloth band drape test reference (No 120416-04).xls
- TR_SQH310 others sample terry cloth drape test pass (No 120416-02).xls
- TR_SQH310 Product electic stress test For reference Report (No.120512-03).xls
- TR_SQH310(Others) Continuous on life test Failed Report(No.120523-10).xls
- TR_SQH310(Others) Stress cycle life at Test 127V Reference Report(No.120512-01).xls
- TR_SQH310(Others) Voltage Fluctuation Test for reference Report(No.120512-02).xls
- TR_SQH310-WM1-115 Terry cloth brape test Passed Report(No.120419-01).xls
- TR_SQH310-WM1-115(Others) Continuous on life test Passed Report(No.120416-05).xls
- TR_SQH310-WM1-115(Others) Cycling on life test Passed Report(No.120411-01).xls
- TR_SQH310-WM1-115(Others) Single terry-cloth drape Test Passed Report(No.120416-01).xls
- TR_SQH310-WM1-115(Others) Single terry-cloth drape Test Passed Report(No.120606-04).xls
- TR_SQH310-WM1-115(Others) Single terryt-cloth drape Test Passed Report(No.120406-01).xls
- TR_SQH357(Others) Cycling life Passed Report(No.120505-02).xls
- SQH310-WM1-115(2013) FQA PP Audit Report.xls
- TR_SQH310(EB) Burn-in test Passed report(No.130508-07).xls
- TR_SQH310(EB) Continuous on life test Failed Report(No.130508-08).xls
- TR_SQH310(EB) Cycling life test Failed report(No.130508-09).xls
- TR_SQH310(EB) Free run test Passed report(No130508-06).xls
- TR_SQH310(EB) Product electrical stress test For reference report(No.130508-02).xls
- TR_SQH310(EB) Single  drape Test Passed Report(No.130508-05).xls
- TR_SQH310(EB) Terry cloth band drape test Failed report(No.130508-04).xls
- TR_SQH310(EB) Voltage Fluctuation Test for reference Report(No.130508-03).xls

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 28

- 2013-3095B_HQH307 series,HQH341 series,PQH307 series,SQH310 series,HQH347 series,SQH357 series.pdf
- New design QM test schedule.xls
- SQH310 mica new design TCO test data for TCO (20130602).xls
- SQH310 soldering point temp test data.xls
- SQH310 TS temp test data (2013.05.28).xls
- SQH310 TS TEST DATA (2013.05.28).xls
- IBA_Quartz Approvals_HQH-PQH307 SQH310.pdf
- id spec  hqh307 l tg l s-u.pdf
- id spec  pqh307-u l hd-u l -um.pdf
- id spec  sqh310-um l -wm.pdf
- Manual HQH307_09EM2.pdf
- Manual PQH307-UM_09ESM2.pdf
- Manual SQH310UM09ESM3.pdf
- PSA 2009-3104MM SQH310-WM.pdf
- Drop test for HQH307B-U-128.pdf
- HQH305发热丝组合加工.xls
- HQH307B-U PP Audit Report.xls
- PP CAP of HX HQH307B-U.xls
- PSA 2010-887N HQH307B-U-128.pdf
- PWC of HQH307B-U-128.htm
- QM_2010-887N HQH307B-U-128-2010-6-22.xls
- SQH310 PQH307 HQH307 film change.pdf
- WI-QM-510 310 307.xls
- 319 3XXC ATM for Report HK10010101-1 (YQH3XXC-AAA-AAA).pdf
- PER-308-076.pdf
- PER-319-054.pdf
- PER-319-060.pdf
- 2013-2757D,2013-2757C HQH341-HD-DIM,HQH341-HD.pdf
- GBF for HQH341.pdf
- IBF for HQH341.pdf
- Audit Report_EB_HQH341.xlsm
- CAP for 045F Motor noise.xls
- Drop test report of HQH341-HD-DIM failure.pdf
- EB CAP For HQH341-UM.xls
- HQH341.0191.pdf

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 29

- HQH341.pdf
- HQH341HD-DIM PP Audit Report.xls
- HQH341-HD-DIM(Others)Product electrical stress test(For Reference)(No.110525-05).xls
- HQH341-UM.pdf
- HQH341系列 REPORT.xls
- PER-341-012.pdf
- PP CAP For HQH341-UM.xls
- SQH341 3PT report 2011Jun ECN10965 Sumbeam heater EGZ013168 G.pdf
- switch 8D report CLCA_B3450-29.xls
- Switch action report QI-OPL-SQ01 柄方向反.xls
- TR_HQH341(EB)Environmental humidity test(PASS)(No.110330-03).xls
- TR_HQH341(EB)Product electrical stress test(Reference)(No.110402-05).xls
- TR_HQH341(EB)Rotary Switch cycling test(pass)(No.110402-04).xls
- TR_HQH341(PP)Cycling life test(Pass)(No.110601-17).xls
- TR_HQH341-UM(EB)Cycling life test(Pass)(No.110326-04).xls
- TR_HQH341-UM(EB)Thermostat Switch cycling test(Fail)(No.110418-08).xls
- TR_HQH341-UM(EB)Thermostat Switch cycling test(For reference)(No.110424-01).xls
- TR_HQH341-UM(Others)Adjustable Thermostat Switch cycling test(Pass)(No.110711-01).xls
- TR_HQH341-UM(Others)Thermostat Switch cycling test(Pass)(No 110526-08).xls
- TR_HQH341-UM(Others)Tip over Switch life test(Pass)(No.110708-04).xls
- Copy of HQH347 PWC.xls
- HQH347 drop test report img-6221412-0001.pdf
- HQH347 drop test report(failure).pdf
- HQH347 RPM data at MB stage.xls
- HQH347 返工流程 rework flow chart.xls
- HQH347-TG MB Audit Report.xls
- HQH347-TG PP Audit Report.xls
- HQH347-UM.pdf
- MB CAP For HQH347-TG.xls
- MB CAP For HQH347-TG final.xls
- PP CAP For HQH347-TG final.xls
- TR_HQH347-Label3360020000650(Ohers)Environmental humidity test(Pass)(No.110426-01).xls
- TR_HQH347-TG(MB)Continuous on Life Test(Pass) (No.110513-02).xls
- TR_HQH347-TG(PP)Continuous on Life Test(Pass) (No.110620-03).xls
- TR_HQH347-TG(PP)Cycling life test(Pass)(No.110620-04).xls
- 答复 HQH347-TG PP Audit Report.msg

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 30

- HQH355 Label Approval.pdf
- HQH355 PSA Cover.xls
- HQH355 RRA Cover.xls
- HQH355_GBapproval.pdf
- HQH355-UM IB APPROVAL.pdf
- HQH355-BlockDiagram.doc
- HQH355 Process Flow Chart.xls
- HQH355 qc plan 03-30-07.xls
- CTQ of HQH355-UM for PP .xls
- HQH355 CTQ 07-04-26.xls
- HQH355 ctq 07-04-27.xls
- DA SCORECARD HQH355.xls
- DFMEA HQH369 CO-QA-009-F011.xls
- HQH369-U SFMEA.xls
- HQH369-U QFD_OLD.xls
- QFD HQH369.xls
- CTQ of HQH355-UM for PP .xls
- HQH355 qtp 07-05-04.xls
- QM of HQH355-UM for PP Jun-19-07.xls
- QTP HQH355 revise 3-3-07.xls
- QTP HQH355 revise 3-24-07.xls
- QTP HQH355 revise 3-26-07.xls
- QTP HQH355 revise 3-27-07.xls
- QTP HQH355 revise 3-28-07.xls
- QTP HQH355.xls
- CAP HQH355 07-04-25.xls
- CAP HQH355.xls
- CAP of HQH355 PP.xls
- CAP of HQH355-U rev C.xls
- HQH355 cap 07-04-26.xls
- HQH355 EB2 Audit Report 07-05-11.xls
- HQH355 EB Audit Report 07-04-25.xls
- HQH355 drop test-photo1.JPG
- HQH355 drop test-photo2.JPG
- HQH355 drop test-photo3.JPG
- HQH355-U drop test report.pdf
- HQH355 MB validation report agency test

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 31

- HQH355-UM PP Audit Report.xls
- WI-QM-1377.xls
- CAP of HQH355-UM with PP 07-8-24.xls
- HQH355 PSA.PDF
- HQH355 RRA.jpg
- HQH355_RRA.pdf
- HQH369-355.pdf
- HQH369 PSA Cover.xls
- HQH369 RRA Cover.xls
- hqh369-assembly.pdf
- HQH369 QC Plan.xls
- HQH369 QC Plan Jul-19-07.xls
- CTQ of MB HQH369-UM Jun 2 07.xls
- DA SCORECARD HQH369.xls
- DFMEA HQH369 CO-QA-009-F011.xls
- HQH369 PFC Jul 18 07.xls
- HQH369 PFMEA rev Jul 18 07.xls
- HQH369-U SFMEA.xls
- HQH369-U QFD_OLD.xls
- QFD HQH369.xls
- QTP HQH369 revise 3-24-07.xls
- QTP HQH369 revise 3-26-07.xls
- QTP HQH369 revise 3-27-07.xls
- QTP HQH369 revise 3-28-07.xls
- QTP HQH369 revise 4-30-07.xls
- QTP HQH369.xls
- CAP for HQH369 PP updated 07-07-16.xls
- CAP for HQH369 PP updated 07-07-19.xls
- CAP HQH369.xls
- CAP of HQH369 PP.XLS
- HQH369 EB Audit Report.xls
- HQH369-UM MB Audit Report.xls
- HQH369-UM PP Audit Report.xls
- QM of HQH369-UM PP.xls
- WI-QM-1378.xls
- CAP of HQH369 PP  updated 07-8-25.xls
- CTQ of PP HQH369-UM Jul 7 07.xls

