THE HOMAMPOUR LAW FIRM, PC
ARASH HOMAMPOUR (State Bar No. 165407)
15303 Ventura Boulevard, Suite 1000
Sherman Oaks, California 91403
Phone:(323) 658-8077 | Fax:(323) 658-8477
Email: arash@homampour.com

Attorneys for Plaintiffs KENNETH AARON SHINEDLING and ADDISON LEILANI SHINEDLING, ALEXIA CELESTE SHINEDLING, and AVA AREN SHINEDLING by and through their guardian ad litem, KENNETH AARON SHINEDLING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH AARON SHINEDLING and ADDISON LEILANI SHINEDLING, ALEXIA CELESTE SHINEDLING, and AVA AREN SHINEDLING by and through their guardian ad litem, KENNETH AARON SHINEDLING<br><br>Plaintiffs,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation; COUNTY OF SAN BERNARDINO; PHELAN PINON HILLS COMMUNITY SERVICES DISTRICT; and DOES 1 through 90, inclusive<br><br>Defendants. | CASE NO: EDCV 12-438 CJC (SPx)<br><br>**PLAINTIFFS' BRIEF RE USE OF CONSUMER EXPECTATION AND RISK/BENEFIT JURY INSTRUCTIONS**<br><br>Final PreTrial Conf: May 29, 2015<br>Trial Date: June 9, 2015<br><br>*Complaint Filed December 15, 2011*<br>*Assigned to Judge Cormac J. Carney* |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Plaintiffs have submitted a revised verdict form that reflects both the consumer expectation and risk/benefits tests and jury instructions being submitted to the jury. As promised, Plaintiffs have found case authority allowing this approach. Under the risk-benefit test, a product is defective in design for purposes of tort liability if the

---

*Plaintiffs' Brief re Consumer Expectation and Risk Benefits Tests- Page 1*

benefits of the design do not outweigh the risk of danger inherent in the design, or if the product, used in an intended or reasonably foreseeable manner, has failed to perform as safely as an ordinary consumer would expect. *Bullock v. Philip Morris USA, Inc.* (2008) 159 Cal.App.4th 655, 674; *Barker v. Lull Engineering Co.* (1978) 20 Cal.3d 413, 418.  However, the customer expectation test and the risk-benefit tests are not mutually exclusive; they are alternative. *McCabe, supra*, 100 Cal.App.4th 1111; *Cotchett & Cartwright, California Products Liability Actions* § 2.11(3)(b)(v).)  A plaintiff may pursue either or both theories. *McCabe*, 100 Cal.App.4th at 1126; Barker, supra, 20 Cal.3d 413.)  As stated by the *McCabe* court:

> The two tests provide alternative means for a plaintiff to prove design defect and do not serve as defenses to one another. A product may be defective under the consumer expectation test even if the benefits of the design outweigh the risks . . . . On the other hand, a product may be defective if it satisfies consumer expectations but contains an excessively preventable danger in that the risks of the design outweigh its benefits. *McCabe*, *supra*, 100 Cal.App.4th at 1121.

DATED: May 28, 2015

THE HOMAMPOUR LAW FIRM,
A Professional Law Corporation

By: _____
Arash Homampour,
Corey Arzoumanian
Attorneys for Plaintiffs

*Plaintiffs' Brief re Consumer Expectation and Risk Benefits Tests- Page 2*