UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH AARON SHINEDLING and ADDISON LEILANI SHINEDLING, ALEXIA CELESTE SHINEDLING, and AVA AREN SHINEDLING by and through their guardian ad litem, KENNETH AARON SHINEDLING,<br><br>Plaintiffs,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation; COUNTY OF SAN BERNARDINO; PHELAN PINON HILLS COMMUNITY SERVICES DISTRICT; and DOES 1 through 90, inclusive,<br><br>Defendants. | CASE NO: EDCV 12-438 CJC (SPx)<br><br>**REVISED JOINT TIMED WITNESS LIST**<br><br>PRETRIAL DATE: MAY 18, 2015<br>TIME:           3:00 P.M.<br>CTRM:           9B<br>JUDGE:          CORMAC J. CARNEY<br>MAGISTRATE:  SHERI PYM<br><br>TRIAL DATE:   JUNE 9, 2015<br>TIME:           8:30 A.M.<br>CTRM:           9B<br>JUDGE:          CORMAC J. CARNEY<br>MAGISTRATE:  SHERI PYM |

DATE OF FILING : DECEMBER 15, 2011

Plaintiffs Kenneth Aaron Shinedling, Addison Leilani Shinedling, Alexia Celeste Shinedling and Ava Aren Shinedling ("Plaintiffs") intend to call the following witnesses at trial and in the following order (subject to change based on witness availability):

*Joint Witness List - Page 1*

AFDOCS/12079495.2

| Witness & Testimony Summary | Direct Exam Time Estimate | Cross Exam Time Estimate | Re-Direct Exam Time Estimate | Re-Cross Exam Time Estimate |
|---|---|---|---|---|
| 1. John Palmer — *Expected to testify as to the mechanical and manufacturing defects present in the subject heater as well as warning defects.* | 90 | 60 | 20 | 5 |
| 2. Richard Prins: *Expected to testify to the company safety development and design of heaters* | 60 | | 20 | |
| 3. Stephen Vernaglia: (Via Videotaped Depo) *Expected to testify to the company safety development and design of heaters* | 60 | | 20 | |
| 4. Richard Best (Via Videotaped Depo) *Expected to testify to the company safety development and design of heaters* | 30 | | 10 | 5 |
| 5. Joseph H. Romig, Ph.D. *Expected to testify as to the origin and cause of the fire.* | 60 | 30 | 15 | 5 |

*Joint Witness List - Page 2*

AFDOCS/12079495.2

| | Witness & Testimony Summary | Direct Exam Time Estimate | Cross Exam Time Estimate | Re-Direct Exam Time Estimate | Re-Cross Exam Time Estimate |
|---|---|---|---|---|---|
| 6. | Kenneth Aaron Shinedling<br><br>Mr. Shinedling is the widower of Decedent Amy Shinedling and is a Plaintiff. He is expected to testify as to the circumstances before, during and after the incident, damages, and his relationship with Decedent. | 90 | 180 | 30 | 5 |
| 7. | Addison Leilani Shinedling<br><br>Addison Shinedling is the daughter of Decedent. She is expected to testify as to damages and her relationship with Decedent | 30 | 15 | 10 | 5 |
| 8. | Alexia Celeste Shinedling<br><br>Alexia Shinedling is the daughter of Decedent. She is expected to testify as to damages and her relationship with Decedent | 30 | 15 | 10 | 5 |
| 9. | Ava Aren Shindeling<br><br>Ava Shinedling is the daughter of Decedent. She is expected to testify as to damages and her relationship with Decedent. | 30 | 15 | 10 | 5 |

