CLEAR FORM

# LIST OF EXHIBITS AND WITNESSES

| Case Number | EDCV 12-00438-CJC (SPx) | Title | Kenneth Aaron Shinedling, et al. v. Sunbeam Products Inc., et al. |
|---|---|---|---|

**FILED**

| Judge | CORMAC J. CARNEY |
|---|---|

**JUN 19, 2015**

| Dates of Trial or Hearing | 6/9/15; 6/11/15 - 6/12/15; 6/15/15 - 6/19/15 |
|---|---|

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA

| Court Reporters or Tape No. | Debbie Hino-Spaan; Miriam Baird |
|---|---|

BY ___MKU___

| Deputy Clerks | Melissa Kunig |
|---|---|

Deputy Clerk, U.S. District Court

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Arash Homampour | Gary Wolensky |
| Corey Arzoumanian | David O'Connell |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KENNETH AARON SHINEDLING and ADDISON LEILANI SHINEDLING, ALEXIA CELESTE SHINEDLING, and AVA AREN SHINEDLING by and through their guardian ad litem, KENNETH AARON SHINEDLING,

    Plaintiffs,

v.

SUNBEAM PRODUCTS, INC., a Delaware Corporation; COUNTY OF SAN BERNARDINO; PHELAN PINON HILLS COMMUNITY SERVICES DISTRICT; and DOES 1 through 90, inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO: EDCV 12-438 CJC (SPx)**

# FINAL JOINT EXHIBIT LIST

PRETRIAL DATE:  MAY 18, 2015
TIME:                     3:00 P.M.
CTRM:                   9B
JUDGE:                 CORMAC J. CARNEY
MAGISTRATE:     SHERI PYM

TRIAL DATE:        JUNE 9, 2015
TIME:                     8:30 A.M.
CTRM:                   9B
JUDGE:                 CORMAC J. CARNEY
MAGISTRATE:     SHERI PYM

DATE OF FILING : DEC 15, 2011

*Complaint Filed December 15, 2011*
*Removed March 27, 2012*
*Assigned to Judge Cormac J. Carney*

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|--------|-------------|------------|---------------|----------------|-----------------|---------------|
| 1.  * | San Bernardino Fire Department Incident Records and Reports (For Identification Only) (**1.3, 1.4, 1.15**) | P/D | Y | N | 6/16/15 | 6/16/15 |

