UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2015

CENTRAL DISTRICT OF CALIFORNIA
BY   MKU   DEPUTY

Case No.   EDCV 12-00438-CJC (SPx)          Date: 6/19/2015

Time: _____

Title:   KENNETH AARON SHINEDLING, ET AL V. SUNBEAM PRODUCTS, INC., ET AL.

JURY NOTE NUMBER   6

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

DATE: 6/19/205          SIGNED:  REDACTED
                                 FOREPERSON OF THE JURY