# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH AARON SHINEDLING and ADDISON LEILANI SHINEDLING, ALEXIA CELESTE SHINEDLING, and AVA AREN SHINEDLING by and through their guardian ad litem, KENNETH AARON SHINEDLING<br><br>Plaintiffs,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation; COUNTY OF SAN BERNARDINO; PHELAN PINON HILLS COMMUNITY SERVICES DISTRICT; and DOES 1 through 90, inclusive<br><br>Defendants. | **CASE NO: EDCV 12-438 CJC (SPx)**<br><br>**JUDGMENT ON SPECIAL VERDICT**<br><br>Trial Date:        June 9, 2015<br><br>*Complaint Filed December 15, 2011*<br>*Assigned to Judge Cormac J. Carney* |

This action came on regularly for jury trial on June 9, 2015, before the Honorable Cormac J. Carney, with Plaintiffs KENNETH AARON SHINEDLING and ADDISON LEILANI SHINEDLING, ALEXIA CELESTE SHINEDLING, and AVA AREN SHINEDLING by and through their guardian ad litem, KENNETH AARON SHINEDLING, appearing by Arash Homampour of the Homampour Law Firm, PC and Defendant SUNBEAM PRODUCTS, INC., appearing by David J. O'Connell of Goldberg Segalla LLP and Gary Wolensky of Arent Fox LLP. A jury of eight (8) persons was duly impaneled and sworn

and after being duly instructed by the court, the jury deliberated and thereafter returned into court with its verdict on June 19, 2015 as follows:

## STRICT LIABILITY – DESIGN DEFECT

**Question No. 1**:  Did the heater fail to perform as safely as an ordinary consumer would have expected when used or misused in an intended or reasonably foreseeable way?

Answer: <u>Yes</u>.

**Question No. 2**:  Did the risk of the heater's design outweigh the benefits of the design?

Answer: <u>No</u>.

**Question No. 3**: Was the product's design a substantial factor in causing harm to Plaintiffs?

Answer: <u>No</u>.

## STRICT LIABILITY – FAILURE TO WARN

**Question No. 4**:  Did the heater have potential risks that were known at the time of manufacture?

Answer: <u>Yes</u>.

**Question No. 5**: Did the potential risks present a substantial danger to persons using or misusing the heater in an intended or reasonably foreseeable way?

Answer: <u>Yes</u>.

**Question No. 6**: Would ordinary consumers not recognize the potential risks?

       Answer: <u>Yes</u>.

**Question No. 7**: Did Sunbeam fail to adequately warn of the potential risks?

       Answer: <u>Yes</u>.

**Question No. 8**: Was the lack of sufficient warnings a substantial factor in causing harm to plaintiff?

       Answer: <u>Yes</u>.

## NEGLIGENT DESIGN

**Question No. 9**: Was Sunbeam negligent in designing the heater?

       Answer: <u>Yes</u>.

**Question No. 10**: Was Sunbeam's negligence a substantial factor in causing harm to plaintiffs?

       Answer: <u>Yes</u>.

## NEGLIGENT FAILURE TO WARN

**Question No. 11**: Did Sunbeam know or should it reasonably have known that the heater was dangerous or was likely to be dangerous when used or misused in a reasonably foreseeable manner?

       Answer: <u>Yes</u>.

\ \ \

\ \ \

---

*Judgment on Special Verdict - Page 3*

**Question No. 12**: Did Sunbeam know or should it reasonably have known that users would not realize the danger?

> Answer: <u>Yes</u>.

**Question No. 13**: Did Sunbeam fail to adequately warn of the danger of the heater?

> Answer: <u>Yes</u>.

**Question No. 14**: Would a reasonable manufacturer under the same or similar circumstances have warned of the danger of the heater?

> Answer: <u>Yes</u>.

**Question No. 15**: Was Sunbeam's failure to warn a substantial factor in causing harm to Plaintiffs?

> Answer: <u>Yes</u>.

**Question No. 16**: What are the wrongful death damages for the Shinedling family's loss of Amy Shinedling's love, companionship, comfort, care, assistance, protection, affection society, moral support, and loss of training and guidance:

> Answer:
>
> Total:                                                      <u>$13,650,000</u>
>
> Kenneth Aaron Shinedling's Portion:
>
> > Past wrongful death damages:        <u>$300,000</u>
> >
> > Future wrongful death damages:      <u>$2,775,000</u>
>
> Addison Leilani Shinedling's Portion:
>
> > Past wrongful death damages:        <u>$300,000</u>
> >
> > Future wrongful death damages:      <u>$3,225,000</u>

Alexia Celeste Shinedling's Portion:

Past wrongful death damages:      $300,000

Future wrongful death damages:      $3,225,000

Ava Aren Shinedling's Portion:

Past wrongful death damages:      $300,000

Future wrongful death damages:      $3,225,000

**Question No. 17**: What are the emotional distress damages of Plaintiff KENNETH AARON SHINEDLING? Do not reduce the damages based on the fault, if any, of KENNETH AARON SHINEDLING.

