# Exhibit C

249.1



Shinedling vs. Sunbeam Products Inc.

249.2

# The Safety Hierarchy

A product that is **UNREASONABLY DANGEROUS** should **NOT** be sold

249.3

# The Safety Hierarchy

**Sunbeam must identify Hazards**



**Sunbeam must design product to prevent hazards**



**If Sunbeam cannot design out the hazards, then it has to effectively guard against them**



**If Sunbeam cannot effectively guard against the hazards, then it must effectively warn**

249.4

**Radiant Heaters**



**Forced Air Heaters**



**The Safety Hierarchy**

**Identify Hazards**



**Radiant Heaters**



**Forced Air Heaters**

## The Safety Hierarchy

### Identify Hazards

There is a *risk of fire* if materials get too close to heater



249.5









249.6






**Radiant Heaters**

**Forced Air Heaters**

**Risk of Fire**

**=**

**The Safety Hierarchy**

**Identify Hazards** → **Design to Prevent**

249.7

249.8



Design

Forced Air
*Model HFH436WGL*



**Forced Air Heaters blow warm air throughout a room**

Side View

249.10

Forced Air Heater

Cutaway View

Heating Coil >124° F

Fan pulls cool air across heating coil

249.11

Cool room air (64° F)

Heating Coil >124° F

Fan

Fan pulls cool air across heating coil

Fan pulls cool air across heating coil

Fan pulls cool air across heating coil

Forced Air Heater

249.12







Forced Air Heater

Heating Coil >124°

Heated air 124° F

Heated air e.g., 120° F

Heated air is *never warmer* than heating coil

249.16

Heating Coil >124°

Heated air 124° F

Heated air e.g., 120° F

*Air never gets near autoignition temperature of 450 °F, meaning nearby clothes will not catch fire*

249.17

249.18

**Radiant Heaters**



**Forced Air Heaters**



**Risk of Fire**



**Temperature well below autoignition**

=   =

**The Safety Hierarchy**

**Identify Hazards** → **Design to Prevent**

249.19



Design



Radiant

Subject heater HQH307