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 32

- E311426-20070209-Description.rtf
- HQH369-355.pdf
- HQH369 PSA.PDF
- HQH369 GB Approval.pdf
- HQH369 NOA.rtf
- HQH369 PP  updated 07-07-13.xls
- HQH369 QC Plan Jul-19-07.xls
- HQH369 RRA.jpg
- HQH369 validation report.doc
- HQH369_Label_approval.pdf
- HQh369_Legal_approval.pdf
- HQH369-UM IB Approval Form.pdf
- Notice of Authorization to Apply the UL Mark-E311426.pdf
- ATM for Report HK10010101-1 (YQH3XXC-AAA-AAA).pdf
- 2012-3104F for SQH310 EPK document link.msg
- 4010010100272 测试报告.jpg
- 4010010100301 测试报告.jpg
- EB CAP For SQH310-WM1-115 YINGHONG rotary switch.xls
- PSA 2012-3104F SQH310-WM1-115_HQH307_HQH307-DIM_HQH307-128,PQH307-UM,PQH307-UM-DIM,PQH307-U.pdf
- PSA 2012-3377A HQH307 Series,HQH341Series_PQH307 Series SQH310 Series.pdf
- PSA 2013-2757D 2013-2757C SQH310-WM2-115.pdf
- SQH310 IBF.pdf
- SQH310-WM1-115 Salt spray test (Eroka motor + JY adj TS  20111202 ) (pass).xls
- SQH310-WM2 GBF.pdf
- TR_111101-02 SQH310 Effects of Humidity test.xls
- TR_111101-03 SQH310 Burn-in test( Fail ).xls
- TR_111101-04 SQH310 Locked Rotor Test.xls
- TR_111101-05 SQH310 Product stress test(Fail).xls
- TR_111101-06 SQH310 EB cycling life test(for reference).xls
- TR_111101-07 SQH310 Manual-reset Thermostat temperature Test.xls
- TR_111101-08 SQH310 Cold and Heat test.xls
- TR_111101-09 SQH310(Euroka motor + JY Adjustable) EB Audit Report .xls
- TR_111103-02 SQH310 Cold motor startup test(Pass).xls
- TR_111110-01 SQH310-WM1-115 Manual-reset Thermostat temperature Test.xls
- TR_111110-02 SQH310-WM1-115 Manual-reset Thermostat temperature Test.xls

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 33

- TR_SQH310(EB)  JieYang TS Euroka motor Continous on life test Pending (No.111101-01).xls
- TR_SQH310(EB) JieYang thermostat knob cycling life test Passed (No.111228-02).xls
- TR_SQH310-WM1-115(EB) Adjustable thermostat 6000cycles Cycling life test Passed Report(No.120111-01).xls
- TR_SQH310-WM1-115(EB) Ying Hong  Rotary Switch 6000cycles life test Failed report (No 120416-06).xls
- TR_SQH310-WM1-115(EB) Ying Hong  Rotary Switch 6000cycles life test Failed report(the second time) (No 120416-06).xls
- TR_SQH310-WM1-115(EB) Ying Hong  Rotary Switch 6000cycles life test report Failed (No 120216-01).xls
- TR_SQH310-WM1-115(EB) Ying Hong Rotary Switch 6000cycles life test Passed Report(No.120517-07).xls
- TR_SQH310-WM1-115(other) Adjustable thermostat 6000cycles Cycling life test Passed Report(No.120111-01).xls
- 改善报告KFZ-07-C1045,4010010100272.doc
- FAI report - HQH307 SQH310系列 控制盒.xls
- FAI report - SQH310-UM Adjustable Knob.xls
- FAI report - SQH310-UM SW Knob.xls
- FAI report - SQH310-WM-115 PLUNGER.xls
- PER adjustable knob.pdf
- PER plunger.pdf
- PER plunger box.pdf
- PER switch knob.pdf
- AR - EST09022.pdf
- PSA 2009-3104 SQH310 PQHH307 series.pdf
- PSA 2009-3104 SQH310_PQH307 series.pdf
- Tooling Quote - EST09022C.xls
- Tooling Quote - EST09022C_3095024.xls
- PSA 2012-2757G SQH310-WM2-115 SCH4062-WM2-115 SFH442-WM1-115 PUH680-WM1-115.pdf
- CAP (Corrective Action Plan) form.doc
- Cover sheet - GZ12030938.pdf
- Cover sheet - GZ12051697.pdf
- GZ12030938.pdf
- GZ12051697.pdf
- SZHH00673029.pdf
- 3PT 2012 SQH357 failure 85121490004.pdf

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 34

- 85121870453 3PT retest report pass.pdf
- SQH357 3PT 2012 85121650414.pdf
- Approval Form-Rating SQH310 UL 11-18-2008.XLS
- PSA 2009-887I SQH310-UM-1TV.PDF
- SQH310 and SQH315 NOA for E91895 08ME10924.pdf
- SQH310 IB approv.pdf
- SQH310-UM-1TV waive 3PT.msg
- SQH310-UM GB approval form.PDF
- GBA_SCH4051-WM1.pdf
- GBA_SCH4062-WM1.pdf
- GBA_SFH090-WM1.pdf
- GBA_SFH111-WM1.pdf
- GBA_SFH442-WM1.pdf
- GBA_SQH310-WM1.pdf
- PSA 2010-3104Z SFH090-WM1-115,SFH111-WM1-115,SFH442-WM1-115,SCH4051-WM1-115.pdf
- QM 2010-3104Z.xls
- PSA 2012-3104F HQH309 HQH319 HQH347 SQH315-UM SQH357.pdf
- TR_SQH357 EB Continue on life test pass report (No. 120109-04).xls
- TR_SQH357(EB) Jieyang Tipover switch Cycling  life test pending report (No.120110-01).xls
- TR_SQH357(EB) Tip over switch life test Passed  report (No.120106-02).xls
- 3PT SQH357 GZ11050791-1.pdf
- 3PT transit test report GZ11050791-2.pdf
- Audit Report_EB_SQH357-UM.xlsm
- Drop test report SQH357-UM PP.pdf
- EB CAP For SQH357-UM (2).xls
- EB CAP For SQH357-UM final.xls
- HX 投诉马达分析报告.ppt
- MB CAP For SQH357-UM.xls
- Motor checking WI-PIE-1000-637.pdf
- Motor issue CAR - Audirt Report_EB_SQH357-UM.msg
- PP CAP For SQH357-UM 20110613.xls
- SQH357 drop test.pdf
- SQH357-UM-1LC MB Audit Report.xls
- SQH357-UM-1LC PP Audit Report.xls
- SQH357系列 REPORT.xls

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 35

- SQH357系列 MB REPORT.xls
- SQH357面板螺丝扭力.xls
- SQH357马达96V不能启动分析报告.doc
- TR_SQH357 series Logo(MB)Environmental humidity test(Pass)(No.11216-02).xls
- TR_SQH357(3360020000701)(EB)Environmental humidity test(PASS)(No.110326-24).xls
- TR_SQH357-UM-1LC(PP)Continuous on  life Test(Pass) (No.110601-16).xls
- TR_SQH357-UM-1LC(PP)Cycling  life Test(Pass) (No.110601-15).xls
- TR_SQH357-UM(EB) Button cycling test(Pass)(No.110315-10).xls
- TR_SQH357-UM(EB)Burn-in test(Pass)(No.110315-08).xls
- TR_SQH357-UM(EB)Continuous on life test(Fail) (110415-07).xls
- TR_SQH357-UM(EB)Continuous on life test(Pass) (110312-11).xls
- TR_SQH357-UM(EB)Cycling life test(Pass)(No.110312-12).xls
- TR_SQH357-UM(EB)Environmental humidity test(Pass)(No.110319-06).xls
- TR_SQH357-UM(EB)Locked Rotor Test(Pass)(No.110319-12).xls
- TR_SQH357-UM(EB)Product electrical stress test(Reference)(No.110315-09).xls
- TR_SQH357-UM(EB)Voltage Fluctuation test(Pass)( No.110329-01).xls
- TR_SQH357-UM(MB)Continuous on Life Test(Pass) (No.110513-01).xls
- TR_SQH357-UM(others) Thermostat test(pass) (No.1100506-02).xls
- TR_SQH357-UM(Others)_8-hours use test(Pass) (No.110510-03).xls
- 改善装饰面板.msg
- 转发 Audirt Report_EB_SQH357-UM.msg
- 转发 Audirt Report_EB_SQH357-UM  - Motor speed is out of spec. .msg
- 返工流程 do poorly done work over again for logo size.xls
- 3PT test Pass 2012-Mar GZ12020964.pdf
- 2013-2757D 2013-2757C HQH307-DIM HQH341-UM.pdf
- 2013-2757D,2013-2757C,2013-3377E_SQH357-UM-1LC,SQH357-UM.pdf
- 2013-3095H_HQH307 series,HQH341 series,SQH310 series,SQH357 series.pdf
- 10010101HKG-001 cETL (YQH3XXC-AAA-AAA).pdf
- PSA 2011-3104C 2011-3104L HQH319 series HQH308 series.pdf
- PSA 2011-3104L 2011-3104C 307 series.pdf
- PSA 2012-2757D 2012-3377B 2012-3104H HQH341 HQH307-2ME HQH319-U HQH347 SQH357.pdf
- PSA 2012-2757D 2012-3377D 2013104H SQH310 series HQH307 PQH307 series.pdf
- QM 2011-2866C.xls
- QM 2012-3104F Alternative JieYang's adjustable TS and limited TS.xls
- QM alternate new supplier for SQH310(updated).xls

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 36

- Quartz Heater Change History_10132011a.xls
- RRA 2011-2866C HQH341,SQH357,SQH310,HQH347,HQH307,PQH307 and HQH319 series.pdf
- SQH310 New TS oven test data(20130815).xls
- SQH310-WM1-115(change thermo-ltd supplier) PP Audit Report.xls
- TR_SQH310(EB) 21days envirionment humidity test Pending report(No.130711-06).xls
- TR_SQH310(EB) Burn-in test Passed report(No 130711-02).xls
- TR_SQH310(EB) Cold and heat test Passed Report(No.130711-05).xls
- TR_SQH310(EB) Continuous on life test Passed report(No.130701-04).xls
- TR_SQH310(EB) Cycling life test Passed report(No.130711-01).xls
- TR_SQH310(EB) force cycle test Passed report(No.130731-02).xls
- TR_SQH310(EB) free run test Pass Report (No.130711-07).xls
- TR_SQH310(EB) Product electrical stress test For reference report(No 130711-04).xls
- TR_SQH310(EB) Single drape Test Passed Report(No.130711-09).xls
- TR_SQH310(EB) Terry cloth band drape test Failed report(No.130711-08).xls
- TR_SQH310(EB) Voltage Fluctuation Test for reference Report(No.130711-03).xls
- CDs in July 21, 2011 Correspondence to CPSC (includes Exhibit E with 12 Discs enumerated and Exhibit G with 37 named subfolders)
- Claims and Lawsuits since Oct 2011 (includes 22 named folders and 1 spreadsheet entitled Property Damage and Personal Injury Claims-Cases.xls)
- Report by Joe Romig of Ponderosa Associates.