| | Witness & Testimony Summary | Direct Exam Time Estimate | Cross Exam Time Estimate | Re-Direct Exam Time Estimate | Re-Cross Exam Time Estimate |
|---|---|---|---|---|---|
| 10. | Anthony Reading, Ph.D *Expected to testify as to Plaintiff Kenneth Shinedling's injuries and future treatment.* | 90 | 30 | 15 | 5 |
| 11. | Kenneth H. Shinedling *Mr. Shinedling is expected to testify as to Decedent and the relationship between Decedent and Plaintiffs; emotional damages of Plaintiffs; Decedent's health before the incident.* | 30 | 15 | 5 | 5 |
| 12. | Melanie Hubbard *Expected to testify as to Decedent and the relationship between Decedent and Plaintiffs; emotional damages of Plaintiffs.* | 30 | 15 | 5 | 5 |
| 13. | Amanda Lutz *Expected to testify as to Decedent and the relationship between Decedent and Plaintiffs; emotional damages of Plaintiffs.* | 30 | 10 | 5 | 5 |

| | Witness & Testimony Summary | Direct Exam Time Estimate | Cross Exam Time Estimate | Re-Direct Exam Time Estimate | Re-Cross Exam Time Estimate |
|---|---|---|---|---|---|
| 14. | Terry Weiler<br><br>*Expected to testify as to Decedent and the relationship between Decedent and Plaintiffs; emotional damages of Plaintiffs.* | 30 | 10 | 5 | 5 |
| 15. | Greg Lomenick<br><br>*Expected to testify as to Decedent and the relationship between Decedent and Plaintiffs; emotional damages of Plaintiffs.* | 30 | 10 | 5 | 5 |
| 16. | Captain Douglas Nelson: *Expected to testify to his role in the official investigation* | 30 | 15 | 5 | |
| 17. | Deputy Kim Burris: *Expected to testify to her role in the official investigation* | 30 | 15 | 5 | |
| 18. | Michael Brimmer<br><br>*Expected to testify to his role in the official fire investigation* | 30 | 15 | 5 | |
| | | 810 | 450 | 200 | 65 |

PLAINTIFFS' TOTAL TIME FOR ALL WITNESSES ON THIS PAGE:

810 minutes or 13.5 hours.

*Joint Witness List - Page 5*

AFDOCS/12079495.2

If Plaintiff does not call the witnesses on their list, Defendant Sunbeam Products Inc. ("Sunbeam") reserves the right to call any uncalled witness in its case in chief. Sunbeam intends to call the following witnesses at trial:

| | Witness & Testimony Summary | Direct Exam Time Estimate | Cross Exam Time Estimate | Re-Direct Exam Time Estimate | Re-Cross Exam Time Estimate |
|---|---|---|---|---|---|
| 19. | Detective Lance Stuart: *Expected to testify to the official investigation into the fire* | 120-150 | 60 | 10 | 10 |
| 20. | Michael Whedon: *Expected to testify to fire origin and cause investigation* | 120 | 60 | 10 | 10 |
| 21. | Bob Mendez: *Expected to testify to his role in the official investigation* | 30 | 15 | 5 | 10 |
| 22. | John Loud, P.E., CFEI: *Expected to testify to the analysis and expert opinions regarding the heater* | 120-150 | 60 | 30 | 20 |
| | TOTAL | 450 | 195 | 55 | 50 |

SUNBEAM'S TOTAL TIME FOR ALL WITNESSES ON THIS PAGE: 450 or 7.5 hours.

*Joint Witness List - Page 6*

AFDOCS/12079495.2

GRAND TOTAL OF ESTIMATED TIME FOR ALL TESTIMONY:

1260 or 21 hours

Dated: June 8, 2015          **HOMAMPOUR LAW FIRM**

By: /s/ *Arash Homampour*

Arash Homampour, Esq.
Corey Arzoumanian, Esq.
Attorneys for Plaintiffs

Dated: June 8, 2015          **ARENT FOX LLP**

By: /s/ *Anne Marie Ellis*

Gary A. Wolensky, Esq.
Anne Marie Ellis, Esq.
Attorneys for Defendant
Sunbeam Products, Inc.

Dated: June 8, 2015          **GOLDBERG SEGALLA LLP**

By: /s/ *David O'Connell*

David J. O'Connell, Esq.
Attorneys for Defendant
Sunbeam Products, Inc.