*Joint Exhibit List  - Page 1*

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 2. | Photos taken by San Bernardino Fire Department taken on 01/05/11 **(1, 2, 3, 4, 70, 73, 74, 75, 76, 88)** | P/D | Y | Y | 6/16/15 | 6/16/15 |
| 3. | 911 Audio Recording | P/D | Y | Y | | |
| 4. | 911 Audio Recording Transcript | P/D | Y | Y | | |
| 5. | San Bernardino County Sheriff Coroner Report (For Identification Only) | P/D | Y | N | | |
| 6. | San Bernardino County Sheriff Report (For Identification Only) | P/D | Y | N | | |
| 7. | Photos taken by San Bernardino County Sheriff **(1, 2, 3, 4, 5)** | P/D | Y | Y | 6/16/15 | 6/16/15 |
| 8. | Audiotaped Interview by San Bernardino County Sheriff | P/D | Y | N | | |
| 9. | Audiotaped Interview by San Bernardino County Sheriff – Transcript | P/D | Y | N | | |
| 10. * | UL 1278 – January 26, 2006 | P/D | Y | N | | |
| 11. | Palmer, John Rule 26 and Rebuttal Report (For Identification Only) **(37)** | P | Y | N | 6/11/15 | 6/16/15 |
| 12. | Romig, Joseph Rule 26 and Rebuttal Reports (For Identification Only) | P | Y | N | | |
| 13. | **\*GOOGLE MAP IMAGE OF RESIDENCE** | | | | 6/11/15 | 6/16/15 |
| 14. | Reading, Anthony PhD Rule 26 Report (For Identification Only) | P | Y | N | | |
| 15. | Reading, Anthony PhD Rule 26 Supplemental Report (For Identification Only) | P | Y | N | | |
| 16. | Reading, Anthony PhD Rule 26 Second Supplemental Report (For Identification Only) | P | Y | N | | |
| 17. | Loud, John Rule 26 and Rebuttal Reports (For Identification Only) | D | Y | N | | |
| 18. | 07/08/07 CPSC Article re Electric Heaters | P | | | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 19. | Prins, Richard Rule 26 Report ( For Identification Only) | D | Y | N | | |
| 20. * | NO EXHIBIT | | | | | |
| 21. | Palmer Exemplar Photos 10/08/12 | P | Y | Y | | |
| 22. * | Palmer Evidence Exam 2012-10-09 Photos of subject and exemplar heaters | P | Y | Y | | |
| 23. | Palmer Evidence Exam 2012-11-27 Photos of evidence taken from the fire | P | Y | Y | | |
| 24. | Palmer, John Microscope Images 10/09/12 Photos | P | Y | Y | | |
| 25. | Palmer, John Other Heater Testing | P | Y | N | | |
| 26. | Palmer Holms Heater Testing | P | Y | Y | | |
| 27. | Palmer, John Testing Data | P | Y | N | | |
| 28. | Palmer, John Videos (**2014-0328A-1, 2014-0328A-2, 2014-0328B-1, 2014-0328C-1, 2014-0328C-2, 2014-0328E-1, Video 2014-0328D**) | P | Y | Y | 6/11/15 | 6/16/15 |
| 29. | **\*Exemplar Radiant Heater** | | | | 6/9/15 | 6/16/15 |
| 30. | **\*Non-Radiant Heater** | | | | 6/9/15 | 6/16/15 |
| 31. | Romig, Joseph 5/6/14 Deposition Exhibit 4 -Letter from Romig on 2014-04-30 regarding fire | P | Y | N | | |
| 32. | **\*Radiant Heater Box** | | | | 6/12/15 | 6/16/15 |
| 33. | NO EXHIBIT | | | | | |
| 34. | NO EXHIBIT | | | | | |
| 35. | Reading, Anthony 5/14/14 Deposition Exhibit B -Transcript of Kenneth Shinedling's Interview | P | Y | N | | |
| 36. | Reading, Anthony 5/14/14 Deposition Exhibit C - Handwritten Notes | P | Y | N | | |
| 37. | Reading, Anthony 5/14/14 Deposition Exhibit D -Literature Review | P | Y | N | | |
| 38. | NO EXHIBIT | | | | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 39. | NO EXHIBIT | | | | | |
| 40. | NO EXHIBIT | | | | | |
| 41. | NO EXHIBIT | | | | | |
| 42. | NO EXHIBIT | | | | | |
| 43. | Reading, Anthony 5/14/14 Deposition Exhibit J - Rule 26 report | P | Y | N | | |
| 44. | Reading, Anthony 5/14/14 Deposition Exhibit K -Office notes regarding referral | P | Y | N | | |
| 45. | Reading, Anthony 5/14/14 Deposition Exhibit L -Consent Forms | P | Y | N | | |
| 46. | Reading, Anthony 5/14/14 Deposition Exhibit M -Retained by counsel | P | Y | N | | |
| 47. | Reading, Anthony 5/14/14 Deposition Exhibit N -Map of Bedroom | P | Y | N | | |
| 48. | Reading, Anthony 5/14/14 Deposition Exhibit O -List of Medications | P | Y | N | | |
| 49. | NO EXHIBIT | | | | | |
| 50. | NO EXHIBIT | | | | | |
| 51. | NO EXHIBIT | | | | | |
| 52. | ISFI Article: Space Heaters as an Ignition Source | P | | | | |
| 53. | Loud, John Reference Materials | D | Y | N | | |
| 54. | NO EXHIBIT | | | | | |
| 55. | NO EXHIBIT | | | | | |
| 56. | Loud, John Deposition Exhibit  10 -National Fire Protection Association Article regarding space heaters involved in fatalities | D | Y | N | | |
| 57. | Loud, John Deposition Exhibit  12 -Space Heaters as an Ignition Source: Possible, Plausible or Probable | D | Y | N | | |
| 58. | Loud, John Deposition Exhibit  13 -Flux Mapping of Radiant Electric Heaters | D | Y | N | 6/9/15 | 6/16/15 |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 59. | Loud, John Deposition Exhibit  14 Electric Power Cord Damage From Radiant heat and Fire Exposure | D | Y | N | | |
| 60. | Loud, John Deposition Exhibit  15 -Ceramic bracket for Heater Model HQH-303 | P | Y | N | | |
| 61. | Loud, John Deposition Exhibit  16 -Ceramic bracket for Heater Model HQH-305 | P | Y | N | | |
| 62. * | Loud, John Deposition Exhibit  17 -HQH-303 Owner's Manual/Guide | P | Y | N | | |
| 63. | Loud, John Deposition Exhibit  18 -UL for HQH303 & HQH3597 | P | Y | N | | |
| 64. | Loud, John Deposition Exhibit  19 -HQH-307 Heater Cover | P | Y | N | | |
| 65. | Loud, John Deposition Exhibit  20 -HQH-308 adjustable knob drawing | P | Y | N | | |
| 66. | Loud, John Deposition Exhibit  21 -HQH-308 Control Panel | P | Y | N | | |
| 67. | Loud, John Deposition Exhibit  22 -HQH-308 Fan | P | Y | N | | |
| 68. | Loud, John Deposition Exhibit  23 -HQH-308 Assembly drawing | P | Y | N | | |
| 69. | Loud, John Deposition Exhibit  24 -HQH309c Owner's Manual/Guide | P | Y | N | | |
| 70. | Loud, John Deposition Exhibit  25 -HQH319a Owner's Manual/Guide | P | Y | N | | |
| 71. | Loud, John Deposition Exhibit  26 -HQH714 Owner's Manual/Guide | P | Y | N | | |
| 72. | Loud, John Deposition Exhibit  30 -Proof of Concept of a Proximity Detector Circuit for Portable Electric Radiant heaters | D | Y | N | | |
| 73. | Loud, John Deposition Exhibit  32 -Heat Flux Article | D | Y | N | 6/9/15 | 6/16/15 |
| 74. | NO EXHIBIT | | | | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 75. | NO EXHIBIT | | | | | |
| 76. * | Prins, Richard Vol. 1 confidential deposition exhibit 17 – Injury Claims, Bates 1640-1648 | D | Y | N | | |
| 77. * | Prins, Richard Vol. 1 confidential deposition exhibit 18 – Burning Allegations, Bates 1649-1803 | D | Y | N | | |
| 78. * | Prins, Richard Vol. 1 confidential deposition exhibit 19 – Incident Form, Bates 1820-1823 | D | Y | N | | |
| 79. * | Prins, Richard Vol. 1 confidential deposition exhibit 20 ,Bates 1824-1831 | D | Y | N | | |
| 80. * | Prins, Richard Vol. 1 confidential deposition exhibit 21, Bates 1840-1841 | D | Y | N | | |
| 81. * | Prins, Richard Vol. 1 confidential deposition exhibit 22, Bates1843-1845 | D | Y | N | | |
| 82. * | Prins, Richard Vol. 1 confidential deposition exhibit 23, Bates1862-1863 | D | Y | N | | |
| 83. * | Prins, Richard Vol. 1 confidential deposition exhibit 24, Bates 1869 | D | Y | N | | |
| 84. * | Prins, Richard Vol. 1 confidential deposition exhibit 25, Bates 1875 | D | Y | N | | |
| 85. * | Prins, Richard Vol. 1 confidential deposition exhibit 26, Bates 1888 | D | Y | N | | |
| 86. * | Prins, Richard Vol. 1 confidential deposition exhibit 29, Bates 2021 | D | Y | N | | |
| 87. * | Prins, Richard Vol. 1 confidential deposition exhibit 31, Bates 2075 | D | Y | N | | |
| 88. * | Prins, Richard Vol. 1 confidential deposition exhibit 32, Bates 2183-2184 | D | Y | N | | |
| 89. * | Prins, Richard Vol. 1 confidential deposition exhibit 33, Bates 2190-2191 | D | Y | N | | |
| 90. * | Prins, Richard Vol. 1 confidential deposition exhibit 35, Bates 2230-2232 | D | Y | N | | |
| 91. * | Prins, Richard Vol. 2 deposition exhibit 37, Epidemiologic Investigation Report | D | Y | N | | |
| 92. * | Prins, Richard Vol. 2 deposition exhibit 69, Owners Manual/Guide HQH307 | D | Y | N | | |
| 93. * | Prins, Richard Vol. 2 deposition exhibit 70, 2002 Emails re Abnormal Testing | D | Y | N | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|--------|-------------|------------|---------------|----------------|-----------------|---------------|
| 94. * | Prins, Richard Vol. 2 deposition exhibit 71, Memo re Reducing Production Cost | D | Y | N | | |
| 95. * | Prins, Richard Vol. 2 deposition exhibit 72, Reliability Test Report | D | Y | N | | |
| 96. * | Prins, Richard Vol. 2 deposition exhibit 73, Terry Cloth Drape Test | D | Y | N | 6/9/15 | 6/16/15 |
| 97. * | Prins, Richard Vol. 2 deposition exhibit 74, Consumer Analysis | D | Y | N | | |
| 98. * | Prins, Richard Vol. 2 deposition exhibit 75, 2013 Reliability Testing | D | Y | N | | |
| 99. | Prins, Richard Vol. 2 deposition exhibit 78, List of Model Numbers | D | Y | N | | |
| 100. * | Prins, Richard Vol. 2 deposition exhibit 81, Underwriter's Lab Report | D | Y | N | | |
| 101. * | Prins, Richard Vol. 2 deposition exhibit 82, Jarden Forensic Evaluation | D | Y | N | | |
| 102. * | Prins, Richard Vol. 3 deposition exhibit 3, HFH6250 Heater Owner's Manual/Guide | D | Y | N | | |
| 103. * | Prins, Richard Vol. 3 deposition exhibit 4, HQH369 Heater Owner's Manual/Guide | D | Y | N | 6/12/15 | 6/16/15 |
| 104. | Prins, Richard Vol. 3 deposition exhibit 5, NFPA Article re heaters in 79% of fatal home fires | D | Y | N | | |
| 105. * | Prins, Richard Vol. 3 deposition exhibit 12/14/05 – CPSC Hazard Warning | D | Y | N | 6/12/15 | 6/16/15 |
| 106. * | Prins, Richard Vol. 3 deposition exhibit 7, 12/10/04 CPSC Warns of Hazards from Heaters and Fireplaces | D | Y | N | | |
| 107. * | Prins, Richard Vol. 3 deposition exhibit 8, 01/27/04 CPSC Warns of Hazards from Heaters and Fireplaces | D | Y | N | 6/9/15 | 6/16/15 |
| 108. * | Prins, Richard Vol. 3 deposition exhibit 9, 02/25/04 Letter from CPSC to UL | D | Y | N | 6/9/15 | 6/16/15 |
| 109. * | Prins, Richard Vol. 3 deposition exhibit 10, 12/16/03 CPSC Tips to Prevent Home Fires | D | Y | N | | |
| 110. * | Prins, Richard Vol. 3 deposition exhibit 11, 12/08/1998 Fire Hazard re Portable Heaters | D | Y | N | | |