Answer:

Past Direct Injury Emotional Distress Damages:      $80,000

Future Direct Injury Emotional Distress Damages:      $740,000

Past Bystander Emotional Distress Damages:      $600,000

Future Bystander Emotional Distress Damages:      $5,500,000

**Question No. 18**:   What are the total damages of Plaintiff ADDISON LEILANI SHINEDLING? Do not reduce the damages based on the fault, if any, of KENNETH AARON SHINEDLING.

Answer:

Past Direct Injury Emotional Distress Damages:      $80,000

Future Direct Injury Emotional Distress Damages:      $1,340,000

Past Bystander Emotional Distress Damages:      $600,000

Future Bystander Emotional Distress Damages:      $10,050,000

\ \ \

\ \ \

\ \ \

**Question No. 19**:   What are the total damages of Plaintiff ALEXIA CELESTE SHINEDLING? Do not reduce the damages based on the fault, if any, of KENNETH AARON SHINEDLING.

Answer:

| | |
|---|---|
| Past Direct Injury Emotional Distress Damages: | $80,000 |
| Future Direct Injury Emotional Distress Damages: | $1,400,000 |
| Past Bystander Emotional Distress Damages: | $600,000 |
| Future Bystander Emotional Distress Damages: | $10,500,000 |

**Question No. 20**:   What are the total damages of Plaintiff AVA AREN SHINEDLING? Do not reduce the damages based on the fault, if any, of KENNETH AARON SHINEDLING.

Answer:

| | |
|---|---|
| Past Direct Injury Emotional Distress Damages: | $80,000 |
| Future Direct Injury Emotional Distress Damages: | $1,500,000 |
| Past Bystander Emotional Distress Damages: | $600,000 |
| Future Bystander Emotional Distress Damages: | $11,250,000 |

**Question No. 21**:  Was KENNETH AARON SHINEDLING negligent?

Answer: Yes

**Question No. 22**:  Was KENNETH AARON SHINEDLING's negligence a substantial factor in causing Plaintiffs' harm?

Answer: Yes

\ \ \

\ \ \

\ \ \

\ \ \

**Question No. 23**: What percentage of responsibility for Plaintiffs' harm do you assign to:

| | |
|---|---|
| Sunbeam Products, Inc. | 80% |
| Kenneth Shinedling | 20% |
| TOTAL | 100 % |

It appearing that by reason of those special verdicts, Plaintiffs are entitled to judgment against Defendant SUNBEAM PRODUCTS, INC. for damages, interest and for costs as follows:

Based on the jury's verdict, IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiff KENNETH AARON SHINEDLING and against Defendant SUNBEAM PRODUCTS, INC. in the sum of seven million nine hundred and ninety six thousand dollars and zero cents ($7,996,000.00) with interest thereon at the legal rate until paid together with costs and disbursements in the sum of $_____.

Based on the jury's verdict, IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiff ADDISON LEILANI SHINEDLING and against Defendant SUNBEAM PRODUCTS, INC. in the sum of twelve million four hundred and seventy six thousand dollars and zero cents ($12,476,000.00) with interest thereon at the legal rate until paid together with costs and disbursements in the sum of $_____.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1   Based on the jury's verdict, IT IS ORDERED AND ADJUDGED that
2   judgment shall be entered in favor of Plaintiff ALEXIA CELESTE
3   SHINEDLING and against Defendant SUNBEAM PRODUCTS, INC. in the sum
4   of twelve million eight hundred and eighty four thousand dollars and zero cents
5   ($12,884,000.00) with interest thereon at the legal rate until paid together with
6   costs and disbursements in the sum of $_____.

7

8   Based on the jury's verdict, IT IS ORDERED AND ADJUDGED that
9   judgment shall be entered in favor of Plaintiff AVA AREN SHINEDLING and
10  against Defendant SUNBEAM PRODUCTS, INC. in the sum of thirteen million
11  five hundred and sixty four thousand dollars and zero cents ($13,564,000.00)
12  with interest thereon at the legal rate until paid together with costs and
13  disbursements in the sum of $_____.

14

15

16

17  DATED: June 30, 2015      _____
18                                    JUDGE CORMAC J. CARNEY
19

20

21

22

23

24

25

26

27

28

_____

*Judgment on Special Verdict - Page 8*