Depositions Reviewed:
- Ex 17a - Burris, Kim 2013-06-11.pdf
- Ex 18a - Corbo, Nicholas 2013-06-13.pdf
- Ex 19a - Mendez, Robert  2013-05-23.pdf
- Ex 20a - Stuart, Lance - 2013-04-10.pdf
- Ex 21a - Whedon, Michael 2013-06-13.pdf
- Ex 22a - Shinedling, Kenneth 2013-05-15.pdf
- Ex 23a - Shinedling, Addison 2013-05-15.pdf
- Ex 24a - Shinedling, Alexia 2013-05-15.pdf
- Stephen Vernaglia Vol I (with provided summary)
- Stephen Vernaglia Vol II (with provided summary)
- Richard Prins Vol I (with provided summary)
- Richard Prins Vol II (with provided sumary)

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 37

## Appendix B: Performed Tests

| Date | Heater | Brief Test Parameter Description | Cloth Material Used | Cloth and Insulation Used | Laundry Basket Used | Drape Test | Heat Sink Dist. | High Limit Operated | Max Measured Temp °F (All TC's) | Heat Damage to sample |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/2013 | H1 | Thermocouple Calibration | | | | | n/a | | n/a | |
| | | Operational Test | | | | | n/a | | n/a | |
| | | Thermocouple Recalibration | | | | | n/a | | 56.6 | |
| | | Operational Retest | | | | | n/a | | 216 | |
| | | Black body board set at 3 feet from heater | | | | | 3' | | 221.1 | None |
| | | Black body board set at 1 foot from heater | | | | | 1' | | 231.4 | None |
| 2/13/2013 | H1 | Thermocouple Calibration | | | | | n/a | | 48.8 | |
| | | Black body board set at 1 foot from heater | | | | | 1' | | 225.4 | None |
| | | Black body board set at 6 inches from heater | | | | | 6" | | 305.3 | None |
| | | Black body board set at 3 inches from heater | | | | | 3" | | 386.3 | None |
| 2/18/2013 | H1 | Thermocouple Calibration | | | | | n/a | | 50.9 | |
| | | Black body board set at 3 inches from heater (cheesecloth) | x | | | | 3" | | 397 | Charring |
| 2/23/2013 | H1 | Thermocouple Calibration | | | | | n/a | | 44.5 | |
| | | Black body board set at 1 inch from heater (cheesecloth) | x | | | | 1" | | 474 | Charring |
| 4/19/2013 | H1 | Thermocouple Calibration | | | | | n/a | | 48 | |
| | | Framed box covered with 100% Polyester (no back to box) 1 inch from heater | x | | | | 1" | | 333.6 | None |
| | | Framed box covered with 100% Rayon (no back to box) 1 inch from heater | x | | | | 1" | | 307.1 | None |
| | | Framed box covered with 100% Rayon (back and blanket) 1 inch from heater | | x | | | 1" | | 457.2 | Charring |
| | | Framed box covered with 100% Polyester (back and blanket) 1 inch from heater | | x | | | 1" | | 488.7 | Charring |
| | | Framed box double covered with 100% Cotton and 90% Nylon 10% Lycra (back and blanket) 0 inches from heater | | x | | | 0" | | 529.7 | Charring |
| 5/29/2013 | H1 | Thermocouple Calibration | | | | | n/a | | 69.7 | |
| | | High limit test | x | | x | | 0" | x | 430.6 | Charring |
| | | High limit test rotate 180 degrees | x | | x | | 0" | x | 479.6 | Charring |
| | | High limit test rotate fire | x | | x | | 1" | x | 584.1 | Smoldering |
| 7/2/2013 | H1 | Thermocouple Calibration | | | | | n/a | | 76.9 | |
| | | High limit test 1 | x | | x | | 0" | x | 436.3 | Charring |
| | | High limit test 2 | x | | x | | 0" | x | 434.8 | None |
| | | High limit test 3 | x | | x | | 0" | x | 346.4 | None |
| 9/27/2013 | H2 | Thermocouple Calibration | | | | | n/a | | 67.1 | |
| | | Black body board set at 1 foot from heater | | | | | 1' | | 215.5 | None |
| | | Black body board set at 6 inches from heater | | | | | 6" | | 293.7 | Light Smoke |
| | | Black body board set at 3 inches from heater | | | | | 3" | | 351.6 | Light Smoke |
| 10/4/2013 | H2 | Thermocouple Calibration | | | | | 0" | | 54.7 | |
| | | Laundry basket test fire | x | | x | | 0" | | 829.3 | Smoldering |
| 11/18/2013 | H1 | Thermocouple Calibration | | | | | n/a | | 58.8 | |
| | | Abnormal Drape Test 1 | x | | | x | 0" | x | 480 | Light Discoloring |
| | | Abnormal Drape Test 2 | x | | | x | 0" | x | 347.4 | Light Discoloring |
| 12/23/2013 | H1 | Thermocouple Calibration | | | | | n/a | | 50 | |
| | | 30 minute test with IR | | | | | n/a | | 217.8 | 217.8 |
| | | 60 minute test with IR | x | | | | 0" | | 289.4 | 289.4 |
| 1/31/2014 | H3 | Thermocouple Calibration | | | | | n/a | | 50.8 | |
| | | Ceramic Heater Test | x | | x | | 0" | | 234.8 | None |
| 2/21/2014 | H4 | Thermocouple Calibration | | | | | n/a | | 52.4 | |
| | | Low Power Heater Test | x | | x | | 0" | x | 727.2 | Smoldering |

Note: Details of the testing, including photographs, videos, and collected data are being provided in electronic format. H1 refers to the exemplar, H2 refers to a later version of the model HQH307 heater, H3 refers to a ceramic type convection heater (Lasko-Model CT22539) and H4 refers to another radiant heater (Optimus - Model H-5511)

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 38

Appendix C: Figures



Figure 1:  Image of exemplar heater.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 39



Figure 2: Nameplate of exemplar heater.



Figure 3: Image of some of the remains of the subject heater.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 40



Figure 4:  Image of plug blade from subject heater showing manufacturing date stamp.



Figure 5:  Photograph of the lower terminals of the two heating elements from the subject
heater.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 41



Figure 6:  Photograph of lower terminal to heating element in exemplar heater.



Figure 7: Historical trending of home fires involving heating equipment, as reported in NFPA report "Home Fires Involving Heating Equipment," by John R. Hall, downloaded from http://www.nfpa.org/~/media/Files/Research/NFPA%20reports/Major%20Causes/osheating.pdf

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 42



Figure 8: Infrared image of the exemplar heater showing temperatures up to 866°F.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 43



Figure 9: Graph of temperature at various points on the exemplar HQH307 heater during PE&F drape test. Plot horizontal axis shown in minutes and seconds. Thermocouple locations illustrated in Figures 11 and 12.  Shaded region indicates ignition temperatures of common combustible materials.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 44



Figure 10: Image of Exemplar heater during PE&F drape test.



Figure 11: Location of thermocouples internal to the heater for all tests.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 45



Figure 12: Location of thermocouples during the drape test.



Figure 13: Location of thermocouples during test of clothing material on frame with blanket inside.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 46



Figure 14: Chart of temperatures as a function of time during test with cloth wrapped over frame with blanket oriented vertically and positioned in contact with heater at base. Thermocouple locations are indicated in Figures 10 and 12. Shaded region indicates ignition temperatures of common combustible materials.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 47



Figure 15: Photograph of fabric damaged in test documented in Figure 14.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 48



Figure 16: Laundry basket test showing melting of laundry basket and charring and smoking of
clothing.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 49



Figure 17: Closer image of laundry basked test, showing glowing material (near center of image) indicative of smoldering combustion.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 50



Figure 18: Close up image of warning label on base of heater shown in Figure 1.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 51



Figure 19: Screen capture of test of towel wadded up against HFH436WGL.



Figure 20: Screen capture from video of test of towel wadded up against HQH307.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 52



Figure 21: Screen capture from video of test of towel wadded up against HQH307, after removal of towel from test position.



Figure 22: Thermocouple positions on Lasko-Model CT22539 tested as shown in Figure 23.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 53



Figure 23: Chart of temperature (°F) as a function of time for the ceramic heater shown in Figure 22, positioned against a laundry basket.