| Ex No. | | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 111. | * | Prins, Richard Vol. 3 deposition exhibit 12, 02/02/1977 Consumer Warnings | D | Y | N | | |
| 112. | * | Prins, Richard Vol. 3 deposition exhibit 13, 01/28/1977 CPSC Joint Release | D | Y | N | | |
| 113. | * | Prins, Richard Vol. 3 deposition exhibit 14, 12/12/1973 CPSC Warnings | D | Y | N | | |
| 114. | * | Prins, Richard Vol. 3 deposition exhibit 15, HQH369 Software Validation RPT | D | Y | N | | |
| 115. | * | Prins, Richard Vol. 3 deposition exhibit 16, Notice of Authorization to Apply the UL mark. | D | Y | N | | |
| 116. | * | Prins, Richard Vol. 3 deposition exhibit 17, Jarden Analysis HQH369 | D | Y | N | | |
| 117. | * | Prins, Richard Vol. 3 deposition exhibit 18, Jarden Analysis HQH369 | D | Y | N | | |
| 118. | * | Prins, Richard Vol. 3 deposition exhibit 19, Jarden Performance Review | D | Y | N | | |
| 119. | * | Vernaglia, Stephen Vol. 1 Deposition Exhibit 10 – Topical Fire Article re Portable Heaters in Residential Bldgs | P | Y | N | | |
| 120. | | Vernaglia, Stephen Vol. 1 Deposition Exhibit 11 – UL Tipover Protection | P | Y | N | | |
| 121. | | NO EXHIBIT | | | | | |
| 122. | | NO EXHIBIT | | | | | |
| 123. | | NO EXHIBIT | | | | | |
| 124. | | NO EXHIBIT | | | | | |
| 125. | | NO EXHIBIT | | | | | |
| 126. | | NO EXHIBIT | | | | | |
| 127. | | NO EXHIBIT | | | | | |
| 128. | | NO EXHIBIT | | | | | |
| 129. | | NO EXHIBIT | | | | | |
| 130. | | NO EXHIBIT | | | | | |
| 131. | | NO EXHIBIT | | | | | |
| 132. | | NO EXHIBIT | | | | | |
| 133. | | NO EXHIBIT | | | | | |
| 134. | | NO EXHIBIT | | | | | |
| 135. | | NO EXHIBIT | | | | | |
| 136. | | NO EXHIBIT | | | | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 137. | NO EXHIBIT | | | | | |
| 138. | Vernaglia, Stephen Vol. 1 Deposition Exhibit 61 Motion in Urrutia v. Sunbeam | P | Y | N | | |
| 139. | Vernaglia, Stephen Vol. 1 Deposition Exhibit 62 Affidavit of Richard J. Prins in Support of the Joint Stipulation on Plaintiffs' Motion to Compel Further Discovery Responses From Sunbeam | P | Y | N | | |
| 140. | Vernaglia, Stephen Vol. 1 Deposition Exhibit 63 Doc No: I04C0413A | P | Y | N | | |
| 141. | Vernaglia, Stephen Vol. 2 Deposition Exhibit 1d – 11/04/02 Email re borderline pass | P | Y | N | | |
| 142. | NO EXHIBIT | | | | | |
| 143. | Vernaglia, Stephen Vol. 2 Deposition Exhibit 14 – Photo of Warning Labels (**4**) | D | Y | Y | 6/16/15 | 6/16/15 |
| 144. | Vernaglia, Stephen Vol. 2 Deposition Exhibit 79 – Engineering Change Notice | P | Y | N | | |
| 145. | 11/01/13 Sunbeam to Kenneth Shinedling Requests for Admission Set One | D | Y | N | | |
| 146. | 12/05/13 Kenneth Shinedling Response to Sunbeam Request for Admission Set One | D | Y | N | | |
| 147. | Sunbeam Document Production bates no. SPI001213-SPI002563 | D | Y | N | | |
| 148. | Sunbeam  Document Production bates no. SPI002872-SPI002889 | D | Y | N | | |
| 149. | Sunbeam Document Production bates no. SPI00001-SPI00010 (**1,2**) | D | Y | N | 6/11/15 | 6/16/15 |
| 150. | Sunbeam Document Production no. SPI00038-SPI00039 | D | Y | N | | |
| 151. | NO EXHIBIT | D | Y | N | | |
| 152. | NO EXHIBIT | | | | | |
| 153. | NO EXHIBIT | | | | | |
| 154. | NO EXHIBIT | | | | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 155. | Plaintiff's Document Production Bates No. Shinedling 002908-3105 | D | Y | N | | |
| 156. | Plaintiff's Document Production Bates No. Shinedling 003106-3109 | D | Y | N | | |
| 157. | Plaintiff's Document Production Bates No. Shinedling 003110-3117 | D | Y | N | | |
| 158. | Plaintiff's Document Production Bates No. Shinedling 003185-3186 | D | Y | N | | |
| 159. | Plaintiff's Document Production Bates No. Shinedling 003187 | D | Y | N | | |
| 160. | Plaintiff's Document Production Bates No. Shinedling 003188-3190 | D | Y | N | | |
| 161. | Plaintiff's Document Production Bates No. Shinedling 003191 | D | Y | N | | |
| 162. | 08/21/13 Henderson, Kathleen 04/10/13 Stuart, Lance Deposition Exhibit 3- Color copy of photo with handwritten notes | D | Y | N | | |
| 163. | 04/10/13 Stuart, Lance Deposition Exhibit 4 - Laser Copies of Photos of Scene | D | Y | N | | |
| 164. | 04/10/13 Stuart, Lance Deposition Exhibit 5 - Laser Copies of Photos of Scene | D | Y | N | | |
| 165. | 04/10/13 Stuart, Lance Deposition Exhibit 6 - Laser Copies of Photos of Scene | D | Y | N | | |
| 166. | 04/10/13 Stuart, Lance Deposition Exhibit 7 - Laser Copies of Photos of Scene | D | Y | N | | |
| 167. | 04/10/13 Stuart, Lance Deposition Exhibit 8 - Laser Copies of Photos of Scene | D | Y | N | | |
| 168. | 04/10/13 Stuart, Lance Deposition Exhibit 9 - Laser Copies of Photos of Scene | D | Y | N | | |
| 169. | 04/10/13 Stuart, Lance Deposition Exhibit 10 - Laser Copies of Photos of Scene | D | Y | N | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|--------|-------------|------------|---------------|----------------|-----------------|---------------|
| 170. | 04/10/13 Stuart, Lance Deposition Exhibit 11 - Laser Copies of Photos of Scene | D | Y | N | | |
| 171. | 04/10/13 Stuart, Lance Deposition Exhibit 12 - Laser Copies of Photos of Scene | D | Y | N | | |
| 172. | 04/10/13 Stuart, Lance Deposition Exhibit 13 - Laser Copies of Photos of Scene | D | Y | N | | |
| 173. | 04/10/13 Stuart, Lance Deposition Exhibit 14 - Laser Copies of Photos of Scene | D | Y | N | | |
| 174. | 04/10/13 Stuart, Lance Deposition Exhibit 15 - Laser Copies of Photos of Scene | D | Y | N | | |
| 175. | 04/10/13 Stuart, Lance Deposition Exhibit 16 - Laser Copies of Photos of Scene | D | Y | N | | |
| 176. | 04/10/13 Stuart, Lance Deposition Exhibit 17 - Laser Copies of Photos of Scene | D | Y | N | | |
| 177. | 04/10/13 Stuart, Lance Deposition Exhibit 18 - Laser Copies of Photos of Scene | D | Y | N | | |
| 178. | 04/10/13 Stuart, Lance Deposition Exhibit 19 - Laser Copies of Photos of Scene | D | Y | N | | |
| 179. | 04/10/13 Stuart, Lance Deposition Exhibit 20 - Laser Copies of Photos of Scene | D | Y | N | | |
| 180. | 04/10/13 Stuart, Lance Deposition Exhibit 21 - Laser Copies of Photos of Scene | D | Y | N | | |
| 181. | 04/10/13 Stuart, Lance Deposition Exhibit 22 - Laser Copies of Photos of Scene | D | Y | N | | |
| 182. | 04/10/13 Stuart, Lance Deposition Exhibit 23 - Laser Copies of Photos of Scene | D | Y | N | | |
| 183. | 04/10/13 Stuart, Lance Deposition Exhibit 24 - Laser Copies of Photos of Scene | D | Y | N | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 184. | 04/10/13 Stuart, Lance Deposition Exhibit 25 - Laser Copies of Photos of Scene | D | Y | N | | |
| 185. | 04/10/13 Stuart, Lance Deposition Exhibit 26 - Laser Copies of Photos of Scene | D | Y | N | | |
| 186. | 04/10/13 Stuart, Lance Deposition Exhibit 27 - Laser Copies of Photos of Scene | D | Y | N | | |
| 187. | 04/10/13 Stuart, Lance Deposition Exhibit 28 - Laser Copies of Photos of Scene | D | Y | N | | |
| 188. | 04/10/13 Stuart, Lance Deposition Exhibit 29 - Laser Copies of Photos of Scene | D | Y | N | | |
| 189. | 04/10/13 Stuart, Lance Deposition Exhibit 30 - Laser Copies of Photos of Scene | D | Y | N | | |
| 190. | 04/10/13 Stuart, Lance Deposition Exhibit 31 - Laser Copies of Photos of Scene | D | Y | N | | |
| 191. | 04/10/13 Stuart, Lance Deposition Exhibit 32 - Laser Copies of Photos of Scene | D | Y | N | | |
| 192. | 04/10/13 Stuart, Lance Deposition Exhibit 33 - Laser Copies of Photos of Scene | D | Y | N | | |
| 193. | 05/23/13 Mendez, Robert  04/10/13 Stuart, Lance Deposition Exhibit 34 - Color copy of Photograph | D | Y | N | | |
| 194. | 05/23/13 Mendez, Robert 04/10/13 Stuart, Lance Deposition Exhibit 35 - Color copy of Photograph | D | Y | N | | |
| 195. | 04/10/13 Stuart, Lance Deposition Exhibit 36 - Laser Copies of Photos of Scene | D | Y | N | | |
| 196. | 04/10/13 Stuart, Lance Deposition Exhibit 37 - Laser Copies of Photos of Scene | D | Y | N | | |
| 197. | 04/10/13 Stuart, Lance Deposition Exhibit 38 - Laser Copies of Photos of Scene | D | Y | N | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 198. | 04/10/13 Stuart, Lance Deposition Exhibit 39 - Laser Copies of Photos of Scene | D | Y | N | | |
| 199. | 04/10/13 Stuart, Lance Deposition Exhibit 40 - Laser Copies of Photos of Scene | D | Y | N | | |
| 200. | 06/11/13 Burris, Kim Deposition Exhibit 42 - Diagram of Residence | D | Y | N | | |
| 201. | 05/23/13 Mendez, Robert Deposition Exhibit 42 - Diagram of Residence | D | Y | N | 6/11/15 | 6/16/15 |
| 202. | 05/14/13 Shinedling, Kenneth Deposition Exhibit 44 - Diagram of House | P/D | Y | N | 6/11/15 | |
| 203. | 05/14/13 Shinedling, Kenneth Deposition Exhibit 45 - Hand drawn Diagram | P/D | Y | N | | |
| 204. | NO EXHIBIT | | | | | |
| 205. | 05/23/13 Mendez, Robert;  09/25/13 Nelson, Douglas Deposition Exhibit 56 - Diagram | P/D | Y | N | | |
| 206. | 06/11/13 Burris, Kim    08/21/13 Henderson, Kathleen  09/25/13 Nelson, Douglas  06/13/13 Whedon, Michael Deposition Exhibit 59 - Call History | P/D | Y | N | | |
| 207. | 06/13/13 Whedon, Michael Deposition Exhibit 62 - Whedon Report Only (**28**) | P/D | Y | N | 6/16/15 | 6/16/15 |
| 208. | NO EXHIBIT | | | | | |
| 209. | NO EXHIBIT | | | | | |
| 210. | 09/25/13 Brimmer, Michael 09/25/13 Flesher , John   09/25/13 Nelson, Douglas Deposition Exhibit 70- Map | P/D | Y | N | | |
| 211. | CPSC Fire Indicators Project Report dated 04/2004 | P | Y | N | | |
| 212. | Flux Mapping of Radiant Electric Heaters dated 08/2005 | P | Y | N | 6/9/15 | |
| 213. | Flux Mapping of Radiant Electric Heaters: Repeatability Considerations dated  06/2008 | P | Y | N | 6/16/15 | 6/16/15 |
| 214.      * | Patent US7573158 | P | Y | N | | |
| 215. | NO EXHIBIT | | | | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 216.    * | List of Lawsuits | P | Y | N | | |
| 217.    * | List of OSIs | P | Y | | | |
| 218.    * | CPSC Letter re Complaint dated 06/24/11 (**1-13**) | P | Y | N | 6/11/15 | 6/16/15 |
| 219. | Jarden Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 220. | Exhibit A to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 221. | Exhibit B to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 222. | Exhibit C to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 223. | Exhibit D to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 224. | Exhibit E to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 225. | Exhibit F to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 226. | Exhibit G to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 227. | Exhibit H to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 227A | Exhibit I to Jarden's Letter dated 07/21/11 re Reply to CPSC Letter re Complaint | P | Y | N | | |
| 228. | Epidemiologic Investigation Report re Subject Incident | P/D | Y | N | | |
| 229. | NO EXHIBIT | | | | | |