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 54

Appendix D: List of Sunbeam Quartz Heaters ostensibly similar to or related to HQH307

| PRODUCT FAMILY | SKU/MODEL | APPROX. MANUFACTURING START DATE |
|---|---|---|
| HQH307 | HQH307 | Prior to JUL, 2002 * |
| | HQH307-128 | JUL, 2009 |
| | HQH307B-U-128 | JUL, 2010 |
| | HQH307-DIM | JUN, 2006 |
| | HQH307-MX | SEP, 2004 |
| | HQH307-POE | AUG, 2006 |
| | HQH307S-U | JUL, 2005 |
| | HQH307S-U-DIM | JUL, 2006 |
| BQH308 | BQH308C-U | SEP, 2005 |
| | BQH308C-U-DIM | JUL, 2006 |
| | BQH308C-U-PAL | NO RECORD AVAILABLE |
| HQH308 | HQH308BJ | Prior to AUG, 2002 * |
| | HQH308C-U | JUL, 2004 |
| | HQH308C-UM | SEP, 2007 |
| | HQH308C-UM-1LC | JUN, 2007 |
| | HQH308C-UM-DIM | JUL, 2009 |
| HQH309 | HQH309 | Prior to JUL, 2002 * |
| | HQH309A-U | JUN, 2003 |
| | HQH309K-U | JUL, 2003 |
| | HQH309TG-U | Prior to JUL, 2002 * |
| HQH319 | HQH319A-U | JUN, 2004 |
| | HQH319A-UM | JUN, 2005 |
| | HQH319A-UM-DIM | JUL, 2006 |
| | HQH319-TG | AUG, 2010 |
| | HQH319-TG-DIM | JUL, 2010 |
| | HQH319TG-U | JUL, 2004 |
| | HQH319-U | JUL, 2004 |
| | HQH319-U-006 | NO RECORD AVAILABLE |
| | HQH319-U-DIM | JUL, 2006 |
| | HQH319-U-FCA | AUG, 2009 |
| HQH355 | HQH355-UM | JUL, 2007 |
| | HQH355-UM-105 | AUG, 2007 |
| | HQH355-UM-109 | AUG, 2007 |
| | HQH355-UM-1TV | JUN, 2007 |
| HQH369 | HQH369-UM | AUG, 2007 |
| | HQH369-UM-115 | JUL, 2007 |
| HQH715 | HQH715 | NOV, 2002 |
| | HQH715-CN | Prior to JUL, 2002 * |
| PQH307 | PQH307-HD | SEP, 2010 |
| | PQH307-HD-DIM | JUN, 2010 |
| | PQH307HD-U | JUN, 2003 |
| | PQH307-U | JUN, 2004 |
| | PQH307-UM | JUN, 2005 |
| | PQH307-UM-DIM | JUN, 2010 |
| SQH310 | SQH310-1TV | NO RECORD AVAILABLE |
| | SQH310-WM1-115 | JUN, 2010 |

* The records regarding manufacturing production information for these models are only available back to July 2002. Therefore, for certain early models, precise manufacturing start dates cannot be determined. However, we believe that models HQH307, HQH308 and HQH309 were manufactured prior to 2002.

Document Bates Stamped SPI005143

## Appendix E:  Reported Quartz Heater Failures

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 1. | Angela Thomas | 1/10/2004 | Dothan, AL | HQH307 | FD: Undetermined; heater contributing factor | Witness observed heater to be the only thing in the room on fire |
| 2. | | 1/10/2004 | Staten Island, NY | HQH-715 | | Notice letter and b/w photos |
| 3. | Stephanie Buchell | 2/15/2004 | Milford, MA | Holmes (HQH309TG-Exemplar) | No Report, only Notice Letter | Notice Letter - portable electric heater "may have started the fire." |
| 4. | Roy Hall | 1/12/2005 | Kansas City, MO | PQH307 | Subro: Defective space heater cause of the fire | Fatality |
| 5. | Bridget Quinlan | 2/22/2005 | Milroy, IN | Holmes (HQH309) - Exemplar | An inspection of the fire was performed on 3/15/2005, but the findings are not in the folder. | Three members of the Quinlan family were killed and five others were injured.  One 6 yr old was burned on 50% of his body and in critical condition. |
| 6. | Patricia Ladd | 5/8/2005 | Hudson Falls, NY | HLSHQ307 | Subro: fire was caused or contributed to by heater | |
| 7. | Radheshwar | 11/19/2005 | Seattle, WA | BQH308 | FD: An operating electrical heater was at the seat of the fire.  Either the heater failed or it came into contact with available combustibles | |
| 8. | Chris Shulhof | 12/17/2005 | Beech Grove, IN | Holmes (HQH305) | Notice Letter - Holmes space heater "may have been located in the area of fire origin." | The only information is a Notice Letter.  A joint inspection was performed on 1/13/2005 (sic - should be 2006). |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 56

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 9. | Anon | 12/21/2005 | Richmond Heights, OH | HQH307 | | A 30-year-old male turned the electric space heater on in the family room while he watched a football game on tv. The male fell asleep and woke up to find the heater on fire. He was able to get the heater outside and was burned on his hand . The electric heater was destroyed. There were two smoke detectors in the house, but they did not have batteries. It is unknown if the circuit breakers tripped. There was $300.00 in property damage reported. |
| 10. | Maureen Regan | 1/18/2006 | Westfield, NJ | Patton (PQH307) | | There appears to be two heaters.  One totally damaged, the other has external damage (unplugged?) |
| 11. | AJA Holdings (Taco Bell) | 10/26/2006 | Brook Park, OH | PQH307 | Heater too close to combustibles | Witness saw fire at space heater with combustibles immediately in front, tried to extinguish unsuccessfully |
| 12. | Bill Holoman | 11/30/2006 | Palestine, TX (where purchased) | Holmes (HQH307) | | The only information is a Notice Letter. |
| 13. | Karon Wittman | 2/16/2007 | ?Charlotte, NC | HQH307 | | damage to cord plug; Burned Prong: Jarden identified as loose outlet |
| 14. | Craig and Gloria Peters | 1/6/2008 | Alma, MO | Holmes( HQH307) | FD - Portable Heater was the"Cause of Fire."  "Had fire marshal come and portable heater started fire (sic)." | |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 57

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 15. | Shana and John Foster | 1/21/2008 | Mooresville, NC | HQH308C | Fire Marshal Report - Homeowner stated an electrical heater was left on to provide heat for the family dog - cause of fire is undetermined.  Possible malfunctioned heater or combustible objects left too close to the heater. | Chelsea Scherich and John Mozzetti witnessed flames coming from the garage.;  An unattended electric radiant heater overheated and ignited while running in a detached garage. The space heater was operating in the garage to heat the area for the homeowner's pet dog (dog was leashed). The flames ignited the plywood ceiling and burned the structure to the ground. Estimated damage: $60,000 structure and $15,000 contents (Note: SRS report dates this 1/23/2008) |
| 16. | Maness plumbing supply | 1/21/2008 | Murfreesboro, TN | HQH308 | | |
| 17. | Laura Gillespie | 2/5/2008 | Newport News, VA | HQH319A | | Note:" I saw a big blue flash and smell something burning.  After it blew, the coils went dead and temp light stayed on." |
| 18. | Sonya Jackson-Johnson | 2/13/2008 | Chicago, IL | HQH307 | Subro: Space heater at origin of fire | Notice letter only |
| 19. | Anita Fore | 2/18/2008 | Arlington, TX | Holmes (HQH307) | No FD report | Notice Letter - "Claimant alleges that the heater caught fire and burned a portion of her home." |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 58

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 20. | Jerry and Betsy Murphy | 2/20/2008 | Marion, OH | Holmes (HQH307) From Photo 4190 - Claim report indicates and Holmes (HQH319A) | FD Report - Cause is still undetermined at this time. | Members of the family were taken and released from the hospital for smoke inhalation and burns.  Mr. Murphy was burned trying to extinguish the fire. |
| 21. | | 2/28/2008 | Monroe, GA | HQH319A | | Note: hole in bottom of heater and burn on carpet |
| 22. | Robin Wolf | 3/9/2008 | Fenton, MI | HQH307 | FD: space heater in Kitchen | FD: Homeowner stated she heard noises coming from heater then saw it on fire (Evidence Exam photos on E-Disk 12) |
| 23. | Nina and Michael Blue | 3/12/2008 | Darlington, IN | HQH307 | probable malfunction of heater (Subro letter) | Apparent evidence of arcing on wires. Grill fell on face during fire with aluminum melting through |
| 24. | Clinton Stone | 10/19/2008 | Poulsbo, WA | hqh307 | | photos show intact heater and burned pillow and burned plug |
| 25. | James and Heather Hooten | 10/28/2008 | Parma, MO | Holmes (HQH307) | Notice Letter states, "Investigation, to date, indicates a Holmes electronic (sic) space heater was in the area of origin and that the space heater  appears to be the cause of the fire." | |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 59

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 26. | Anon | 11/10/2008 | Hickory, NC | Holmes | | An unattended electric space heater being used for supplemental heat, overheated and started a house fire. The heater was operating on the floor of the den. The fire investigator believed that the fire was a result of the heater being located too close to combustibles. The carpet ignited and the fire spread to othercombustibles. The 63-year old male homeowner (occupant) escaped the building, and was treated at the scene by EMT for mild smoke inhalation. The Deputy Fire Marshal stated that alcohol and medicines may have been associated with this incident. Estimated damages: $50,000 structure and $50,000 contents. The circuit breaker tripped. |
| 27. | Stork Metallurgical Consultants | 11/20/2008 | Houston, TX | hqh307 | FD:  Fire accidental in origin caused by an electric space heater being used to keep constant temperature in materials testing laboratory | |
| 28. | | 12/1/2008 | Philadelphia, PA | PQH307 | Subro: Heater is cause | |
| 29. | Sandy Byer | 12/7/2008 | Buchanan, VA | Holmes Electric Portable heater | FD: Space heater; heat source too close; DPI heater overheated at the quartz element contact holders | |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 60

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 30. | Kyle Solloway | 12/8/2008 | Niles, MI | Holmes quartz heater | FD: Undetermined | |
| 31. | Bruce Barrett | 12/31/2008 | Wyoming, MI | | Cord on fire | Handwritten notes only, no photos, no investigation |
| 32. | Jeanneen & Lamont Seaborn | 1/11/2009 | Detroit, MI | PQH307 | | |
| 33. | Anthony Leach | 1/17/2009 | Wilson, NC | Holmes (HQH307) | FD - This is a reported contained appliance fire. | Mr. Leach turned on the heater to warm 6 yr old son during bath and left the bathroom for 15 minutes.  Son ran out saying the room was burning. House destroyed.; An electric space heater malfunctioned and caught fire while inside a single family home. The fire spread to floor and walls before being extinguished by the local fire department. The home is uninhabitable. Real and personal property damages are estimated at $150,000-175,000. No one was injured. The heater, and an identical unit owned by the consumer, was collected as a sample. The manufacturer denied the consumer a claim for damages stating that the product was not defective. (Note, SRS report has incident date 1/13/2009, assumed to be same case due to geography) |
| 34. | Marion and Angela Goodpaster | 2/3/2009 | Aurora, IN | Holmes (HQH308CUM) | Investigator identified the space heater in the "area of the fire origin." | |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 61