| Ex No. | | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 230. | * | Consumer Complaints | P | Y | N | | |
| 231. | * | CPSC Epidemiologic Investigation Report | P | Y | N | | |
| 232. | * | Jarden Forensic Evaluations | P | Y | N | | |
| 233. | * | Reliability Test Reports **(1, 2)** | P | Y | N | 6/11/15 | 6/16/15 |
| 234. | * | System Potential Failure Mode and Effects Analysis (FMEA) | P | Y | N | | |
| 235. | * | Engineering Change Notice | P | Y | N | | |
| 236. | * | Risk Release Authorization | P | Y | N | | |
| 237. | | HQH369 Assembly Diagram | P | Y | N | | |
| 238. | | NO EXHIBIT | | | | | |
| 239. | | NO EXHIBIT | | | | | |
| 240. | | NO EXHIBIT | | | | | |
| 241. | | NO EXHIBIT | | | | | |
| 242. | | NO EXHIBIT | | | | | |
| 243. | | NO EXHIBIT | | | | | |
| 244. | | NO EXHIBIT | | | | | |
| 245. | | NO EXHIBIT | | | | | |
| 246. | | NO EXHIBIT | | | | | |
| 247. | | NO EXHIBIT | | | | | |
| 248. | * | Graphics/animations re incident | P | Y | N | | |
| 249. | * | Graphics re radiant versus non-radiant heaters and hazard analysis **(66-71)** | P | Y | N | 6/9/15 | |
| 250. | * | Graphic re room and home layout | P | Y | N | | |
| 251. | | Exemplar Heater | D/P | Y | N | 6/16/15 | 6/16/15 |
| 252. | | Photos of Decedent and her family **(1, 9, 25, 29, 37, 41, 49, 50, 54, 70, 75, 90, 99, 196, 197, 201, 213)** | P | Y | N | 6/12/15 | 6/16/15 |
| 253. | | Notice of Taking Deposition of Sunbeam's PMK 1-33 | P | Y | N | | |
| 254. | | Notice of Taking Deposition of Sunbeam's PMK 34-63 | P | Y | N | | |