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 35. | Grant, Elaine v. Sunbeam Products, Inc. | 3/1/2009 | | HQH307 or HQH139U | Residential fire allegedly involving Holmes heater. | Sunbeam placed on notice for fire where heater identified in room of origin.  Investigation revealed no defect in heater and claim not pursued. |
| 36. | Anon | 4/2/2009 | Phelan, CA | HQH319 | | The deceased is an 18-month-old male who was in a bedroom in their single family home when a fire started. His mother and 3-year-old sister was also present in the home. A neighbor saw smoke coming from the home and ran over to alert them. When the neighbor reached the house, the deceased's mother was running out with her 3-year-old daughter in her arms. The fire department was called to the scene and the extinguished the fire. The deceased was found on the floor of the bedroom next to his crib. He was burned beyond recognition. It was determined that a tower style electric heater that was located in the deceased's bedroom caused the fire. |
| 37. | Rachel Lane | 4/3/2009 | Mount Ayr(?), IA Zip-50854 - Hard to read | Holmes (HQH307) | Consumer claims in Service Report that the heater "burned my home down on 3rd April.  Nothing Left. I have pictures."  No pictures in the folder. | The only information is a Notice Letter. |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 62

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 38. | Anon | 4/15/2009 | Phelan, CA | Holmes | | An 18-year-old female victim was awakened by the sounding of the smoke alarm and found that the foot of her bed was on fire. The victim was in a travel trailer that was being used as a residence. The fire department concluded that the fire was caused by the victim placing a portable electric heater too close to the bed, igniting the combustibles (clothing or blanket). The victim was taken by ambulance to the hospital where she was treated and released for minor burns to her foot. The heater has been discarded. The property damage is estimated at $8,000.00 |
| 39. | Christopher Moore | 5/3/2009 | | Holmes | | notice letter refers to coffee maker, photos show tower style Holmes quartz heater |
| 40. | Keith Belisle | 6/9/2009 | Ocala, FL | HQH308C-U | Outlet "glowed with electricity | Letter from lowes only, no photos, no investigation |
| 41. | Alecia Walker | 11/24/2009 | Oklahoma City, OK | | Subro: an internal electrical failure of the circuitry wiring, which caused ignition of the surrounding flammable housing material | Notice letter references attached expert report which was not included |
| 42. | Warren Lamberth | 12/7/2009 | | Holmes (HQH308) | The pictures appear to indicate that the fire was contained within the heating unit. | Notice Letter - "Our investigation reveals that you may be responsible for the loss." |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 63

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 43. | Carlos and Aleta Colon | 12/18/2009 | Thayer, MO | Sunbeam Quartz Heater (SQH310-UM) | FD - Fire cause undetermined.  Norman Todd (Chief of Police) reported that the fire orginated in the Florida Room - same room as the heater was plugged in. | Mobile Home fire engulfed front end of the structure. |
| 44. | Alvieia Comstock | 1/7/2010 | Hartshorn, OK | Sunbeam quartz heater | FD: space heater at origin | |
| 45. | Anon | 1/9/2010 | Glasgow, KY | HQH307 | | No one was injured when a 2-year-old quartz heater that was being used in a living room tor supplemental heat malfunctioned. The smoke detector in the living room activated, and the 53 year old female consumer noticed a burning odor coming from the heater. She unplugged the heater and attempted to remove it from the living room. When she picked the heater up, she saw the bottom of the plastic housing had melted to the carpet. The circuit breaker did not trip. The Fire Department did not respond. |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 64

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 46. | Coley Gassaway | 1/13/2010 | Kansas City, KS | Holmes (HQH307) | Fire Marshal Report - Fire damage in the bedroom was confined to 1' X 2' area of the floor.  "Next to the burn were the remains of what appeared to be a space heater."  He could discern the cover screen, melted plastic casing, and some wiring. | Power plug was still plugged into the outlet that had a tripped breaker. Cardiac Arrest Fatalities - Jalayah Breashears (2 yrs old), Dataveion Breashears (1 yr old) |
| 47. | Anon | 1/24/2010 | Novi, MI | PQH307 | | A 19-year-old woman sustained mild burns to her feet after blue flames and sparks shot out from a space heater in front of her. The circuit breaker did not trip. The smoke alarms in the house did not sound. |
| 48. | Jeffrey Chapman | 2/5/2010 | Maggie Valley, NC | SBM Quartz Tower Heater (SQH310-WM-115) | Smoke from unit and outlet. | Consumer said, "Smoke was coming from the socket that the heater was plugged into.  Smoke was also coming from the unit itself." |
| 49. | John Charmichael | 2/21/2010 | East Amherst, NY | Holmes (HQH307) | Sparks from unit ignited carpet. | Owner heard a "poof" sound and witnessed "several sparks shoot from the outlet that the heater was plugged into."  Spark ignited the carpet. |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 65

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 50. | Scott Martinsen and Courtney Sheeler | 3/15/2010 | LaPorte, IN | Sunbeam (SQH310) | FD - point of origin - "The debris pile appeared to contain fused plastic material as well as a metal grating and small electrical parts...small gauge wire was leading from this pile to a wall recepticle...indicating the appliance was plugged in at the time of the fire." | Photos are good reference of FD statement. |
| 51. | Anon | 3/25/2010 | Kansas City, MO | HQH308V | | The heater started smoking, burning, and throwing out fire. There is a lot of carbonization from the fire in a small hole in the heater. The heater was sitting on carpet, far away from anything that could burn. The consumer took pictures of the heater while it was smoking, etc and then she unplugged it. |
| 52. | Imad and Ladonaa Shalash | 4/29/2010 | Bellbrook, OH | Holmes (HQH307) | Fire Marshal report - An energized electric heater found too close to combustible material. | Extensive pictures of exemplar and actual heaters - not just those identified (columns J/K) |
| 53. | David Worsham | 10/10/2010 | Owosso, MI | SQH310 | | Witness observed smoke coming from heater, smoke did not stop when he unplugged the heater; Cord shows melt on end, plug missing |
| 54. | Steven and Deborah Ayars | 11/3/2010 | Vineland, NJ | SQH310 | FD: Undetermined --Space heater or intentional | Space heater in area of origin |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 66

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 55. | Timothy Hamilton | 11/15/2010 | Diboll, TX | Holmes (HQH308C) | Investigator's report is not included. | |
| 56. | Douglass Ray Clayton | 12/27/2010 | Miner, GA | Sunbeam (SZH310WM) | Fire in same room as where the heater was plugged in. | Preliminary Origin and Cause Investigation - the fire loss originated in the bedroom of the insured's daughter, around a tall tower space heater. |
| 57. | Ralph Elbertson | 12/28/2010 | Powder Springs, GA | Holmes (no model number) | No cause noted | Liberty Mutual (Thomas Iacocca) - per 5/12/11 e-mail - our expert was unable to determine a cause or identify the product due to the lack of evidence provided.  Claim was closed and Sunbeam and attorney were no longer being pursued. |
| 58. | Penny, Thomas v. Sunbeam Products, Inc. | 1/1/2011 | | HQH308 | Residential fire allegedly involving quartz heater. | Small subrogation claim claim. Investigation revealed either line cord abuse or loose crimp connection. Claim settled |
| 59. | Kenneth Shinedling | 1/5/2011 | Pinon Hills, CA | HQH307 | | Notice letter only, no photos |
| 60. | John Dorgan | 1/14/2011 | Leesburg, FL | Patton Tower Heater (PQH307) | Fire Marshal - Fire originated in outside laundry room.  FM Synopsis - Portable electric heater within laundry room caused accidental fire. | Insurance company claims, "cause of fire was from tower space heater." Fire Marshal report concurs.  Mr. Dorgan claims the heater was plugged in, but not turned on. |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 67

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 61. | Jimmy and Gloria Pope | 1/17/2011 | Buchanan, GA | Holmes (HQH307) | Joint examination was performed on 2/18/2011. There is not resulting investigative report or FD report. | Notice Letter - "We have determined that the fire area of origin is located at or near the Holmes heater." |
| 62. | Dan Koenig | 2/6/2011 | Woodbury, MN | Two Heaters: 1 Kenworld(WY05-Y) 2 - Patton (PQH307) | | The details of an inspection performed on 3/4/2011 are not included in this folder (per Notice Letter). |
| 63. | Marlene Tuin | 2/19/2011 | Worthington, MN | SQH310 | | |
| 64. | Thomas and Debra Shumann | 3/14/2011 | Rogersville, MO | Holmes (HQH307) | Notice Letter - "Our investigation reveals that the fire was caused by defects in two space heaters...both show evidence of overheating at the mode switch." | The only information is a Notice Letter. |
| 65. | Valeriano/Schnebe lt v. Sunbeam Products, Inc. | 12/13/2011 | | HQH308 | Residential fire allegedly involving quartz heater. | Overheated wire connection in unit. Claim settled. |
| 66. | Heath, Judd/Colleen v. Sunbeam Products, Inc. | 12/18/2011 | | PQH307 | Residential fire allegedly involving heater. | No defect found in heater. Heater covered in feathers. Claim denied and not pursued. |
| 67. | Salisbury, Tom/Marlaine v. Sunbeam Products, Inc. | 12/25/2011 | | HQH307; SQH310 | Residential fire allegedly involving quartz heater | Sunbeam placed on notice for a fire wherein a heater, among many other appliances, was in the room of origin. No defect found in heater and claim not pursued. |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 68