| Ex No. | | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 255. | | Notice of Taking Deposition of Sunbeam's PMK 64-83 | P | Y | N | | |
| 256. | * | Reading Graphics | P | | | | |
| 257. | | NO EXHIBIT | | | | | |
| 258. | | NO EXHIBIT | | | | | |
| 259. | | NO EXHIBIT | | | | | |
| 260. | | NO EXHIBIT | | | | | |
| 261. | | NO EXHIBIT | | | | | |
| 262. | | NO EXHIBIT | | | | | |
| 263. | | NO EXHIBIT | | | | | |
| 264. | | NO EXHIBIT | | | | | |
| 265. | | Ontario Police Department Records re K Shinedling | D | N | N | | |
| 266. | | AMR Records re K Shinedling | D | N | N | | |
| 267. | | AMR Records re K Shinedling (updated 2/26/12) | D | N | N | | |
| 268. | * | Arrowhead Regional Medical Center Records re K Shinedling 04/12/13 | D | N | N | | |
| 269. | * | Arrowhead Regional Medical Center Records re K Shinedling (updated 12/17/13) | D | N | N | | |
| 270. | * | Canyon Ridge Hospital Medical Records re K. Shinedling | D | N | N | | |
| 271. | * | Canyon Ridge Hospital Medical Records re K Shinedling (updated 02/20/14) | D | N | N | | |
| 272. | * | Constance A McDonald Medical Records re K Shinedling | D | N | N | | |
| 273. | * | Heritage Victor Valley Medical Records re K Shinedling 03/07/14 | D | N | N | | |
| 274. | * | Heritage Victor Valley Medical Records re K Shinedling (additional records) | D | N | N | | |
| 275. | * | Kaiser Permanente Fontana Radiology re K Shinedling | D | N | N | | |
| 276. | * | Kaiser Permanente ROI Unit Medical Records re K Shinedling 06/27/13 | D | N | N | | |