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 68. | Crawley, Fonda v. Sunbeam Products, Inc. | 1/6/2012 | | SQH310 | Residential fire allegedly involving Sunbeam quartz heater. | Claimant contended that a poor electrical connection existed in base of heater.  Claim settled. |
| 69. | Anon | 1/17/2012 | Union Bridge, MD | PQH307 | | 60 yom Respondent plugged in portable electric heater to a standard 110 volt outlet in his kitchen. Within ten minutes he smelled burning plastic and noticed a flame within the control panel. He unplugged the unit and the flames self extinguished.There were no injuries or property damage involved in this incident. There was not enough smoke to set off the smoke alarms. |
| 70. | Codney, David v. Sunbeam Products, Inc. | 1/21/2012 | Williamsfield, OH | SQH310 | Residential fire allegedly involving Sunbeam quartz heater. Claimant is owner of the property.  Son lives in house with family. | FD: " Per homeowner, had a space heater that had caught fire a few hours prior to this incident and homeowner though he had it extinguished."  SB: "Claimant alleged that a heater was in room of origin of fire.  Scene examination completed and no evidence uncovered that heater was in room of origin.  Claim denied and closed." |
| 71. | JB Brandy Enterprises v. Sunbeam Products, Inc. | 2/19/2012 | | BQH308C | Fire in commercial building allegedly involving heater. | Mid-span arcing on low wires in unit identified, likely the result of fire of exposure.  Scene spoliated before examination could be completed. Claim settled to avoid cost of litigation. |

**69**

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 69

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 72. | Gardener, Janice/William v. Sunbeam Products, Inc. | 3/4/2012 | | PQH307-UM | Residential fire originating in bedroom area allegedly involving heater. | Homeowner re-wired internal components of heater that failed. Claim denied and not pursued. |
| 73. | Martin, James/Anita v. Sunbeam Products, Inc. | 4/24/2012 | | SQH310 | Residential fire allegedly involving two heaters. | Claimant contends that heater malfunctioned resulting in fire. No defect alleged or identified. Matter is pending. |
| 74. | Hilden, Lisa v. Sunbeam Products, Inc. | 10/28/2012 | | SQH310 | Residential fire allegedly involving heater | Heater identified in room of origin. Heater showed no signs of defect. Fire originated under door to room from a trapped extension cord. |
| 75. | Lansdale, Charles/Linda v. Sunbeam Products, Inc. | 11/2/2012 | | HQH*** | Residential fire allegedly involving heater | Fire occurred in bedroom. Examination reveals dog bite marks along cordset. Arcing noted on cordset and claim not pursued. |
| 76. | Brown/Reynolds v. Sunbeam Products, Inc. | 11/11/2012 | Columbus, GA | HQH319 | Residential fire allegedly involving quartz heater and/or Black & Decker cordless vacuum. | Fire originated in living room with potential causes identified as heater, cordless charger, and children playing with matches. No defect identified in heater. Claim pending. |
| 77. | Ernest, Amanda v. Sunbeam Products, Inc. | 11/26/2012 | | SQH310 | Residential fire allegedly involving heater | No defect identified in heater. Origin of fire in dispute. Potential issue with outlet into which heater plugged into. Claim pending. |
| 78. | Rush, Sarita v. Sunbeam Products, Inc. | 12/15/2012 | | HQH308CUM | Residential fire allegedly involving a quartz heater. | Power cord failure on 4 year old product. Claim settled. |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 70

| | Name | Date | Location | Model | Cause | Notes |
|---|------|------|----------|-------|-------|-------|
| 79. | Gurley, Greg v. Sunbeam Products, Inc. | 12/16/2012 | | SQH310-WM2 | Claimant states while heater was in use he smelled something and noticed the bottom of the heater had melted and burned a hole in linoleum floor | Claimant contends small hole melted in base of heater damaging floor. Heater lost in transit.  Claim settled. |
| 80. | Cotter, Mary v. Sunbeam Products, Inc. | 1/14/2013 | | SQH310 | Residential fire allegedly involving a Sunbeam quartz heater | Heater identified in room of origin. Careless smoking likely cause. Claim pending. |
| 81. | Massey, Melvin v. Sunbeam Products, Inc. | 1/14/2013 | | BQH308CU | Residential fire alledgly caused by space heater located in bathroom. | Loose connection in outlet led to fire. No defect in heater.  Claim not pursued. |
| 82. | Terraglia Realty Co., Inc. v. Sunbeam Products, Inc. | 1/20/2013 | | HQH341-UM | Commercial building fire allegedly involving heater | Sunbeam placed on notice of fire. Before investigation was conducted claim was closed as careless smoking identified as cause. |
| 83. | Winger, Kevin/Gemma v. Sunbeam Products, Inc. | 1/24/2013 | | HQH307 | Fire contained to garage of residence allegedly involving  quartz heater. | Heater identified in room of origin. Heater turned off at time of fire. Careless smoking or secondary electrical cause likely.  Claim not pursued. |
| 84. | Dechaney/Ingalls/ DTN Mgmt v. Sunbeam Products, Inc. | 2/8/2013 | | SQH310 | Fire in condominium unit which caused collapse of roof allegedly involving heater | No defect identified  in heater. Combustibles too close to heater identified as cause by fire department. Claim pending. |
| 85. | Tamera Griffey | 10-218 | Guthrie, KY | SQH310 | | Very little information - Only a hand written note to Ryan Frierott (lawyer?) dated 9-13-10.  Sunbeam is mentioned in the note. |

120902
Corey Arzoumanian, Esq.
March 31, 2014
Page 71

| | Name | Date | Location | Model | Cause | Notes |
|---|---|---|---|---|---|---|
| 86. | Virginia Braddy | | Hobgood, NC | HQH307 | | Cord severed at strain relief |
| 87. | Stacy Russell | | Louisville, KY | HQH307 | | Quartz broken |
| 88. | Danny Dupon | | Portland, OR | HQH319-U | | Note: Heater off but plugged in, fire started, burning couch, chair and carpet |
| 89. | Gerald Skelton | | Rosamond, CA | HQH307 | | Note: "the electrical cord (on the unit end or connection) became very hot and shorted out due to excessive heat melted under light to normal usage." |
| 90. | John Kramer | | Shawnee Mission, KS | HQH307 | | Note: "Our space heater blew up @ approximately 11:00 p.m. in our master bedroom.  We quickly removed the heater from our room to the bathroom but it burned the carpet." |
| 91. | Richard Robinson | | Spartanburg, SC | HQH307 | | Note: Black spot on plug |
| 92. | Tim Thayer | | Twenty Nine Palms, CA | HQH307 | | Note: flames and smoke coming from outlet area |
| 93. | Victoria Winekoff | | Westland, MI | HQH319A | | Note describes heat and smoke from heater and cord, 3 minutes after energization.  Pictures show scorch on manufactured splice and scorch on PCB |

Appendix F:  Credentials

Curriculum Vitae of John A. Palmer, Ph.D., P.E.

List of Testimony

List of Publications

Fees and Policies



*Curriculum Vitae of*

# JOHN A. PALMER, PH.D., P.E., C.F.E.I.

P.O. Box 908
Kaysville, UT 84037
(o) (801) 682-8456
(c) (801) 682-6732
(e) japalmer@PE4n6.com

## SYNOPSIS

Dr. Palmer has extensive experience in cause and origin analysis of electrical accidents, electrical equipment failures, electrical fires, structural fires, vehicle fires, and explosions. He also performs product testing and design review. He has consulted on cases involving industrial processes, electric machinery and systems, elevators, consumer electronics, control systems, electric shock and electrocution. Dr. Palmer's education and research experience includes a vast array of aspects relating to electrical engineering, electric power, control systems, and electromechanical systems. An area of particular emphasis throughout his career has been his focus on electric power equipment, including transformers and electric machines and drives. He has conducted power system fault studies, protective device coordination, and load flow studies. Dr. Palmer's extensive experience includes electro-magnetic fields and high-voltage systems. His responsibilities and research often include working with thermodynamics, fluid dynamics and liquid dielectrics. Career research projects include: analytical and computational assessment of overheating of pipe-type underground cables; experimental, analytical and computational assessment of static electricity problems in large power transformers; modeling of pulsed linear induction motors; distributed generation; and optical and ultrasonic diagnostic and monitoring tools for power equipment. Dr. Palmer's research has led to the development of a controller device for a power transformer cooling system, resulting in a patent. In addition, he has taught principles of electromechanical energy conversion, power systems, power electronics and power quality. He has authored over twenty journal and conference publications.

## EDUCATION

### Rensselaer Polytechnic Institute
Ph.D. Electric Power Engineering     1996
*Thesis: Dynamics of Streaming Electrification in Large Power Transformers*
M.Eng. Electric Power Engineering     1992
*Thesis:  Effect of Harmonics on Current Carrying Capacity of HPFF Cable*

### Brigham Young University
B.S. Electrical Engineering     1991
*Power Emphasis, Math Minor*

## REGISTRATION

Registered Professional Engineer in Utah, Colorado, Alabama, Wyoming, Florida and Arizona
Certified Fire and Explosion Investigator (NAFI)

## EXPERIENCE

| | |
|---|---|
| Palmer Engineering and Forensics, LLC, Kaysville, Utah | |
| President | 2009 – Pres |
| | |
| University of Utah, Salt Lake City, Utah | |
| Adjunct Instructor – Electrical Engineering Department | 2011-Pres |
| | |
| Knott Laboratory, LLC, Centennial, Colorado | |
| Manager, Electrical Engineering and Fire Investigations | 2005 - 2009 |
| Senior Engineer | 2000- 2005 |
| | |
| University of Colorado Denver, Denver, Colorado | |
| Adjunct Instructor – Electrical Engineering Department | 2006-2008 |
| | |
| Colorado School of Mines, Golden, Colorado | |
| Assistant Professor – Division of Engineering/Center for Adv. Ctrl of Elec Pow Systems | 1996-2000 |
| | |
| NEI Electric Power Engineering, Inc., Arvada, Colorado, | |
| Consulting Engineer | 1999-2000 |
| | |
| Rensselaer Polytechnic Institute, Troy, New York | |
| Research Assistant | 1991-1996 |

## EXPERT TESTIMONY

Dr. Palmer has provided expert testimony in various jurisdictions across the country. He has been qualified as an expert witness and has provided litigation support in cases involving personal injury, product defects, intellectual property, and class action lawsuits.