| Ex No. | | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 277. | * | Kaiser Permanente ROI Unit Medical Records re K Shinedling 10/31/13 | D | N | N | | |
| 278. | * | Kelly Sanders Medical Records re K Shinedling  01/24/13 | D | N | N | | |
| 279. | * | Kelly Sanders Medical Records re K Shinedling  (updated 03/14/14) | D | N | N | | |
| 280. | * | Lane Medical Records re K Shinedling 07/09/13 | D | N | N | | |
| 281. | * | Lane Medical Records re K Shinedling  (updated 03/28/14) | D | N | N | | |
| 282. | * | LDS Family Services Records re K Shinedling | D | N | N | | |
| 283. | * | Loma Linda University Medical Records re K Shinedling 04/05/13 | D | N | N | | |
| 284. | * | Loma Linda University Medical Records re K Shinedling (updated 12/18/13) | D | N | N | | |
| 285. | * | Loma Linda University Medical Records re K Shinedling (updated 5/28/14) | D | N | N | | |
| 286. | * | Marconnette Medical Records re K Shinedling | D | N | N | | |
| 287. | * | Marconnette Medical Records re Kenneth Shinedling (updated 4/25/14) | D | N | N | | |
| 288. | * | NO EXHIBIT | | | | | |
| 289. | * | Pumerantz Medical Records re Kenneth Shinedling | D | N | N | | |
| 290. | * | Sami Solomon Medical Records re Kenneth Shinedling (09/19/13) | D | N | N | | |
| 291. | * | Stoops Medical Records re K Shinedling | D | N | N | | |
| 292. | * | Ahluwalia Medical Records re Amy Shinedling | D | N | N | | |
| 293. | * | Ajanwachuku Medical Records re Amy Shinedling | D | N | N | | |
| 294. | * | Biswas Medical Records re Amy Shinedling | D | N | N | | |
| 295. | * | Empire Orthopedic Medical Records re Amy Shinedling | D | N | N | | |
| 296. | * | NO EXHIBIT | | | | | |