## PROFESSIONAL AFFILIATIONS

Dr. Palmer is a member of the following technical and professional societies:

| | |
|---|---|
| NSPE - National Society of Professional Engineers | IEEE - Institute of Electrical and Electronics Engineers |
| NAFI - National Association of Fire Investigators | Industrial Application Society |
| NFPA - National Fire Protection Association | Power Engineering Society |
| ASME - American Society of Mechanical Engineers | Dielectrics and Electrical Insulation Society |



## Log of Testimony by John A. Palmer, Ph.D., P.E., C.F.E.I.

| | Testimony Date | Test Type | Job Number | Client | Description | Case No. | Jurisdiction | For |
|---|---|---|---|---|---|---|---|---|
| 26 | 2009/3/26 | D | 11837-0209 | Shea | McCormack et al v. Pacific Gas and Electric Company et al | 106CV071436 | Superior Court, Santa Clara, CA | P |
| 27 | 2009/4/16 | D | 11801-1108 | Gifford | Hartford Insurance v. Gray Enterprises | 08CV628 | Jefferson County Colorado Dist Ct. | D |
| 28 | 2009/5/21 | D | 10680-0707 | Hersh | Ledbetter and Powell v. Walmart, General Electric, and Eaton | 06-cv-O1958-WYD-MJW | US Dist Ct, Dist of Colorado | P |
| 29 | 2009/7/6 | D | 11692-0808 | Bailey | United Fire Group v. Powers Electric | 08CV40 | Gunnison County Dist Ct | D |
| 30 | 2009/7/30 | D | 090503 | McDonough | Becirovic v Union Electric Company | 07SL-CC00678 | St Louis County, MO | P |
| 31 | 2009/8/4 | D | 090701 | Kinney | Farrier v Zumbahlen | 08-L-3 | Jasper County, IL | - |
| 32 | 2009/9/18 | D | 10802-1006 | Gorny | Eubank v. KCPL | 0716-CV07429 | Jackson County, MO | P |
| 33 | 2009/9/29 | H | 11837-0209 | Shea | McCormack et al v. Pacific Gas and Electric Company et al | 106CV071436 | Superior Court, Santa Clara, CA | P |
| 34 | 2009/10/22 | T | 11837-0209 | Shea | McCormack et al v. Pacific Gas and Electric Company et al | 106CV071436 | Superior Court, Santa Clara, CA | P |
| 35 | 2010/2/18 | D | 11241-0807 | Butler | Farmers Alliance Mutual Insurance v. American Power Conversion | 09CV19 | Morton County, KS | P |
| 36 | 2010/5/18 | D | 11427-0108 | Bailey | Morgan v. Ameren UE | 0922-CC10115 | District Court, Saint Louis, MO | P |
| 37 | 2010/6/18 | D | 10141-0305 | Killian | Reade et al v. Electric Mountain Lodge et al | 06 CV 209 | District Court, Mesa County, Colorado | P |
| 38 | 2010/8/17 | D | 090802 | Jose | Matagi v. Pacificorp | 09 CV 884 | US District Court, Utah | P |
| 39 | 2010/9/22 | D | 11527-0308 | Poynter | Safeco v. Johnson Controls, Honeywell, and Vowel Plumbing | 2010 CV 42 | District Court, Summit County, CO | P |

890 W. Robinson Drive, Suite H, North Salt Lake, UT 84054    Office:  801-936-0676    Fax:  801-315-7802    www.PE4n6.com

| | Testimony Date | Test Type | Job Number | Client | Description | Case No. | Jurisdiction | For |
|---|---|---|---|---|---|---|---|---|
| 40 | 2011/4/27 | D | 10145-0405 | Godfrey | Metropolitan Life v. ModSystems Structures and Highlander Plumbing | CV 2009-105 | District Court, Sheridan County, WY | D |
| 41 | 2011/6/16 | T | 091102 | Pena | USA v. Xcel Energy and Public Service of Colorado | 2009-CR-00389-WYD | US District Court, Denver, CO | P |
| 42 | 2011/8/3 | D | 100802 | Tyrl | Gdovin v. Cummins Central Power | 3:10-CV-00150-DGK | US District Court, Western MO | D |
| 43 | 2011/8/5 | D | 11693 | Cross | Gray v. Jardin Home Brands | 18C02-0701-CT-003 | Delaware District Court of Indiana | P |
| 44 | 2011/12/14 | D | 110701 | McLaughlin | Rudolph Technologies v. Challenger Electric | CV OC 0923755 | Idaho District Court, Ada County, ID | P |
| 45 | 2012/6/18 | D | 110904 | Faiella | Betz v. Light Touch Electric | 11SL-CC00977 | St. Louis County, MO | P |
| 46 | 2012/10/17 | D | 120604 | Hammond | Ascend v. Goss Electric | 11-CV-04289-CLS | US District Court, Northern Alabama | D |
| 47 | 2013/3/6 | D | 090505 | Meltzer | Generali v. Faber Burner | 11-1109-EEFM-GLR | US District Court, Kansas | P |
| 48 | 2013/4/17 | D | 120704 | Woodruff | Haag v. Kaz | 2011 CV 1732 | District Court, Adams County, CO | P |
| 49 | 2013/7/29 | D | 090603 | Simpson | Simpson Brothers v. Pacificorp | 12-CV-0165-J | US District Court, Wyoming | P |
| 50 | 2013/7/31 | D | 120204 | Hulburt | Farmers Insurance Exchange v. Superior Insulation, et al | 100920587 | Utah District Court | P |
| 51 | 2013/8/1 | H | 130601 | Valdez | Abeyta v. Xcel Energy | | Administrative court, Conejos County, CO | P |
| 52 | 2013/10/29 | H | 130601 | Valdez | Abeyta v. Xcel Energy | | Administrative court, Denver County, CO | P |
| 53 | 2013/10/30 | H | 130601 | Valdez | Abeyta v. Xcel Energy | | Administrative court, Denver County, CO | P |
| 54 | 2013/11/14 | D | 120602 | Barnes | Gdovin v. Schneider Electric | 12-CV-5107-BCW | US District Court, Missouri Southwest Div | P |

| | Testimony Date | Test Type | Job Number | Client | Description | Case No. | Jurisdiction | For |
|---|---|---|---|---|---|---|---|---|
| 55 | 2014/1/27 | D | 111201 | Shea | Guzman v. Whirlpool | RG12623804 | California State Court, Alameda Cty | P |
| 56 | 2014/3/20 | T | 011693 | Cross | Gray v. Alltrista Corp et al | 18C02-0701-CT-03 | Delaware Circuit Court of Indiana | P |

Totals:    Deposition: 45

Hearing: 5

Trial: 6

Plaintiff: 37

Defense:  18

## Publications by John A. Palmer, Ph.D., P.E., C.F.E.I.

### Refereed Publications

1. Palmer, John A., J. K. Nelson, and M. A. Brubaker. "The Formulation of Models for the Description of Streaming Electrification in Transformer Structures." *IEEE Transactions on Dielectrics and Electrical Insulation* vol. 10 (Dec. 2003): 920-932.
2. Palmer, John A., and J. K. Nelson. "Parametric Performance of a Transient Streaming Electrification Model." *IEEE Transactions on Dielectrics and Electrical Insulation* vol. 4 (Aug. 1997): 418-424.
3. Palmer, John A., and J. K. Nelson. "Practical Implications of Transformer Flow Electrification Studies." *Journal of Electrostatics* vol. 40/41 (1997): 693-698.
4. Palmer, John A., and J. K. Nelson. "The Simulation of Short-Term Streaming Electrification Dynamics." *Journal of Physics D: Applied Physics* 30 (1997): 1207-1213.
5. Palmer, John A., and J. K. Nelson. "Intelligent Control of Large Power Transformer Cooling Pumps." *IEEE Proceedings: Generation, Transmission, and Distribution* (Sept. 1996).
6. Palmer, John A., and J. K. Nelson. "A Method for the Repetitive Measurement of the Electrostatic Charging Tendency of Liquid Dielectrics." *IEEE Transactions on Dielectrics and Electrical Insulation* (Feb. 1996): 70-74.
7. Palmer, John A., R. C. Degeneff, T. M. McKernan, and T. M. Halleran. "Pipe-Type Cable Ampacities in the Presence of Harmonics." *IEEE Transactions on Power Delivery* vol. 8, no. 4 (Oct.1993): 1689-1695.
8. Palmer, John A., R. C. Degeneff, T. M. McKernan, and T. M. Halleran. "Determination of the Effect of Harmonics on HPFF Pipe-Type AC/DC Resistance Ratios." *IEEE Transactions on Magnetics* vol. 29, no. 2 (Mar. 1993): 1427-1433.

### Patents

1. Nelson, J. K., and John A. Palmer. "Intelligent Control of a Large Power Transformer Cooling System." *U.S. Patent number 5,838,881* (Nov. 1998).