| Ex No. | | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 297. | * | Gordinier Medical Records re Amy Shinedling | D | N | N | | |
| 298. | * | Lab West Medical Records re Amy Shinedling | D | N | N | | |
| 299. | * | Nanda Medical Records re Amy Shinedling | D | N | N | | |
| 300. | * | Quest Diagnostics Medical Records re Amy Shinedling | D | N | N | | |
| 301. | * | Radnet Medical Records re Amy Shinedling | D | N | N | | |
| 302. | * | St Mary's Medical Center Medical Records re Amy Shinedling | D | N | N | | |
| 303. | * | Stoops Medical Records re Amy Shinedling | D | N | N | | |
| 304. | * | Stoops Medical Records re Amy Shinedling (produced by Plaintiff) | D | N | N | | |
| 305. | * | Vascular Associates Medical Records re Amy Shinedling | D | N | N | | |
| 306. | * | Victor Valley Advanced Imaging Medical Records re Amy Shinedling | D | N | N | | |
| 307. | * | NO EXHIBIT | | | | | |
| 308. | * | Victor Valley Community Hospital Medical Records re Amy Shinedling | D | N | N | | |
| 309. | * | NO EXHIBIT | | | | | |
| 310. | * | Sanders Medical Records re Addison Shinedling | D | N | N | | |
| 311. | * | Pazdral Medical Records re Addison Shinedling | D | N | N | | |
| 312. | * | Pumerantz Medical Records re Addison Shinedling | D | N | N | | |
| 313. | * | Pumerantz Medical Records re Addison Shinedling (updated records) | D | N | N | | |
| 314. | * | NO EXHIBIT | | | | | |
| 315. | * | Pazdral Medical Records re Alexia Shinedling | D | N | N | | |
| 316. | * | Pumerantz Medical Records re Alexia Shinedling | D | N | N | | |
| 317. | * | Pumerantz Medical Records re Alexia Shinedling (updated records) | D | N | N | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 318.  * | Pazdral Medical Records re Ava Shinedling | D | N | N | | |
| 319.  * | Pumerantz Medical Records re Ava Shinedling | D | N | N | | |
| 320.  * | Pumerantz Medical Records re Ava Shinedling (updated records) | D | N | N | | |
| 321.  * | 09/26/13 Brown, Julie Deposition Exhibit 72- Facebook Messages | D | N | N | | |
| 322. | 11/22/13 Shinedling, Sharrie Deposition Exhibit B- Facebook page No. 002911 | D | N | N | | |
| 323. | NO EXHIBIT | | | | | |
| 324. | NO EXHIBIT | | | | | |
| 325. | 01/19/11 Kenneth Shinedling Recorded Statement | D | N | N | | |
| 326. | 1/19/11 Kenneth Shinedling Statement Notes | D | N | N | | |
| 327. | 03/31/11 Kenneth Shinedling Examination Under Oath Transcript | D | N | N | | |
| 328. | 03/31/11 Kenneth Shinedling Examination Under Oath Errata Sheet | D | N | N | | |
| 329. | 03/31/11 Kenneth Shinedling Examination Under Oath Exhibit 1 **(1)** | D | N | N | 6/9/15 | 6/16/15 |
| 330. | 03/31/11 Kenneth Shinedling Examination Under Oath Exhibit 2 | D | N | N | | |
| 331. | NO EXHIBIT | | | | | |
| 332. | NO EXHIBIT | | | | | |
| 333. | NO EXHIBIT | | | | | |
| 334. | NO EXHIBIT | | | | | |
| 335. | 03/24/11 Kenneth Shinedling Statement Notes | D | N | N | | |
| 336. | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 1Notice of Deposition | P | N | N | | |
| 337. | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 3 July 8th, 2014 report | P | Y | N | | |
| 338. | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 4 July 21st, 2014 report | P | Y | N | | |
| 339. | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 5 Administering and Scoring the MMPI-2-RF document | P | Y | N | | |

| | Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 340. | | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 6 Ethical Principles of Psychologists and Code of Conduct excerpt | P | Y | N | | |
| 341. | | NO EXHIBIT | | | | | |
| 342. | | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 8 CV | P | Y | N | | |
| 343. | | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 11 Goodwin study | P | Y | N | | |
| 344. | | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 16 Test Security excerpt | P | Y | N | | |
| 345. | | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 17 editorial from American Psychological Association | P | Y | N | | |
| 346. | | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 18 excerpt from Dr. Reading's May 14, 2014 deposition | P | Y | N | | |
| 347. | | 05/06/15 A. Reading Deposition Vol. 2 Exhibit 19 Plaintiff's objection | P | Y | N | | |
| 348. | | NO EXHIBIT | | | | | |
| 349. | | NO EXHIBIT | | | | | |
| 350. | | Scaled home diagram with body | D | | | | |
| 351. | | Scaled home diagram without body | D | | | | |
| 352. | | Exemplar HQH307 heater box | D | | | 6/12/15 | |
| 353. | | Exemplar 42 inch television box | D | | | | |
| 354. | | Exemplar laundry basket | D | | | 6/16/15 | |
| 355. | | List of heaters on the market | D | | | 6/11/15 | |
| 356. | | List of benefits of radiant heaters | D | N | N | 6/11/15 | |
| 357. | | NFPA 921, "Guide for Fire & Explosion Investigations," 2011 Edition | D | Y | N | | |
| 358. | | Photographs of Amy Shinedling (produced by Plaintiff) | D | N | N | | |
| 359. | | NO EXHIBIT | | | | | |
| 360. | | Selected Facebook photographs of Kenneth Shinedling | D | N | N | | |
| 361. | | Jarden Letter dated 10/17/11 re Reply to CPSC Letter re Complaint | P | | | | |
| 362. | | Exhibit 1A to Jarden Letter dated 10/17/11 re Reply to CPSC Letter | P | | | | |