### Conferences, Symposia, and Other Publications

1. "Electrical Issues for Adjusters" PLRB/LIRB 2008 Claims Conference and Insurance Services Expo. Boston, MA. Mar. 2008.
2. "Evidence Management", CPCU monthly meeting. Presenter. Denver, Colorado, December 2007
3. Palmer, John A. "The Case of the Misleading Meter." *EC&M, The Magazine of Electrical Design, Construction & Maintenance.* Dec. 2007.
4. "Electrical Issues for Adjusters" PLRB/LIRB 2007 Claims Conference and Insurance Services Expo. Orlando, FL. Mar. 2007.
5. "The Roles of Operations, Maintenance, and Management in a Preventable Power Plant Explosion." Materials Science and Technology 2006 Conference and Exhibition. Cincinnati, OH. Oct. 2006.
6. Palmer, John A. "The Case of the Residential Screw-up." *EC&M, The Magazine of Electrical Design, Construction & Maintenance.* Sept. 2006.
7. "Lightning – Failures and Claims." Property Claims Insurance Seminar. Presenter. Knott Laboratory LLC, Centennial, CO. 21 Apr. 2006.
8. Palmer, John A. "Preventing Power Plant Explosions." *Energy-Tech.* Feb. 2006.
9. Palmer, John A. "The Case of Substation Configuration Confusion." *EC&M, The Magazine of Electrical Design, Construction & Maintenance.* Jan. 2006.
10. "Fire & Explosion Investigation" and "Preservation of Evidence." Property Claims Insurance Seminar. Presenter. Knott Laboratory LLC, Centennial, CO. 18 Nov. 2005.
11. Palmer, John A. "A Series of Preventable Events Leads to a Power Plant Explosion." *EC&M, The Magazine of Electrical Design, Construction & Maintenance.* Nov. 2004.
12. "Electrical Failures & Accidents." Property Claims Insurance Seminar. Presenter. Knott Laboratory Inc., Centennial, CO. 27 Oct. 2004.
13. Palmer, John A. "Switchgear Malfunction Results in an Electrician's Death." The Magazine of Electrical Design, Construction & Maintenance. Aug. 2004.

14. "Fire & Explosion Investigation." Insurance Claims Seminar. Presenter. Knott Laboratory Inc., Centennial, CO. 6 May 2004.
15. "Fire & Explosion Investigation." Insurance Claims Seminar. Presenter. Knott Laboratory Inc., Centennial, CO. 10 Dec. 2003.
16. Palmer, John A. "Electric Power Substations." Encyclopedia of Energy. MacMillian, 2001.
17. Palmer, John A. "Electric Power Transmission Lines." Encyclopedia of Energy. MacMillian, 2001.
18. "Industrial Upgrades to an Electric Machinery Laboratory." 2000 ASEE Annual Conference. St. Louis, MO. 18-21 June 2000.
19. "Effect of Aging on the Spectral Response of Transformer Oil." International Symposium on Electrical Insulation. Anaheim, CA. 2-5 Apr. 2000.
20. "Optical Methodology for the Health Assessment of Power Transformers." SPIE 5th Annual International Symposium on Nondestructive Evaluation and Health Monitoring of Aging Infrastructure. Newport Beach, CA. 7-8 Mar. 2000.
21. "Mitigation of Streaming Electrification by Intelligent Control of Oil Circulation." Symposium Proceedings: Transformer Reliability: Management of Static Electrification in Power Transformers. Monterey, CA. May 1999.
22. "Streaming Electrification Dynamics: Duct Modeling and Analysis." Symposium Proceedings: Transformer Reliability: Management of Static Electrification in Power Transformers. Monterey, CA. May 1999.
23. "Monitoring of Large Power Transformers." Proceedings. 1997 North American Power Symposium. Laramie, WY. 13-14 Oct. 1997.
24. "Streaming Electrification Dynamics in Oil/Cellulose Systems." Conference on Electrical Insulation and Dielectric Phenomena. Arlington, TX. Oct. 1994.
25. "A New Reciprocating Apparatus for the Measurement of Electrostatic Charging Tendency of Transformer Oil." EPRI Workshop, Static Electrification in Power Transformers. Milwaukee, WI. Sept. 1994.

## Media Appearances

1. "Static Electricity Hazards While Filling Gas Cans." Channel 4 News. Denver. August 1997.
2. "Western States Blackout." Channel 9 News. Denver. July 1996.

# PALMER
## ENGINEERING & FORENSICS
### QUALITY • CLARITY • INTEGRITY

## SCHEDULE OF STANDARD FEES

BILLED TIME:

| | GENERAL RATE | DESIGN RATE | TESTIMONY RATE |
|---|---|---|---|
| John A. Palmer, Ph.D., P.E., C.F.E.I. | $ 245 /hr | $ 225 /hr | $ 325 /hr |
| David M. Patterson, B.Sc., P.E. | $ 210/hr | $ 185 /hr | $ 250 /hr |
| J.R. Koehler, B.Sc. | $ 175 /hr | $ 150 /hr | $ 225 /hr |
| Joseph A. Witherspoon, B.Sc. | $ 175 /hr | $ 150 /hr | $ 225 /hr |
| Michael A. Rein, B.Sc., P.E. | $ 175 /hr | $ 150 /hr | $ 225 /hr |
| Brendan F. Shine, M.S., P.E. | $ 185 /hr | $ 165 /hr | $ 250 /hr |

The "General Rate" refers to all consulting, analysis, travel and other case related efforts for cases and projects that are or may become the subject of litigation, including insurance claims and law suits. Also includes safety related consultation.

The "Design Rate" refers to all consulting, analysis, travel, drawing preparation, etc. for repair design, project design or other specialized consulting projects, per agreement between engineer and client prior to the commencement of work.

The "Testimony Rate" refers to legal testimony in trial, deposition, arbitration or hearings, and will be billed in one hour increments (4 hour minimum).

In-house administrative support is billed at $50/hr.

EXPENSES:

- Literature/References Fee[1]                          $50/job
- Inspection Fee[2]                                     $60/inspection
- Mileage                                              $0.60/mile
- Digital Photography                                  $0.25/image
- Color Printing                                       $1.25/page
- B/W Printing                                         $0.10/page
- Digital Videography                                  $75/day
- Digital Media                                        $10/CD; $20/DVD; $30/USB
- Evidence Storage (billed quarterly in advance)       assessed based on size and quantity of materials

- All other expenses                                   Cost + 10%

RETAINER:

A standard retainer of $4000 is required at the beginning of a case or project.  The retainer will be applied against the final balance and excess (if any) rebated when the case is concluded.  The retainer requirement may be modified if a fixed-cost limited scope is specified, for repeat clients with a good payment record, or at the discretion of the project engineer.

[1] The literature/references fee is intended for maintenance of the Palmer Engineering and Forensics technical library.  If a specific reference is required, it will be billed as a standard expense, less the lit/ref fee.
[2] The inspection fee is intended to cover general inspection equipment and supplies.  If a specialty item or piece of equipment is needed, it will be billed as a standard expense.

*Document date: December 6, 2013*
*This document supersedes all previously issued versions of the document.*                          Page 1

## Terms and Conditions

Retention of Palmer Engineering and Forensics, LLC (PE&F) is made subject to the conditions listed below.  By utilizing the services of PE&F, Client agrees to these terms and conditions, unless a specific alternate contract is established, signed by both parties.

1. The Client is identified as the individual, and his employer, who engages the services of PE&F.  The "subject matter" refers to the insurance claim, legal case, incident, project or condition for which PE&F's services are requested.

2. Client agrees to pay all fees and expenses related to the subject matter including travel time and costs, inspection time and expenses, document and file review, investigation and analysis, testimony, etc. consistent with the attached schedule of fees or its successor document.

3. Time and mileage fees are calculated portal to portal.

4. The schedule of fees may be adjusted on an annual basis, and an effort will be made to notify clients with active cases of the change.  Nevertheless, the fee adjustments will apply to all clients whether or not notice is received, unless alternative arrangements have been made.

5. Payment of invoice balance is due from client upon receipt of invoice, unless other arrangements are made.  An interest rate of 1.75% per month (21% equivalent annual interest) of the outstanding balance ($25 minimum) will be assessed against any account for which payment is not received within 30 days after the invoice date.  The client agrees to pay all collection costs incurred in the collection of unpaid overdue balances.

6. In situations where the opposing party is expected to pay, e.g. for depositions, payment in advance is requested.  If opposing counsel fails to pay the full billed amount, client agrees to pay any balance unpaid by the opposing party for more than 60 days after the charges were incurred.

7. A minimum charge of 4 hours will be incurred for all depositions.

8. Accounts will be billed on a monthly basis or at the completion of a project milestone (e.g. inspection or report).

9. Palmer Engineering and Forensics is working towards a "paperless office."  Therefore, insofar as practical, client is requested to provide documentation in electronic form.  If documents are provided on paper, client agrees to pay reasonable costs for scanning services.  Documents that have been preserved electronically will not be retained in paper form unless explicit instructions to the contrary are provided by the client.

10. Document retention policy: PE&F will retain files in electronic form and/or hardcopy for a period not less than 1 year after the case has settled or been decided by a trier of fact, unless specific instructions from the client are received.  If PE&F is not advised of a final resolution of the case, Palmer Engineering and Forensics will retain files for no less than 3 years after the last contact from the client on the subject matter.

11. Evidence management policy: Artifacts collected by or provided to PE&F will be retained as a service of PE&F for a quarterly fee to be billed in advance.  The fee will be set at the time of receipt of the artifacts based on the size and quantity of artifacts to be stored.  Costs associated with the disposal of the artifacts at the conclusion of the case will billed to the client.  If payment is not received for storage of artifacts for a period of 4 consecutive quarters and good faith efforts to communicate with the client are unsuccessful, artifacts will be considered to be abandoned and PE&F will dispose of the artifacts.

12. Client agrees to indemnify and hold harmless PE&F for any actions taken at request of client and/or any action taken consistent with this agreement.

13. Legal proceedings: If a motion is filed by any party to the subject matter arguing to prevent or limit PE&F's testimony (e.g. motion in limine, "Daubert" motion, motion to exclude, etc.), Client agrees to immediately notify PE&F and provide a copy of any written motion to PE&F for review.  PE&F reserves the right to retain separate counsel to defend PE&F's interests in any such motion.  The costs of time and expenses to defend against any such motion, including the fees generated by counsel retained by PE&F, shall be borne by the Client consistent with Paragraph 2 of this agreement.

As the client, authorized to engage Palmer Engineering and Forensics, LLC for services, I agree to the terms and conditions described above.

Signed:_____

By:_____

Title: _____

Date: _____

Palmer Engineering and Forensics Fees and Policies
Document date: December 6, 2013
This document supersedes all previously issued versions of the document.                    Page 3