| Ex No. | Description | Offered By | Auth Stip To? | Admis Stip To? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 363. | Exhibit 1B to Jarden Letter dated 10/17/11 re Reply to CPSC Letter | P | | | | |
| 364. | Exhibit 1C to Jarden Letter dated 10/17/11 re Reply to CPSC Letter | P | | | | |
| 365. | Exhibit 2A to Jarden Letter dated 10/17/11 re Reply to CPSC Letter | P | | | | |
| 366. | Exhibit 3A to Jarden Letter dated 10/17/11 re Reply to CPSC Letter | P | | | | |
| 367. | Exhibit 4A to Jarden Letter dated 10/17/11 re Reply to CPSC Letter | P | | | | |
| 368. | Exhibit 4B to Jarden Letter dated 10/17/11 re Reply to CPSC Letter | P | | | | |
| 369. | Patent US6091888 Infrared or Ultrasonic Proximity | P | | | | |
| 370. | Patent US5805767 Motion Sensors | P | | | | |
| 371. | Patent US4906818 Electronic Sensors | P | | | | |

Dated:      June 8, 2015            THE HOMAMPOUR LAW FIRM
                                    A Professional Law Corporation

                                    /s/ Arash Homampour
                                 By: _____
                                    Arash Homampour
                                    Attorneys for Plaintiffs


Dated:      June 8, 2015            ARENT FOX LLP

                                    /s/ Anne Marie Ellis
                                 By: _____
                                    Gary A. Wolensky, Esq.
                                    Anne Marie Ellis, Esq.
                                    Attorneys for Defendant
                                    Sunbeam Products, Inc.

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10
11  KENNETH AARON SHINEDLING and          **CASE NO: EDCV 12-438 CJC (SPx)**
    ADDISON   LEILANI   SHINEDLING,
12  ALEXIA CELESTE SHINEDLING, and        **JOINT WITNESS LIST**
    AVA   AREN   SHINEDLING   by   and
    through   their   guardian   ad   litem,
13  KENNETH AARON SHINEDLING,
                                          TRIAL DATE:      JUNE 9, 2015
14            Plaintiffs,                 TIME:            8:30 A.M.
                                          CTRM:            9B
15  v.                                    JUDGE:           CORMAC J. CARNEY
                                          MAGISTRATE:      SHERI PYM
16  SUNBEAM   PRODUCTS,   INC.,   a
    Delaware Corporation; COUNTY OF SAN   DATE OF FILING : DECEMBER 15, 2011
17  BERNARDINO; PHELAN PINON HILLS
    COMMUNITY   SERVICES   DISTRICT;
18  and DOES 1 through 90, inclusive,

19            Defendants.

20  _____

21
22
23
24
25
26
27        1.      Richard Best              6/12/15

28  *Joint Witness List - Alphabetical  - Page 1*

**Error! Unknown document property name.**

| | | | |
|---|---|---|---|
| 2. | Michael Brimmer | |
| 3. | Deputy Kim Burris | |
| 4. | Melanie Hubbard | |
| 5. | Greg Lomenick | 6/15/15 |
| 6. | John Loud, P.E., CFEI | 6/16/15 |
| 7. | Amanda Lutz | 6/15/15 |
| 8. | Bob Mendez | |
| 9. | Captain Douglas Nelson | 6/16/15 |
| 10. | John Palmer | 6/9/15; 6/11/15 |
| 11. | Richard Prins | 6/12/15 |
| 12. | Anthony Reading, Ph.D. | 6/15/15 |
| 13. | Joseph H. Romig, Ph.D. | 6/11/15 |
| 14. | Addison Leilani Shinedling | 6/15/15 |
| 15. | Alexia Celeste Shinedling | 6/15/15 |
| 16. | Ava Aren Shinedling | |
| 17. | Kenneth Aaron Shindeling | 6/12/15; 6/15/15 |
| 18. | Kenneth H. Shindeling | 6/15/15 |
| 19. | Detective Lance Stuart | 6/16/16 |
| 20. | Stephen Vernaglia | 6/11/15 |
| 21. | Terry Weiler | |
| 22. | Michael Whedon | 6/16/15 |

Respectfully submitted,

Dated: June 2, 2015                    ARENT FOX LLP

*Joint Witness List - Alphabetical  - Page 2*

**Error! Unknown document property name.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Gary A. Wolensky*
    Gary A. Wolensky, Esq.
    Anne Marie Ellis, Esq.
    Attorneys for Defendant
    Sunbeam Products, Inc.

Dated: June 2, 2015        THE HOMAMPOUR LAW FIRM,
    A Professional Law Corporation

By: */s/ Arash Homampour*
    Arash Homampour,
    Corey Arzoumanian,
    Attorneys for Plaintiffs Kenneth Aaron
    Shinedling individually and as guardian ad
    litem for Addison Leilani Shinedling,
    Alexia Celeste Shinedling, and Ava Aren
    Shinedling

*Joint Witness List - Alphabetical  - Page 3*

**Error! Unknown document property name.**